EXHIBIT A

**Exhibit A**

**Doe #1 (68.161.153.28 2005-06-20 15:38:41 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Motown Record Company, L.P. | Mary Jane Girls | All Night Long | Mary Jane Girls | 44-100 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Love Is Stronger Than Pride | Stronger Than Pride | 93-822 |
| Arista Records LLC | Whitney Houston | All at Once | Whitney Houston | 60-716 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bootylicious | Survivor | 289-199 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |

**Exhibit A**

**Doe #2 (151.202.91.253 2005-06-19 04:32:48 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| London-Sire Records Inc. | The Smiths | This Charming Man | The Smiths | 53-381 |
| Capitol Records, Inc. | Beastie Boys | Get It Together | Ill Communication | 213-461 |
| Virgin Records America, Inc. | Luther Vandross | I Know | I Know | 261-503 |
| UMG Recordings, Inc. | Nice and Smooth | Hip Hop Junkies | Ain't A Damn Thing Changed | 135-067 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Kissing A Fool | Faith | 92-432 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Affirmative Action | It Was Written | 220-016 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |
| Fonovisa, Inc. | Banda El Limon | Que Se Te Olvido | Me Caiste Del Cielo | 234-188 |

**Exhibit A**

**Doe #3 (151.202.65.241 2005-06-21 04:46:36 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Maybe Someday | Bloodflowers | 267-229 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | Eddie Santiago | Lluvia | Musical de Eddie Santiago | 212-161 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Freedom | Listen Without Prejudice, Vol. 1 | 133-600 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |
| Fonovisa, Inc. | Banda El Limon | Que Se Te Olvido | Me Caiste Del Cielo | 234-188 |

**Exhibit A**

**Doe #4 (129.44.250.93 2005-06-12 06:34:29 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Beastie Boys | So What'Cha Want | Check Your Head | 197-458 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Capitol Records, Inc. | Megadeth | Trust | Cryptic Writings | 179-457 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| Arista Records LLC | Santana | Put Your Lights On | Supernatural | 289-833 |

**Exhibit A**

**Doe #5 (68.160.209.185 2005-06-13 11:31:49 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, Inc. | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |

**Exhibit A**

**Doe  #6 (68.237.101.30 2005-06-15 02:56:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| Motown Record Company, L.P. | 98 Degrees | Invisible Man | 98 Degrees | 249-152 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| UMG Recordings, Inc. | Blink-182 | I'm Sorry | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| BMG Music | Christina Aguilera | Reflection | Christina Aguilera | 274-004 |

**Exhibit A**

**Doe #7 (66.171.35.76 2005-06-16 05:33:53 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Telling Stories | Telling Stories | 278-226 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Glory Days | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |
| BMG Music | Martina McBride | There You Are | Emotion | 269-161 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**Exhibit A**

**Doe #8 (68.237.44.52 2005-06-16 15:32:53 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| UMG Recordings, Inc. | Shania Twain | Black Eyes, Blue Tears | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| BMG Music | Luther Vandross | I'd Rather | Luther Vandross | 298-047 |
| Arista Records LLC | Toni Braxton | Breathe Again | Toni Braxton | 208-619 |

**Exhibit A**

**Doe #9 (68.161.121.109 2005-06-16 23:05:31 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| UMG Recordings, Inc. | DMX | For My Dogs | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| UMG Recordings, Inc. | Ja Rule | I Cry | Rule 3:36 | 270-080 |
| UMG Recordings, Inc. | Ludacris | Game Got Switched | Back For the First Time | 289-433 |
| UMG Recordings, Inc. | Ludacris | Area Codes | Word of Mouf | 304-605 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |

**Exhibit A**

**Doe #10 (141.157.244.5 2005-06-17 14:26:10 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Interscope Records | Eminem | Who Knew | The Marshall Mathers LP | 287-944 |
| Interscope Records | No Doubt | Spiderwebs | Tragic Kingdom | 206-724 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Human Nature | Thriller | 41-965 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |

**Exhibit A**

**Doe #11 (68.237.93.33 2005-06-18 08:10:51 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Kirk Whalum | Can't Stop The Rain | Unconditional | 288-401 |
| Virgin Records America, Inc. | Soul II Soul | Back To Life | Keep On Movin | 105-226 |
| Virgin Records America, Inc. | Tina Turner | Twenty Four Seven | Twenty Four Seven | 277-227 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Janet Jackson | Let's Wait Awhile | Control | 69-529 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | I Can't Help It | Off The Wall | 11-120 |
| Arista Records LLC | Kenny G | Baby G | Kenny G Greatest Hits | 263-707 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |

**Exhibit A**

**Doe #12 (151.197.252.188 2005-06-18 21:19:48 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |
| Capitol Records, Inc. | Duran Duran | Hungry Like the Wolf | Rio | 38-444 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| UMG Recordings, Inc. | U2 | Bullet The Blue Sky | The Joshua Tree | 78-949 |
| BMG Music | Dave Matthews Band | Tripping Billies | Crash | 212-572 |
| BMG Music | Lit | Miserable | A Place in the Sun | 264-272 |
| BMG Music | SR-71 | Right Now | Now You See Inside | 283-812 |

**Exhibit A**

**Doe #13 (151.202.62.55 2005-06-18 22:05:00 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Bends | The Bends | 280-260 |
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | DMX | Angel | ...And Then There Was X | 279-017 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| Fonovisa, Inc. | Banda El Limon | Que Se Te Olvido | Me Caiste Del Cielo | 234-188 |

**Exhibit A**

**Doe #14 (68.160.197.20 2005-06-19 19:25:27 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | 98 Degrees | I Do (Cherish You) | 98 Degrees & Rising | 237-315 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | 184-540 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | I Need To Know | Marc Anthony | 284-194 |
| Arista Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| BMG Music | N Sync | Tearin' Up My Heart | *NSYNC | 252-748 |
| UMG Recordings, Inc. | Musiq | Future | Juslisen | 308-859 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |

**Exhibit A**

**Doe #15 (68.160.197.143 2005-06-20 09:30:58 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace:  Vol. 2 | 287-151 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |

**Exhibit A**

**Doe #16 (68.160.190.250 2005-06-20 10:22:56 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING_TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Hootie & The Blowfish | Hold My Hand | Cracked Rear View | 193-960 |
| Interscope Records | Eminem | Drug Ballad | The Marshall Mathers LP | 287-944 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| BMG Music | Dave Matthews Band | Fool To Think | Everyday | 300-313 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Have You Ever | Morning View | 306-181 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |

**Exhibit A**

**Doe #17 (151.196.234.67 2005-06-20 15:51:10 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Arista Records LLC | Whitney Houston | It's Not Right But It's Okay | My Love is Your Love | 298-453 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |

**Exhibit A**

**Doe #18 (141.157.68.147 2005-06-21 12:58:21 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Everclear | Brown Eyed Girl | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| UMG Recordings, Inc. | Blink-182 | Josie | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | Bryan Adams | Please Forgive Me | So Far So Good | 206-509 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| BMG Music | Alabama | Song Of The South | Southern Star | 100-925 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |
| Arista Records LLC | Avril Lavigne | Anything but Ordinary | Let Go | 312-786 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |

**Exhibit A**

**Doe #19 (66.171.170.19 2005-06-23 08:23:54 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| UMG Recordings, Inc. | Shania Twain | Come On Over | Come On Over | 243-502 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**Exhibit A**

**Doe #20 (68.160.208.87 2005-06-23 20:52:57 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Arista Records LLC | Pink | There You Go | Can't Take Me Home | 279-958 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Ludacris | Southern Hospitality | Back For the First Time | 289-433 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Ether | Stillmatic | 305-698 |

**Exhibit A**

**Doe #21 (141.157.13.238 2005-06-24 04:02:52 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | Sublime | Seed | Sublime | 224-105 |
| Arista Records LLC | Phil Vassar | Just Another Day In Paradise | Phil Vassar | 284-145 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| BMG Music | Alabama | Born Country | Born Country | 235-743 |
| BMG Music | Alabama | Close Enough To Perfect | Mountain Music | 45-289 |
| BMG Music | Alabama | Down Home | Pass it on Down | 121-480 |
| BMG Music | Alabama | High Cotton | Southern Star | 100-925 |
| BMG Music | Andy Griggs | She's More | You Won't Ever Be Lonely | 264-271 |
| BMG Music | Clint Black | A Better Man | Killin' Time | 105-436 |

**Exhibit A**

**Doe #22 (141.157.245.113 2005-06-24 06:07:16 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | DMX | Bring Your Whole Crew | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| Loud Records LLC | Mobb Deep | Adrenaline | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | New World | Nastradamus | 276-132 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Kiss Of Life | Love Deluxe | 183-731 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Ludacris | Game Got Switched | Back For the First Time | 289-433 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Rewind | Stillmatic | 305-698 |
| BMG Music | Busta Rhymes | As I Come Back | Genesis | 312-547 |

**Exhibit A**

**Doe #23 (162.83.226.193 2005-06-24 07:02:33 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Tori Amos | Cornflake Girl | Under the Pink | 185-391 |
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |
| Capitol Records, Inc. | White Town | Your Woman | Women in Technology | 231-659 |
| UMG Recordings, Inc. | U2 | In God's Country | The Joshua Tree | 78-949 |
| UMG Recordings, Inc. | Weezer | Undone (The Sweater Song) | Weezer | 187-644 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Anything Can Happen | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |

**Exhibit A**

**Doe #24 (68.161.197.177 2005-06-25 01:52:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Ja Rule | Put It On Me | Rule 3:36 | 270-080 |

**Exhibit A**

**Doe #25 (68.161.207.13 2005-06-25 03:12:43 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Interscope Records | Ruff Ryders | Down Bottom | Ryde Or Die Compilation Volume 1 | 179-239 |
| UMG Recordings, Inc. | LL Cool J | Mama Said Knock You Out | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | Method Man & Redman | How High | Blackout! | 271-723 |
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Capitol Records, Inc. | Beastie Boys | Body Movin' | Hello Nasty | 277-731 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |

**Exhibit A**

**Doe #26 (162.83.235.138 2005-06-28 22:18:47 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Nu Shooz | I Can't Wait | Poolside | 71-124 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Virgin Records America, Inc. | After 7 | Ready or Not | After 7 | 112-721 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Never Keeping Secrets | For The Cool In You | 184-540 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Arista Records LLC | Usher | Think Of You | Usher | 200-154 |

**Exhibit A**

**Doe  #27 (68.237.40.233 2005-06-29 06:23:20 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Phil Collins | Inside Out | No Jacket Required | 60-788 |
| Virgin Records America, Inc. | Janet Jackson | That's The Way Love Goes | Janet | 174-392 |
| UMG Recordings, Inc. | Sting | A Thousand Years | Brand New Day | 271-015 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Cowboys And Angels | Listen Without Prejudice, Vol. 1 | 133-600 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | I Couldn't Love You More | Love Deluxe | 183-731 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Flow | Lovers Rock | 298-354 |
| Capitol Records, Inc. | Norah Jones | Feelin' the Same Way | Come Away With Me | 320-120 |
| Arista Records LLC | Toni Braxton | Breathe Again | Toni Braxton | 208-619 |

**Exhibit A**

**Doe #28 (68.161.197.177 2005-06-29 16:59:10 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bug A Boo | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Arista Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |

**Exhibit A**

**Doe #29 (68.160.226.109 2005-06-29 19:34:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Janet Jackson | What About | The Velvet Rope | 261-516 |
| Motown Record Company, L.P. | Diana Ross | I'm Coming Out | Diana | 17-850 |
| UMG Recordings, Inc. | Jodeci | Come and Talk to Me | Forever My Lady | 129-912 |
| UMG Recordings, Inc. | Mary J. Blige | Reminisce | What's The 411? | 149-212 |
| Atlantic Recording Corporation | Trick Daddy | Pull Over | Thugs Are Us | 303-748 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bootylicious | Survivor | 289-199 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Rewind | Stillmatic | 305-698 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |

**Exhibit A**

**Doc #30 (151.196.125.66 2005-06-29 21:57:02 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Janet Jackson | That's The Way Love Goes | Janet | 174-392 |
| Motown Record Company, L.P. | 98 Degrees | The Hardest Thing | 98 Degrees & Rising | 237-315 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Remember The Time | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Smooth Operator | Diamond Life | 69-105 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |
| Arista Records LLC | Outkast | Two Dope Boyz (In A Cadillac) | Atliens | 233-296 |

**Exhibit A**

**Doe #31 (68.237.3.189 2005-06-29 22:52:08 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | LL Cool J | Rock the Bells | Radio | 70-045 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | Whip Appeal | Tender Lover | 106-822 |
| Arista Records LLC | Usher | Bedtime | My Way | 257-730 |

**Exhibit A**

**Doe #32 (141.157.253.193 2005-06-30 05:45:52 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Capitol Records, Inc. | Steve Miller Band | Jungle Love | Book of Dreams | N42553 |
| Capitol Records, Inc. | Thomas Dolby | She Blinded Me With Science | The Golden Age Of Wireless | 46-842 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |

**Exhibit A**

**Doe #33 (68.161.114.62 2005-07-01 18:22:10 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | To Love You More | Let's Talk About Love | 248-109 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| UMG Recordings, Inc. | Ja Rule | Put It On Me | Rule 3:36 | 270-080 |
| Arista Records LLC | TLC | Silly Ho | Fanmail | 298-454 |

**Exhibit A**

**Doe #34 (141.157.232.44 2005-07-05 03:31:40 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Bob Seger | Old Time Rock & Roll | Stranger in Town | 5-591 |
| Capitol Records, Inc. | Duran Duran | Hungry Like the Wolf | Rio | 38-444 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| SONY BMG MUSIC ENTERTAINMENT | Terence Trent D'Arby | Wishing Well | Introducing The Hardline According To Terence Trent D'Arby | 86-918 |
| Arista Records LLC | Snap | Rhythm is a Dancer | The Madman's Return | 144-133 |
| Arista Records LLC | Thompson Twins | Hold Me Now | Into the Gap | 52-747 |