EXHIBIT 1

Doe 1 (69628740)
Log for User at address 68.161.153.28:6346 generated on 6/20/2005 3:38:41 PM EDT
(-0400
GMT)
Total Files: 3692
-----------------------------
Total Audio Files: 3622
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
-----------------------------
Total Matched Files: 154
Total Distinct Matches: 100


FileName:  50 Cent - Get Rich Or Die Trying - 06 - High All The Time.mp3
        Sha1: 23NVBJGRJQAJFGWCPXLWM6ONISUGHOU2
        audio: title = High All the Time
        audio: artist = 50 Cent
        audio: album = Get Rich or Die Tryin'
        audio: genre = Rap
        audio: track = 6
        audio: seconds = 269
        audio: year = 2003
        audio: bitrate = 192

FileName: (Buju Banton)- Till Im laid to rest- Reggea.mp3
        Sha1: ITDT37QILSPRFEMMM4IMSQFRSFW5V6XR
        audio: title = til im laid to rest
        audio: artist = buju banton
        audio: album = no title
        audio: genre = Rock
        audio: track = 0
        audio: seconds = 264
        audio: year = 1999
        audio: bitrate = 128

FileName: (Destiny Fulfilled) Destiny's Child - (12) - Game Over.mp3
        Sha1: LBMQQ655KU2GQYVCIEVN4PDV3AKWPXEE
        audio: title = Game Over
        audio: artist = Destiny's Child
        audio: album = Destiny Fulfilled
        audio: track = 12
        audio: seconds = 243
        audio: year = 2004
        audio: bitrate = 183
        audio: comments = pitbull-

FileName: (Gospel) Kirk Franklin - My Life Is In Your Hands.mp3
        Sha1: K5JM2FWAN5GVNUHYXFCAY5RJPVUZ3L66
        audio: title = My Life Is In Your Hands
        audio: artist = Kirk Franklin
        audio: album = God's Property
        audio: genre = Gospel
        audio: track = 2
        audio: seconds = 335
        audio: year = 1997
        audio: bitrate = 96

FileName: (HOT WAX RIDDIM) Ricky General - Skettel Boom.mp3
        Sha1: UFLD4N24677NEFSHCYQAOYKVWOCKIWAS
        audio: title = Skettel Boom
                                Page 1

```
                         Doe 1 (69628740)
        audio: artist = Ricky general
        audio: album = Hot Wax Riddim
        audio: genre = Dance Hall
        audio: track = 11
        audio: seconds = 164
        audio: year = 1995
        audio: bitrate = 128
        audio: comments = Unit X Collection

FileName: (Kirk Franklin)-Don't Cry (Piano by Richard Smallwood)-the rebirth of Kirk


Franklin-11(1).mp3
        Sha1: E72LSI2CAW3C6IDMJGNK3NSJHZINJASO
        audio: title = Don't Cry (Piano by Richard Sm
        audio: artist = Kirk Franklin
        audio: album = the rebirth of Kirk Franklin
        audio: genre = Gospel
        audio: track = 11
        audio: seconds = 368
        audio: year = 2002
        audio: bitrate = 128

FileName: (Notorious Big) Lean Back (Remix) (Clean).mp3
        Sha1: YCDHEV6U2KTFXJS37AGV67XKLNRB3M2C
        audio: seconds = 229
        audio: bitrate = 256

FileName: (OLD SKOOL)I Can't Wait - Nu Shuz.mp3
        Sha1: NK42LD7T53ZMRB756LFNQGPZK4OJWJ23
        audio: title = I Can't Wait
        audio: artist = Nu Shooz
        audio: genre = Dance
        audio: track = 0
        audio: seconds = 325
        audio: bitrate = 128

FileName: (Pon De River Riddim) Elephant Man - Pon De River Pon De Bank.mp3
        Sha1: 4FANFGPW5QSKEVMDO64XYBBGT42D6LH5
        audio: title = Pan The River Pan The Banks
        audio: artist = Elephant Man
        audio: album = Pan The River Pan The Banks CD
        audio: genre = Dance Hall
        audio: track = 0
        audio: seconds = 240
        audio: year = 2003
        audio: bitrate = 192
        audio: comments = Brought by Who?

FileName: (R.Kelly) - Tp2.com - The Storm Is Over Now.mp3
        Sha1: QBXDHAI7SSHNECTATECW3FLARNTRCCQH
        audio: title = The Storm Is Over Now
        audio: artist = R Kelly
        audio: album = TP-2.COM
        audio: track = 19
        audio: seconds = 272
        audio: year = 2000
        audio: bitrate = 192
        audio: comments = [rns] True Platinum Playa

FileName: (Showtime Riddim) Frisco Kid - Gal Pon De Side.mp3
        Sha1: GJ7QH3RNSKKP7MUHBILNV4LWL36AER4G
        audio: title = Gal Pon De Side
```

Doe 1 (69628740)

```
       audio: artist = Frisco Kid
       audio: album = Reggae Gold 1998
       audio: genre = Reggae
       audio: track = 0
       audio: seconds = 155
       audio: year = 1998
       audio: bitrate = 112

FileName: (skettel riddim) - spragga benz - she wrong.mp3
       Sha1: DVMLSSUQG5BEN2F7QXO6PQ4KFNUVZ6J7
       audio: title = She Wrong
       audio: artist = Spragga Benz
       audio: album = Skettel Riddim
       audio: seconds = 188
       audio: year = 1997
       audio: bitrate = 160

FileName: (Slow Jams) Baby Face & Usher - Bedtime(1).mp3
       Sha1: IAFJFSVLLRGTXBEWVZYWTWPMHJJ3YLAS
       audio: title = (Slow Jams) Baby Face &amp; Usher - Bedtime(1)
       audio: genre = Other
       audio: track = 0
       audio: seconds = 285
       audio: bitrate = 128

FileName: (slow jams)Dru Hill - Wedding Song.mp3
       Sha1: LMRS4AM2TDFCLD6IFS2USJHX7YKXINB3
       audio: title = Dru Hill - Share My World - Wedding Song - 03
       audio: artist = Dru Hill
       audio: album = Dru Hill
       audio: genre = Rock
       audio: track = 13
       audio: seconds = 268
       audio: year = 1996
       audio: bitrate = 128

FileName: (Tha down low) Blackstreet - Don't Leave Me.mp3
       Sha1: CXC6GHLDCM2DWH24RC6B2D6X2FPQU3MG
       audio: title = Don't Leave Me Girl
       audio: artist = Blackstreet
       audio: album = Another Level
       audio: genre = Hip-Hop
       audio: track = 0
       audio: seconds = 316
       audio: year = 1997
       audio: bitrate = 128
       audio: comments = Mp3 made by Usher of SuM

FileName: (Tha down low) Changing Faces - Stroke You Up.mp3
       Sha1: HIP4IVW27GONWLCHQM6324IWZSIJG2W6
       audio: title = Stroke You Up
       audio: artist = Changing Faces &amp;amp;amp; R. Ke
       audio: genre = Blues
       audio: track = 0
       audio: seconds = 274
       audio: bitrate = 128

FileName: (Tha down low) D'Angelo - Brown Sugar.MP3
       Sha1: 6HREMLEDIHJMO5CKS2EO4Y4UIPRSYGUZ
       audio: title = Brown Sugar
       audio: artist = D'Angelo
       audio: album = Mix #2
       audio: track = 10
```

Page 3

Doe 1 (69628740)

```
        audio: seconds = 264
        audio: bitrate = 96
        audio: comments = None
FileName: (Tha down low) Faith Evans - Soon As I Get Home.mp3
        Sha1: M5JSSWLZ6KUKVKWPOD6QR4SN5PIQ5VIR
        audio: title = Soon As I Get Home
        audio: artist = Faith Evans
        audio: album = Faith
        audio: genre = Pop
        audio: track = 8
        audio: seconds = 324
        audio: year = 1999
        audio: bitrate = 128
        audio: comments = , AG# 00000000

FileName: (Tha down low) Toni Braxton - Unbreak My Heart.mp3
        Sha1: GNE5GG3HUQGC6TWJVXBA7SX52RIVEI6O
        audio: title = Unbreak My Heart
        audio: artist = Toni Braxton
        audio: genre = Other
        audio: track = 0
        audio: seconds = 264
        audio: year = 1996
        audio: bitrate = 128

FileName: (Tha down low) Tyrese-Sweet Lady.mp3
        Sha1: GI6IMK6IGYH2UCC4TVY47HH32PGXCOGB
        audio: title = Sweet Lady
        audio: artist = Tyrese
        audio: album = Tyrese
        audio: genre = Rock
        audio: track = 4
        audio: seconds = 292
        audio: year = 1998
        audio: bitrate = 128

FileName: -Patti Labelle - Somewhere Over the Rainbow.mp3
        Sha1: WXY4FJAXB66H7YAB53NRFUFEXW5GH4CT
        audio: title = Somewhere Over the Rainbow
        audio: artist = Patti Labelle
        audio: genre = Slow Jam
        audio: track = 1
        audio: seconds = 345
        audio: bitrate = 128

FileName: 00 - LL Cool J - 4, 3, 2, 1 (Feat. Method Man, Redman, Canibus & DMX).mp3
        Sha1: 7JW55RKZCWEYGYVJRKBYJ3OX5XPW3U2O
        audio: title = 00 - LL Cool J - 4, 3, 2, 1 (Feat. Method Man, Redman,
Canibus
&amp; DMX)
        audio: artist = LL Cool J
        audio: genre = Other
        audio: track = 0
        audio: seconds = 256
        audio: bitrate = 128

FileName: 01 - Gerald Levert - (Pop, Pop, Pop, Pop) Goes My Mind - Smooth Grooves-
New

Jack Ballads, Vol. 1.mp3
        Sha1: MU5SFH7OF3IHZOY7YRGT3PDZV274NJYJ
```

```
                        Doe 1 (69628740)
           audio: title = (Pop, Pop, Pop, Pop) Goes My Mind
           audio: artist = Gerald LeVert
           audio: album = Smooth Grooves: New Jack Ballads, Vol. 1
           audio: track = 1
           audio: seconds = 359
           audio: year = 1998
           audio: bitrate = 128

    FileName: 01 - joss stone - right to be wrong.mp3
           Sha1: MMT2ZGNF7H4ISXWYL7GDN4IKVQFMRLAM
           audio: title = Right To Be Wrong
           audio: artist = Joss Stone
           audio: album = Mind Body and Soul
           audio: track = 1
           audio: seconds = 281
           audio: year = 2004
           audio: bitrate = 192
           audio: comments = www.torrentazos.com

    FileName: 01 - R. Kelly - Spirit - Love Land.mp3
           Sha1: MSIW7KOXS7XLRKCME6UXTRNUJ3VNPIOY
           audio: title = Spirit
           audio: artist = R.Kelly
           audio: album = Happy People - U Saved Me Disc
           audio: genre = Other
           audio: track = 8
           audio: seconds = 239
           audio: bitrate = 128

    FileName: 01 - The Game.mp3
           Sha1: SLS6O6OKLVGV2ZNVTXBOSQZSQIHGBY32
           audio: title = The Game
           audio: artist = Chico DeBarge
           audio: album = The Game
           audio: track = 1
           audio: seconds = 290
           audio: bitrate = 96

    FileName: 01 50 Cent ft. Olivia & Marques Houston - Candy Shop (Remix).mp3
           Sha1: YJKZHWKUXBIOR3XNQKPR2NUNBXZCMD7S
           audio: title = Candy Shop
           audio: artist = 50 Cent
           audio: album = The Massacre
           audio: genre = Other
           audio: track = 0
           audio: seconds = 267
           audio: bitrate = 128

    FileName: 01 tiger - when.mp3
           Sha1: CRT3Z5J7ORDJS76VE7ZUN2FEOIPVABMY
           audio: title = When
           audio: artist = Tiger
           audio: album = Worm Riddim
           audio: genre = Dance Hall
           audio: track = 0
           audio: seconds = 128
           audio: year = 1991
           audio: bitrate = 128
           audio: comments = Rudie

    FileName: 01-akon-ghetto_remix_(feat_tok)-jah.mp3
           Sha1: ESWMCVPSLI2FG6PIZPDUR5G2NO2WEFSN
           audio: title = ghetto remix (feat tok)
                                Page 5
```

Doe 1 (69628740)

```
audio: artist = Akon
audio: album = Ghetto Remix-Promo CDS
audio: genre = Reggae
audio: track = 0
audio: seconds = 255
audio: year = 2005
audio: bitrate = 219
audio: comments = your #1 reggae pushers
```

FileName: 01-bogle_aka mr wacky-remember that-2005.mp3
```
    Sha1: WAYL7BZOHARXB3AIGFOYCCTYLR6D7A5H
    audio: title = Remember That
    audio: artist = Mr Wacky
    audio: album = Locked Up Riddim
    audio: genre = Dance Hall
    audio: track = 0
    audio: seconds = 170
    audio: year = 2005
    audio: bitrate = 152
    audio: comments = R4
```

FileName: 01-jaheim-everytime-(feat._jadakiss).mp3
```
    Sha1: V6PA2CNMNAYMXUZWZD7KIBATZ7VG7Q3P
    audio: title = Everytime (Feat. Jadakiss)
    audio: artist = Jaheim
    audio: album = Everytime (CDS)
    audio: track = 1
    audio: seconds = 288
    audio: year = 2005
    audio: bitrate = 188
```

FileName: 02 - Anthony Hamilton - My first love.mp3
```
    Sha1: UQQ2WFU7HWWG4RM25FT6K2GUPD3R3JGT
    audio: title = My first love ft latoiya willi
    audio: artist = Anthony Hamilton
    audio: album = Comin' From Where I'm From
    audio: track = 3
    audio: seconds = 378
    audio: year = 2003
    audio: bitrate = 192
```

FileName: 02 - On The Radio.mp3
```
    Sha1: 6DP6PFCT5Y3EVJ2Q6OL5AFMEYZDLNSVH
    audio: title = On The Radio
    audio: artist = Donna Summer
    audio: album = Donna Summer Anthology (Disc 2)
    audio: genre = Disco
    audio: track = 2
    audio: seconds = 352
    audio: bitrate = 192
```

FileName: 02 divine sounds -do or die bed-stuy.mp3
```
    Sha1: XCHEYGHLLTQAMZLFGJQMJELQ6IJZBNL7
    audio: title = Do Or Die Bed-Stuy (2:1:9)
    audio: artist = Divine Sounds
    audio: album = Endtroducing (SAMPLE SOURCES)
    audio: track = 2
    audio: seconds = 235
    audio: year = 0
    audio: bitrate = 192
```

FileName: 02 Drop (Feat Fatman Scoop).mp3
```
    Sha1: MQOGZTESZ3HKB75XZ2YAPDVVS6COEQYX
```

Page 6

Doe 1 (69628740)
```
        audio: title = Drop (Feat Fatman Scoop)
        audio: artist = Timberland And Magoo
        audio: album = Indecent Proposal
        audio: genre = Rap
        audio: track = 2
        audio: seconds = 366
        audio: year = 2001
        audio: bitrate = 128

FileName: 02 R.Kelly - All I.mp3
        Sha1: 7UK3JLUNIZOLRIRC3ORUY6QTJBGNPDFJ
        audio: title = All I
        audio: artist = R.Kelly
        audio: album = Love Land
        audio: track = 2
        audio: seconds = 242
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = www.21century-mp3.com rocks!

FileName: 03 - DMX - Who We Be.mp3
        Sha1: GZW3WGSBMUHDP3DN5DEMXNTLBHUDFDCF
        audio: title = Who We Be
        audio: artist = DMX
        audio: seconds = 289
        audio: bitrate = 128

FileName: 03 - Nina Sky - You Deserve Feat. Betty Wright.mp3
        Sha1: 2TJ5TC6IWIYJIULKGQE2IKPKQPSKL7S2
        audio: title = You Deserve Feat. Betty Wright
        audio: artist = nina sky
        audio: album = nina sky-cd
        audio: track = 0
        audio: seconds = 224
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = 56k connection

FileName: 03 - Tanya Stephens - Boom Wuk.mp3
        Sha1: 6EKRER23ZKZ4V5KOBTTONFVJ4L6SVDQ5
        audio: title = boom wuk
        audio: artist = tanya stephens
        audio: album = gangsta blues (explicit) CD
        audio: genre = Reggae
        audio: track = 3
        audio: seconds = 241
        audio: year = 2004
        audio: bitrate = 249
        audio: comments = RAS

FileName: 03 Baby Hold On To Me.mp3
        Sha1: 46HVHFX4VJUTFRKWO6BIJHRVAXIABXY6
        audio: title = Baby Hold On To Me
        audio: artist = Gerald Levert
        audio: album = Private Line
        audio: track = 3
        audio: seconds = 345
        audio: bitrate = 160

FileName: 03 Homie Lover Friend.mp3
        Sha1: LB4OFZWM6S3UWGL573NMWJQ4L5EZBHHR
        audio: title = Homie Lover Friend
        audio: artist = R. Kelly
```

Page 7

Doe 1 (69628740)

```
audio: album = 12 Play
audio: genre = Other
audio: track = 3
audio: seconds = 264
audio: year = 1993
audio: bitrate = 128
```

FileName: 03 Onion Head ft. Tek.mp3
```
     Sha1: 7TGFHB4EFKBJNQ36K2RXDDQJCSGEVBGD
     audio: title = Onion Head
     audio: artist = Sean Price
     audio: album = Monkey Barz
     audio: genre = Hip-Hop
     audio: track = 3
     audio: seconds = 181
     audio: year = 2005
     audio: bitrate = 182
     audio: comments = [ECH]-&gt; C4 2 Ya DooR &lt;-[ECH]
```

FileName: 03 Silver Bells.mp3
```
     Sha1: UGGRD7VXTBDEXVY537TCLFMT746YZMH2
     audio: title = Silver Bells
     audio: artist = Stevie Wonder
     audio: album = A Motown Christmas Carol
     audio: track = 3
     audio: seconds = 147
     audio: bitrate = 128
```

FileName: 03 Super Rappin'.mp3
```
     Sha1: LJ5EOB5GIBQDLISM2RAAKEDJS2ZBQC4J
     audio: title = Super Rappin'
     audio: artist = Grand Master Flash
     audio: album = True School Vol 1
     audio: genre = Rap
     audio: track = 3
     audio: seconds = 342
     audio: year = 1980
     audio: bitrate = 128
     audio: comments = 1980
```

FileName: 03-Bounty Killer - Sufferah.mp3
```
     Sha1: F5M45EIPGNTZBSJJILKIFLRGKK47CU7C
     audio: title = Sufferah
     audio: artist = Bounty Killer
     audio: genre = Other
     audio: track = 0
     audio: seconds = 210
     audio: bitrate = 192
```

FileName: 037 - Alicia Keys, Angie Stone & Eve - Brotha (Remix).mp3
```
     Sha1: KQA6OBXQSFBCHCE2BXHKSZ4JVZUWNQ5C
     audio: title = Brotha (Remix)
     audio: artist = Alicia Keys
     audio: genre = Rap
     audio: track = 0
     audio: seconds = 242
     audio: bitrate = 128
```

FileName: 04 - Ashanti - Breakup 2 makeup.mp3
```
     Sha1: 2KFXMI76O5J3ZCIEOWSJQUCZMJ77LYZE
     audio: title = 04 - Ashanti - Breakup 2 makeup
     audio: artist = Ashanti
     audio: album = Chapter II
```

Page 8

```
                              Doe 1 (69628740)
          audio: track = 4
          audio: seconds = 221
          audio: bitrate = 192
          audio: comments = www.musicangel.de

FileName: 04 - R. Kelly & Jay Z - Green light.mp3
          Sha1: 2IOE6UUYSZPYW3SK4IKFJUFKVWIICPY2
          audio: title = Green Light
          audio: artist = R. Kelly And Jay-Z
          audio: album = The Best Of Both Worlds (Retai
          audio: genre = Other
          audio: track = 4
          audio: seconds = 190
          audio: year = 2002
          audio: bitrate = 192
          audio: comments = Mp3 Speed &amp; 21st Century Mp3

FileName: 04 Jezebel.mp3
          Sha1: JEC5DCKPPBN7ZD273GBXKFFXN5GLGEJO
          audio: title = Jezebel
          audio: artist = Sade
          audio: album = The Best Of Sade
          audio: genre = Jazz
          audio: track = 4
          audio: seconds = 324
          audio: bitrate = 128

FileName: 04 Play At Your Own Risk.mp3
          Sha1: QSLQAJC45LC4Y2X3ENX3EUGHQGG6Y6HQ
          audio: seconds = 263
          audio: bitrate = 128

FileName: 04 Tweet - could it be.mp3
          Sha1: MSLNI3UXFOFML2BPD2O7TEIBSDU7W67E
          audio: title = Could It Be
          audio: artist = Tweet
          audio: album = It's Me Again
          audio: track = 4
          audio: seconds = 264
          audio: year = 2005
          audio: bitrate = 192
          audio: comments = www.torrentazos.com

FileName: 04. Tony Yayo - Feel It In The Air ft. Young Buck & D-Tay.mp3
          Sha1: 6ALLJHQUOGZJJ3CJTEG2LZ36445Z2NBZ
          audio: title = Feel It In The Air ft. Young Buck &amp; D-Tay
          audio: artist = Tony Yayo
          audio: album = The Best Of HipHop 7
          audio: genre = Hip-Hop
          audio: track = 4
          audio: seconds = 145
          audio: year = 2005
          audio: bitrate = 152
          audio: comments = By GUSoldier

FileName: 04.112_Feat_Foxy_Brown-U_Already_Know_(Remix).mp3
          Sha1: V2GSG5A427KSU2P6R2VNQN5B6TDWYRC3
          audio: title = U Already Know (Remix)
          audio: artist = 112, Foxy Brown
          audio: album = U Already Know (Remix)
          audio: track = 6
          audio: seconds = 230
          audio: year = 2005
                                        Page 9
```

```
                          Doe 1 (69628740)
          audio: bitrate = 192

FileName: 05 - 8th Wonder - The Sugarhill Gang.mp3
          Sha1: KZVKJX4NU53PYHJOWX3ANVPCCY5MR2FX
          audio: title = 8th Wonder / The Sugarhill Gang
          audio: artist = Sugarhill Gang Vs. Grandmaster Flash &amp; The Furious Five
          audio: album = The Sugarhill Gang Vs. Grandmaster Flash &amp; The Furious
Five
          audio: track = 5
          audio: seconds = 444
          audio: year = 1999
          audio: bitrate = 96

FileName: 05 - Joss Stone - Dont Cha Wanna Ride.mp3
          Sha1: 7PEF46MOTDAU6HJ63RW6BH7VN5WAJHFU
          audio: title = Dont Cha Wanna Ride
          audio: artist = Joss Stone
          audio: album = Mind Body and Soul
          audio: track = 5
          audio: seconds = 211
          audio: year = 2004
          audio: bitrate = 186

FileName: 05 - Mafia f. UGK - Sippin on Some Syrup.mp3
          Sha1: 47SFRHLIVFTCMSYMUNSUCMYIO2HMEIQI
          audio: title = Sippin On Some Syrup
          audio: artist = Three Six ft UGK
          audio: album = Sippin On Some Syrup(CD Single
          audio: genre = Rap
          audio: track = 0
          audio: seconds = 284
          audio: year = 00
          audio: bitrate = 192

FileName: 05 Fly.mp3
          Sha1: WVER7PP7KVZYGCRJCJJASX5ZUZ3FX3J6
          audio: title = Fly
          audio: artist = R. Kelly
          audio: album = Love Land
          audio: track = 5
          audio: seconds = 596
          audio: year = 2002
          audio: bitrate = 128
          audio: comments = Brand New Pre-Release! Looking for new No Doubt, Box Car

Racer, Creed, Jay-Z, Nelly, Reel Big Fish, Eminem

FileName: 05-GWEN GUTHRIE - aint nothing goin on but the rent.mp3
          Sha1: 7CTACC4NHOYTREQ5ALNH2QZJRBADHF5E
          audio: title = GWEN GUTHRIE - ain't nothing g
          audio: artist = Various Artists
          audio: album = Totally 80s Dance - The Essent
          audio: genre = Other
          audio: track = 5
          audio: seconds = 216
          audio: bitrate = 128

FileName: 06 - Jill Scott - Cross My Mind.mp3
          Sha1: XMBDW675IW6EPW4VGWAL6VKB3ADU6PH4
          audio: title = Cross My Mind
          audio: artist = Jill Scott
          audio: album = Beautifully Human
          audio: track = 6
                                        Page 10
```

```
                          Doe 1 (69628740)
        audio: seconds = 284
        audio: year = 0
        audio: bitrate = 170
        audio: comments = ...:::RNS 2004:::...

FileName: 06 Fantasia Barrino - Truth Is.mp3
        Sha1: PPL2UEZG7EWHMHBCQHWSV5UY7GTQAU2R
        audio: title = Truth Is
        audio: artist = fantasia
        audio: genre = Other
        audio: track = 0
        audio: seconds = 270
        audio: bitrate = 128

FileName: 06 tempo slow.mp3
        Sha1: 35JXURUO43SSLH5J2BFTN2HH3G4NLMQT
        audio: title = tempo slow
        audio: artist = R. Kelly
        audio: album = 90 Minute Freak Off Pt 2 (Mixe
        audio: track = 6
        audio: seconds = 239
        audio: year = 2003
        audio: bitrate = 192
        audio: comments = visit www.mp3xplosion.com

FileName: 06-keisha_coles_ft._eve-never-c4.mp3
        Sha1: ED4KHBCYJ5MHB6UQLEUL7OYCPSAIOJEN
        audio: title = Never
        audio: artist = Keisha Coles Ft. Eve
        audio: album = DJ Absolut-The Abso In RnB
        audio: track = 6
        audio: seconds = 212
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = Team C4

FileName: 06-tok_-_ladies-vod.mp3
        Sha1: OEZSYMVK5RNTZQCOV4TDWFIUARPVPTJA
        audio: title = ladies
        audio: artist = tok
        audio: album = Junkanoo Riddim-(Promo CD)
        audio: genre = Dance Hall
        audio: track = 6
        audio: seconds = 174
        audio: year = 2005
        audio: bitrate = 189
        audio: comments = vod 2k4

FileName: 07 - crash crew breaking bells - sugar hill classics back to.mp3
        Sha1: 4NUKWVEGVSXG2RZVQAVKPMJJOKKBXQ2U
        audio: title = crash crew breaking bells
        audio: artist = sugar hill classics back to the old school
        audio: album = title
        audio: track = 7
        audio: seconds = 444
        audio: bitrate = 128

FileName: 07 - Heat - 50 Cent.mp3
        Sha1: NDYD2DANOYVSVCNUPL7B3VFRV2WELOHW
        audio: seconds = 254
        audio: bitrate = 128

FileName: 07 I wanna know- joe.mp3
                          Page 11
```

```
                          Doe 1 (69628740)
          Sha1: CJAPWQ6GJ34VFIWHMLGXYVVA5T6BHDNJ
          audio: title = I wanna know- joe
          audio: genre = Other
          audio: track = 7
          audio: seconds = 296
          audio: bitrate = 160

FileName: 07 Yvette Michelle - Everyday & Everynight.mp3
          Sha1: RB2EB6US4SALWADMF5M7QGPDTR7D6QAQ
          audio: title = 07 Yvette Michelle - Everyday
          audio: artist = Various Artists
          audio: album = Bring da Ruckus    A Loud Story
          audio: genre = Hip-Hop
          audio: track = 0
          audio: seconds = 232
          audio: year = 1997
          audio: bitrate = 128
          audio: comments = 303

FileName:
07-ashanti_feat._camron_juelz_santana_and_murder_inc-only_you_(remix)-drx.mp3
          Sha1: 6KVAI3XOJ3DDMCZ5Y4INCS5NQQ4HOG34
          audio: title = Only You (remix)
          audio: artist = Ashanti feat. Camron, Juelz Santana &amp; Murder Inc
          audio: album = Big Mike Something For The Radio Pt. 8
          audio: genre = Hip-Hop
          audio: track = 7
          audio: seconds = 258
          audio: year = 2005
          audio: bitrate = 169
          audio: comments = -=DRX=-

FileName: 07-the_game-_fuck_g-unit-drx.mp3
          Sha1: EFJIJP5XWRTKIUDNPXLORLRW3G4KGAF6
          audio: title = The Game- Fuck G-Unit
          audio: artist = DJ Chaos
          audio: album = Fuck 50 pt 2 Bootleg
          audio: genre = Rap
          audio: track = 7
          audio: seconds = 21
          audio: year = 2005
          audio: bitrate = 129
          audio: comments = -=DRX=-

FileName: 07_BUJU_BANTON___PEOPLE_KIL.MP3
          Sha1: ZW7LEVGSXUD2OXEGUBGABTUKZTSYGD6R
          audio: title = People Kill People
          audio: artist = Buju Banton
          audio: album = Bad Company Riddim (FULL RELEA
          audio: genre = Dance Hall
          audio: track = 0
          audio: seconds = 145
          audio: year = 2003
          audio: bitrate = 192
          audio: comments = Brought by Who?

FileName: 08 - Joss Stone - Young At Heart.mp3
          Sha1: LJDBAQ6DFZSIX66FTN7BGLZL7SRSK5SE
          audio: title = Young At Heart
          audio: artist = Joss Stone
          audio: album = Mind Body &amp; Soul
          audio: track = 0
          audio: seconds = 250
```

Doe 1 (69628740)
```
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = Play Center For You Release Class [PC4uRC]

FileName: 08 Adina Howard - Buttnaked.mp3
        Sha1: TP4B2HS5G5RNBWAVV4EERSUIXHW34HHH
        audio: title = Buttnaked
        audio: artist = Adina Howard
        audio: album = The second coming
        audio: track = 8
        audio: seconds = 227
        audio: year = 2004
        audio: bitrate = 187
        audio: comments = darkchild

FileName: 08 What A Girl Wants.mp3
        Sha1: RQS7IOQ6WTGQXADQG64UQUGCXZTGQNHS
        audio: title = What A Girl Wants
        audio: artist = B2K
        audio: album = Pandemonium (Special Edition)
        audio: genre = Rap
        audio: track = 8
        audio: seconds = 278
        audio: year = 2003
        audio: bitrate = 192

FileName: 08-super rhymes - jimmy spicer.mp3
        Sha1: 3DWQXWENMJ6K7JXKKSOZUMIZKOHD2A3P
        audio: title = Super Rhymes - Jimmy Spicer
        audio: artist = Mantronix
        audio: album = That's My Beat
        audio: genre = Bass
        audio: track = 8
        audio: seconds = 304
        audio: year = 2002
        audio: bitrate = 187

FileName: 09 - Fantasia Barrino - You Were Always On My Mind.mp3
        Sha1: RPC7XZORI3OKBNU5A6MEJUP33QQWHIED
        audio: title = You Were Always On My Mind
        audio: artist = Fantasia Barrino
        audio: album = Free Yourself
        audio: track = 0
        audio: seconds = 223
        audio: year = 2004
        audio: bitrate = 196

FileName: 09 - Joss Stone - Snakes And Ladders.mp3
        Sha1: GRJMQBT47ZCKUXQX42I7YEMS3SUOGI65
        audio: title = Snakes And Ladders
        audio: artist = Joss Stone
        audio: album = Mind Body and Soul
        audio: track = 9
        audio: seconds = 215
        audio: year = 2004
        audio: bitrate = 189
        audio: comments = ESCAPE

FileName: 09 - She Works Hard For The Money.mp3
        Sha1: AKZESM72JYBORE7GFJBRBNU7OYAYUEO4
        audio: title = She Works Hard For The Money
        audio: artist = Donna Summer
        audio: album = Donna Summer Anthology (Disc 2)
```
Page 13

Doe 1 (69628740)
```
        audio: genre = Disco
        audio: track = 9
        audio: seconds = 319
        audio: bitrate = 192

FileName: 09 Clean Up Women. - Betty Wright.mp3
        Sha1: JH4HXRQE4AMPDAII4DJN7FGM6U4CZW33
        audio: seconds = 167
        audio: bitrate = 160

FileName: 09 John Legend - Don't you Worry 'bout a Thing.mp3
        Sha1: BHRB6RRAC4KIAOVOI3IQFZM6SLXZNJIH
        audio: title = Don't you Worry 'bout a Thing
        audio: artist = John Legend
        audio: album = Hitch Soundtrack
        audio: seconds = 286
        audio: year = 2005
        audio: bitrate = 184

FileName: 09 Stay In My Corner.mp3
        Sha1: UER7JNMLLZ7S7RUECG62CS2W664VN5KL
        audio: title = Stay In My Corner
        audio: artist = The Dells
        audio: album = The Five Heartbeats Soundtrack
        audio: track = 9
        audio: seconds = 372
        audio: year = 1991
        audio: bitrate = 160
        audio: comments = 000005A4 00000262 00003581 0000202D 00009DC1 0002A678
00005C5F

00008024 0005530F 000533D6

FileName: 09-mase_feat._kanye_west-welcome_back_(remix)-whoa.mp3
        Sha1: MD2XE4SA6XYEWRY3V6WJD5Y262BEPJII
        audio: title = Welcome Back (Remix)
        audio: artist = Mase Feat. Kanye West
        audio: album = DJ Envy &amp; Big Mike - Ahead Of(RealestNiggas.Com)
        audio: genre = Hip-Hop
        audio: track = 9
        audio: seconds = 214
        audio: year = 2004
        audio: bitrate = 166

FileName: 1 Chubb Rock - Treat 'Em Right (1).mp3
        Sha1: 7QZCMY6K5GZAJW2CQQ2HC4HM25EVY5RC
        audio: title = Treat 'Em Right
        audio: artist = Chubb Rock
        audio: album = The One
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 283
        audio: year = 1991
        audio: bitrate = 128
        audio: comments = , A

FileName: 1-06 Get Up On A Room.mp3
        Sha1: 7V3P3QJ3IIEG3FVLPDACCW3NUB65RGTN
        audio: title = Get Up On A Room
        audio: artist = R. Kelly
        audio: album = R. (Disc 1)
        audio: track = 6
        audio: seconds = 251
```
Page 14

Doe 1 (69628740)
```
        audio: year = 1998
        audio: bitrate = 192
        audio: comments = 0000075E 0000062F 0000A5A4

FileName: 1. R&B, Slow Jams - R Kelly - When A Womens Fed Up.mp3
        Sha1: LUKZFE7K6BUOKYMEKDAPEJLNBZHHXVOJ
        audio: title = When A Womens Fed Up
        audio: artist = R Kelly
        audio: genre = Other
        audio: track = 0
        audio: seconds = 278
        audio: bitrate = 128

FileName: 100 Songs for Kids - Funny Happy Birthday Song.mp3
        Sha1: RAVEPGH6ZHCXSRTZIXRBS4KUM6V54P5R
        audio: title = Happy Birthday Song - Funny
        audio: artist = Happy Birthday
        audio: genre = Other
        audio: track = 0
        audio: seconds = 115
        audio: bitrate = 128

FileName: 10_blue_lagoon_-_in_da_dancehall.mp3
        Sha1: GZIIELO2ICEEKAOBCHBD3RIAXECD6TUC
        audio: title = In Da Dancehall
        audio: artist = Blue Lagoon
        audio: album = Clublagoon
        audio: genre = Dance
        audio: track = 10
        audio: seconds = 225
        audio: year = 2005
        audio: bitrate = 211
        audio: comments = one group to rule them all

FileName: 11 - Lloyd - Hey Young Girl.mp3
        Sha1: ZAYJ63PDWWC7XGVGJUQ7OQB5NUGI4OJP
        audio: title = Hey Young Girl
        audio: artist = Lloyd
        audio: album = Southside
        audio: track = 2
        audio: seconds = 238
        audio: year = 2004
        audio: bitrate = 201

FileName: 11 - There Goes My Baby.mp3
        Sha1: PWNULR4BPUNMSYH6M4FZM6332APOYDTG
        audio: title = There Goes My Baby
        audio: artist = Donna Summer
        audio: album = Donna Summer Anthology (Disc 2)
        audio: genre = Disco
        audio: track = 11
        audio: seconds = 248
        audio: bitrate = 192

FileName: 11 Doggin' Around.mp3
        Sha1: 5W4MQSGSYEAB4LPMKK2TQYODCM7E6XVO
        audio: title = Doggin' Around
        audio: artist = Jackie Wilson
        audio: track = 11
        audio: seconds = 165
        audio: year = 1960
        audio: bitrate = 128
```

```
                         Doe 1 (69628740)
FileName: 11 George Michael - One More Try.mp3
         Sha1: OLYFW2A3SRAIQCDBZZPVCL7I4FHB37SG
         audio: title = 11 George Michael - One More Try
         audio: genre = Other
         audio: track = 0
         audio: seconds = 350
         audio: bitrate = 128

FileName: 112 & Notorious BIG & Mase - Only You.mp3
         Sha1: DDYIHYKYOPPT5QBDAZIUREOZOS6VS4S4
         audio: title = Only You
         audio: artist = 112
         audio: genre = Other
         audio: track = 0
         audio: seconds = 287
         audio: bitrate = 128

FileName: 112 - Anywhere.mp3
         Sha1: O5AUXZW7YU5PJMFHHYNAS7RKAY3MTEXL
         audio: title = Anywhere
         audio: artist = 112
         audio: genre = Other
         audio: track = 0
         audio: seconds = 245
         audio: bitrate = 128

FileName: 112 - Come See Me.mp3
         Sha1: L4RIS6BI4BCA2PKDEBEP2PGJOJM3HR3K
         audio: title = Come See Me (Remix)
         audio: artist = 112
         audio: genre = Other
         audio: track = 0
         audio: seconds = 231
         audio: bitrate = 128

FileName: 112 - Cupid.mp3
         Sha1: XSZPOBOB6FBJFURUBNHZM52SQG6IBLXW
         audio: title = Cupid
         audio: artist = 112
         audio: album = 112
         audio: track = 5
         audio: seconds = 253
         audio: year = 1996
         audio: bitrate = 128
         audio: comments = ripped by kboy

FileName: 112 - My Mistakes.mp3
         Sha1: 23LIGUVHEGGN7Y5NLC4JLEQ4NTH7GKAE
         audio: title = My Mistakes
         audio: artist = 112 - Pleasure and Pain
         audio: album = Pleasure &amp; Pain
         audio: track = 9
         audio: seconds = 279
         audio: year = 2005
         audio: bitrate = 187

FileName: 112 - Part III - 12 - Smile.mp3
         Sha1: EBPKTUUMM23DZDXST47QQCEM7NOJRJPY
         audio: artist = 112
         audio: genre = Other
         audio: track = 0
         audio: seconds = 234
         audio: bitrate = 128
                                      Page 16
```

Doe 1 (69628740)

```
FileName: 112 - Pleasure and Pain - 01 - Intro.mp3
        Sha1: QNAKSGOVOSMPIZQQERGDGHPTWO4E5JUS
        audio: title = Intro
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 1
        audio: seconds = 55
        audio: year = 2005
        audio: bitrate = 213

FileName: 112 - Pleasure and Pain - 02 Let This Go.mp3
        Sha1: SGEL4O6MUBWWG5XIRDFHT6DVXB2IXDZW
        audio: seconds = 215
        audio: bitrate = 256

FileName: 112 - Pleasure and Pain - 03 - What if.mp3
        Sha1: YDXNJHQBPL5Z5LVY3VWHFGWUACTQFNDC
        audio: title = What If
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 3
        audio: seconds = 326
        audio: year = 2005
        audio: bitrate = 201

FileName: 112 - Pleasure and Pain - 05 - Damn.mp3
        Sha1: XMURODC337EE23WPV6PGJ6RCRCAO3QJ2
        audio: title = Damn
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 5
        audio: seconds = 223
        audio: year = 2005
        audio: bitrate = 215

FileName: 112 - Pleasure and Pain - 06 - Nowhere.mp3
        Sha1: T23LVFETU4MSKQCM6YMWOXNCETZMXAMN
        audio: title = Nowhere
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 6
        audio: seconds = 234
        audio: year = 2005
        audio: bitrate = 195

FileName: 112 - Pleasure and Pain - 07 - Last to Know.mp3
        Sha1: JWBUYT4YP2WPY3POIVMWPLC37OHNYNXN
        audio: title = Last To Know
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 7
        audio: seconds = 239
        audio: year = 2005
        audio: bitrate = 189

FileName: 112 - Pleasure and Pain - 08 - I'm Sorry (interlude).mp3
        Sha1: MJ6LSV5BYHME3BVWSPJXD6YTVQSY4PEK
        audio: title = I'm Sorry (Interlude)
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 8
        audio: seconds = 47
```

Page 17

Doe 1 (69628740)

```
        audio: year = 2005
        audio: bitrate = 216

FileName: 112 - Pleasure and Pain - 10 - If i Hit ft T.I..mp3
        Sha1: OVS444VSZXJBE6VJQJUMB4VLUWR5GPCF
        audio: seconds = 236
        audio: bitrate = 183

FileName: 112 - Pleasure and Pain - 11 - The Way (ft. Jermainde Dupri).mp3
        Sha1: UTKNWC5RYSXPY2D6FXWCT3H74H3LXQYF
        audio: title = The Way ft Jermaine Dupri
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 11
        audio: seconds = 203
        audio: year = 2005
        audio: bitrate = 206

FileName: 112 - Pleasure and Pain - 12 - We goin Be Alright.mp3
        Sha1: ZYXQ23WPZRQ2Q2VYFEFDNBGXWU266QHR
        audio: title = We Goin' Be Alright
        audio: artist = 112
        audio: album = Pleasure &amp; Pain
        audio: track = 12
        audio: seconds = 95
        audio: year = 2005
        audio: bitrate = 172

FileName: 112 - Pleasure and Pain - 13 - Why Can't we Get Along.mp3
        Sha1: SYTP2U3LEKTRA3BADMD4XUA3YQY4QLFL
        audio: title = Why Can't We Get Along
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 13
        audio: seconds = 255
        audio: year = 2005
        audio: bitrate = 209

FileName: 112 - Pleasure and Pain - 14 That's How Close We Are.mp3
        Sha1: UZH5MJRHGBHNAWVMGRMWWMDVV6YZFWXJ
        audio: seconds = 235
        audio: bitrate = 207

FileName: 112 - Pleasure and Pain - 15 - Closing the Club ft Three Six Mafia.mp3
        Sha1: TYOX5SOVD2A4IC5F25H23IU4Z3MMBY7O
        audio: title = Closing The Club ft Three 6 Mafia
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 15
        audio: seconds = 243
        audio: year = 2005
        audio: bitrate = 218

FileName: 112 - Pleasure and Pain - 16 - What the Hell Do you Want.mp3
        Sha1: XXDXQFNX5UPCVFSK44ORBCLHKQ37QH2T
        audio: title = What The Hell Do You Want
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 16
        audio: seconds = 328
        audio: year = 2005
        audio: bitrate = 194
```

```
                          Doe 1 (69628740)
FileName: 112 - Pleasure and Pain - 17 - God Knows.mp3
        Sha1: DGZQVP73DUZKWSKWACPK6FZ5FVYCISR6
        audio: title = God Knows
        audio: artist = 112 - Pleasure and Pain
        audio: album = Pleasure &amp; Pain
        audio: track = 17
        audio: seconds = 308
        audio: year = 2005
        audio: bitrate = 213

FileName: 112 - Pleasure And Pain - 18 - You Already Know Feat Foxy Brown
(remix).mp3
        Sha1: FB5YNC7UGSK33EYYEVCET2JE56TG7CL3
        audio: title = 112 - Pleasure And Pain - 18 - You Already Know Feat Foxy
Brown

(remix).mp3
        audio: genre = Other
        audio: track = 0
        audio: seconds = 224
        audio: bitrate = 128

FileName: 112 - The Jacksons - Got To Be There-easymp3s.mp3
        Sha1: 4G3ZUYGJWD5N62CGN66OSK63Z4HAXFCK
        audio: title = Got To Be There-easymp3s
        audio: artist = The Jacksons
        audio: album = The Very Best Of
        audio: track = 112
        audio: seconds = 203
        audio: year = 2004
        audio: bitrate = 128
        audio: comments = http://www.easymp3s.com

FileName: 112 - you already know.mp3
        Sha1: SLUSWO675S74BFQDGHGEVMXR6YUGNCEB
        audio: genre = Other
        audio: track = 0
        audio: seconds = 200
        audio: bitrate = 192

FileName: 112 Feat Foxy Brown - You Already Know (remix).mp3
        Sha1: XKXVKR5QCYQWI6NAWIZYANEZGA6OVCVT
        audio: artist = 112
        audio: genre = Other
        audio: track = 0
        audio: seconds = 224
        audio: bitrate = 128

FileName: 112 Feat Ja Rule- You Already Know Remix.mp3
        Sha1: 3NJH3TKJTW45WHE7SBJQVCX4GK3J5ZGZ
        audio: genre = Other
        audio: track = 0
        audio: seconds = 212
        audio: bitrate = 192

FileName: 112 ft. JD - Let This Go (DJ Vee A Club Remix).mp3
        Sha1: IOYKK7EAWKKBPA4OAN3S6V6I4JMWXXRF
        audio: title = 02-Let's this Go
        audio: artist = 112 ft. JD - Let This Go (DJ Vee A Club Remix)
        audio: track = 0
        audio: seconds = 337
        audio: year = 2005
        audio: bitrate = 192
                                        Page 19
```

Doe 1 (69628740)

FileName: 112 Ft. Ludacris - Hot And Wet.mp3
        Sha1: RBAUODDQTRI652XCMDVYPVSE42MIRUIE
        audio: title = 112 Ft. Ludacris - Hot And Wet
        audio: genre = Other
        audio: track = 0
        audio: seconds = 229
        audio: bitrate = 96

FileName: 112, Jay-Z & Lil' Kim - Peaches and Cream (Remix).mp3
        Sha1: J4IECZZJML7AKGXWV5B6M2ATUTW4DA7G
        audio: title = 112, Jay-Z  &amp; Lil' Kim - Peaches and Cream (Remix)
        audio: genre = Other
        audio: track = 0
        audio: seconds = 232
        audio: bitrate = 128

FileName: 112- Ain't nobody gonna love you like i do.mp3
        Sha1: B4FTRHK42NCDICBJTGOI4QTM6CZDDNWT
        audio: title = Love You Like I Do
        audio: artist = 112
        audio: genre = Other
        audio: track = 0
        audio: seconds = 258
        audio: bitrate = 128

FileName: 12 - lady saw - hice it up.mp3
        Sha1: EZTKMSEQVQMGYY75GPVQCEIS2T7CZTQN
        audio: title = Hice It Up
        audio: artist = Lady Saw
        audio: album = Raw (The Best Of)
        audio: genre = Dance Hall
        audio: track = 12
        audio: seconds = 196
        audio: year = 1998
        audio: bitrate = 192
        audio: comments = released by JaH_MaKiN_LuV 2002
--- have phun &amp; share with other people! ;-) ---

FileName: 12 - Mr. Vegas & Pitbull - Pull Up (Culo)(DJ WhiTy Remix)-ae(1).mp3
        Sha1: CPQAP3HDKEZX7B46H36HZWV2GQCHMK7N
        audio: title = Pull Up (Culo)(DJ WhiTy Remix)
        audio: artist = Mr. Vegas &amp; Pitbull
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 226
        audio: bitrate = 112

FileName: 12 - Musiq - Who Knows.mp3
        Sha1: 3VEW4RGIVNLPX2KKNSVEOPOUZQNKK2IT
        audio: title = whoknows
        audio: artist = Musiq
        audio: album = Soulstar
        audio: track = 6
        audio: seconds = 295
        audio: year = 2003
        audio: bitrate = 192

FileName: 12 - Young Gunz - We Still Here.mp3
        Sha1: UGSBOEZSH2QNRXE2IJTIURXLRJMR7DDF
        audio: title = We Still Here
        audio: artist = Young Gunz
        audio: album = Brothers From Another (Edited)
                                              Page 20

Doe 1 (69628740)
```
        audio: genre = Hip-Hop
        audio: track = 12
        audio: seconds = 168
        audio: year = 2005
        audio: bitrate = 192

FileName: 12-va-brucie_bee_luv_bug_starski_and_dj_hollywood-the_medic.mp3
        Sha1: CCSE7S7SBVH2ANOLBBX2BVDURR43AZY6
        audio: title = Brucie Bee Luv Bug Starski &amp; D
        audio: artist = VA
        audio: album = 5 Deadly Venoms of Brooklyn TA
        audio: genre = Hip-Hop
        audio: track = 0
        audio: seconds = 102
        audio: year = 1997
        audio: bitrate = 192
        audio: comments = CMS2k2

FileName: 13 - Joss Stone - Killing Time.mp3
        Sha1: ZOSTDZL2X6Z7D4FCVJMDNHQ2PG4ZXGKA
        audio: title = Killing Time
        audio: artist = Joss Stone
        audio: album = Mind Body and Soul
        audio: track = 13
        audio: seconds = 312
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = www.torrentazos.com

FileName: 13 - Usher - Thats What Its Made For.mp3
        Sha1: WYR4XPMFEBZM3BH7X4RIGVZB7M75RRJR
        audio: title = Thats What Its Made For-easymp3s
        audio: artist = Usher
        audio: album = Confessions (Retail)
        audio: genre = Pop
        audio: track = 13
        audio: seconds = 138
        audio: year = 2004
        audio: bitrate = 384
        audio: comments = http://www.easymp3s.com

FileName: 13-gravy__m o p -take_it_off-whoa.mp3
        Sha1: YVISPDWFLTPQPXWO7BCPTNH74EAF3JUX
        audio: title = Take It Off
        audio: artist = Gravy &amp; M.O.P.
        audio: album = Sickamore - I Can Make You Fam
        audio: genre = Hip-Hop
        audio: track = 13
        audio: seconds = 191
        audio: year = 2005
        audio: bitrate = 165

FileName: 13-the_game-no_more_fun_and_games_(produced_by_just_blaze).mp3
        Sha1: 4DIIPL7LD2NYX2LZDTPOOHHT7DWK6QPZ
        audio: title = No More Fun And Games (Produced By Just Blaze)
        audio: artist = The Game
        audio: album = The Documentary
        audio: genre = Rap
        audio: track = 13
        audio: seconds = 157
        audio: year = 2005
        audio: bitrate = 191
```

Page 21

```
                              Doe 1 (69628740)
FileName: 14 - Darlin' Darlin' Baby (Sweet, Tender Love).mp3
         Sha1: JQJH4NIACL7K54GMR52BCVXL7QVOAKTJ
         audio: title = Darlin' Darlin' Baby (Sweet, Tender Love)
         audio: artist = O'Jays
         audio: album = The O-Jays - Collectors Item
         audio: genre = Soul
         audio: track = 14
         audio: seconds = 257
         audio: bitrate = 96

FileName: 14 - Tyrese ft. Ludacris, R. Kelly - Pick Up The Phone.mp3
         Sha1: 5OBAJXLJGOFSGPIEIX65LF2AMGYLAGZH
         audio: title = Pick Up The Phone
         audio: artist = Tyrese &amp; Ludacris Feat. R. Kelly
         audio: album = 2 Fast 2 Furious
         audio: genre = Soundtrack
         audio: track = 5
         audio: seconds = 293
         audio: year = 2003
         audio: bitrate = 192

FileName: 14 A Gal Just A Watch Yu _ Alton Black.mp3
         Sha1: PLARSMDVQZS3FDOPV7AD5FW6KFAZFRDI
         audio: title = A Gal Just A Watch Yu / Alton Black
         audio: artist = Blacka Ranks
         audio: album = Dancehall 101 Vol.2
         audio: genre = Reggae
         audio: track = 14
         audio: seconds = 212
         audio: bitrate = 128

FileName: 14 Etcetera.mp3
         Sha1: PE4HZXBSXXPLJRBC6HPSVJQJAIWBQMAX
         audio: title = Etcetera
         audio: artist = R. Kelly
         audio: album = R.
         audio: track = 14
         audio: seconds = 252
         audio: year = 1998
         audio: bitrate = 182

FileName: 14-alicia_keys_feat._jadakiss-karma_(remix)-whoa- Big Mike-the game needs
me

Vol.1.mp3
         Sha1: VAYRHUJNFDQWVISSTV2G4SZAC7NOXAUY
         audio: title = Karma (Remix)
         audio: artist = Alicia Keys Feat. Jadakiss
         audio: album = Big Mike - The Game Needs Me
         audio: genre = Hip-Hop
         audio: track = 14
         audio: seconds = 240
         audio: year = 2005
         audio: bitrate = 160

FileName: 14-Tanya Stephens - Gangsta Stroll.mp3
         Sha1: NN7U47E6TKWPB75XFNPZ2FDHKLSGMTG6
         audio: title = Gangsta Stroll
         audio: artist = Tanya Stephens
         audio: album = Wrought Iron Riddim
         audio: genre = Dance Hall
         audio: track = 14
         audio: seconds = 193
```

Doe 1 (69628740)

```
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = MAD

FileName: 15 - grandmaster flash & the furious five - the birthday party.mp3
        Sha1: WLKQHQNGYXLRKWHO3HX5QJYPOKTDNVTZ
        audio: title = The Birthday Party
        audio: artist = Grandmaster Flash
        audio: genre = Other
        audio: track = 0
        audio: seconds = 346
        audio: bitrate = 128

FileName: 15 - Jungle Brothers - J.Beez Comin' Through.mp3
        Sha1: POTFNXDMY6WJADX74ZEAVK5FEPZ4OAVD
        audio: title = J.Beez Comin' Through
        audio: artist = Jungle Brothers
        audio: album = Done By The Forces Of Nature
        audio: genre = Hip-Hop
        audio: track = 0
        audio: seconds = 216
        audio: year = 1990
        audio: bitrate = 128

FileName: 16 - I Got Him All The Time-Mokenstef.mp3
        Sha1: QE7FOBF43G5Z4SDG2QWSTYJRVQIXG634
        audio: title = I Got Him All The Time
        audio: artist = Mokenstef
        audio: album = Def Jam 10th Year Anniversary
        audio: track = 16
        audio: seconds = 239
        audio: bitrate = 96

FileName: 16-Omarion-O (Remix) ft Nestly.mp3
        Sha1: UT2ENX7HFTDUJUTDAHNBQBS4Q3QXV37T
        audio: seconds = 284
        audio: bitrate = 128

FileName: 16-risto_benji-passport_buddy-cms.mp3
        Sha1: 7CNA5U6K35RC3M7COZ7QXV75SPEEZVHW
        audio: title = Passport Buddy
        audio: artist = Risto Benji
        audio: album = Dancehall 101 Vol 1
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 217
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = Cms2k1

FileName: 16-Treacherous Three-Yes We Can-Can.mp3
        Sha1: BVHNIV5BA33I3I7KLU5XNU4DM76BT23L
        audio: title = Yes We Can-Can
        audio: artist = Treacherous Three
        audio: album = MOS OldSkool HipHop CD1
        audio: genre = Other
        audio: track = 16
        audio: seconds = 403
        audio: year = 2002
        audio: bitrate = 160
        audio: comments = www.cdmaniacs.cjb.net

FileName: 17 - Reasons - Earth, Wind & Fire.mp3
```

Page 23

```
                           Doe 1 (69628740)
        Sha1: VVXMD4MQJHRQNKBNTXSZ5LGB4AOFVMNZ
        audio: title = 17 - Reasons - Earth, Wind &amp; Fire
        audio: artist = Earth Wind &amp; Fire
        audio: album = Pure Attraction 2
        audio: track = 17
        audio: seconds = 298
        audio: bitrate = 128

FileName: 17-Mobb Deep feat Big Noyd & Vita - Burn.mp3
        Sha1: HO2SH34ZFC633E3PCAYWYCIW3FLE64YM
        audio: title = Burn
        audio: artist = Mobb Deep feat Big Noyd &amp; Vita
        audio: album = Dan Beats Vol. 32
        audio: track = 17
        audio: seconds = 259
        audio: bitrate = 192


FileName:

17-the_game-dont_worry_(feat_mary_j_blige)_(produced_by_dr_dre_and_mike_elizondo).mp
3
        Sha1: Y667XJTQRD6QRBYAKMRDWOI66VKFKFK4
        audio: title = Don't Worry (Feat. Mary J. Blige) (Produced By Dr. Dre &amp;
Mike

Elizondo)
        audio: artist = The Game
        audio: album = The Documentary
        audio: genre = Rap
        audio: track = 17
        audio: seconds = 251
        audio: year = 2005
        audio: bitrate = 166

FileName: 18 - 50 Cent Ft G-Unit - Bad Newz.mp3
        Sha1: 7VHKHGQB4OBPHWVMW2PY2I6CQTQSMEYQ
        audio: title = Bad Newz
        audio: artist = 50 Cent Ft G-Unit
        audio: album = Mixtape Legend
        audio: genre = Other
        audio: track = 18
        audio: seconds = 258
        audio: year = 2004
        audio: bitrate = 128
        audio: comments = www.torrentazos.com

FileName: 18-little_john-yes_mama-yard.mp3
        Sha1: 27N37Z7XNSZFZP3LVCRLY6SMKKICMJ4P
        audio: title = yes mama
        audio: artist = little john
        audio: album = punanny rhythm album 5
        audio: genre = Dance Hall
        audio: track = 18
        audio: seconds = 223
        audio: year = 2000
        audio: bitrate = 192
        audio: comments = #yard on EFnet!

FileName: 18.Avant - Separated.mp3
        Sha1: XGTPTNPH2UNZN47L2SOC5BC6V3YSC2RT
        audio: title = Separated
        audio: artist = Avant
        audio: album = Summer Heat 99
                                          Page 24
```

Doe 1 (69628740)

```
            audio: track = 4
            audio: seconds = 254
            audio: year = 1999
            audio: bitrate = 192
            audio: comments = Ripped By Team RNS

FileName: 187 run dmc - jam master jay.mp3
            Sha1: NCCN42FANUSWUZ46VX76ANVMCFZTT3ZL
            audio: title = Jam master Jay
            audio: artist = Run DMC
            audio: album = Greatest hits
            audio: genre = Rap
            audio: track = 0
            audio: seconds = 190
            audio: year = 1998
            audio: bitrate = 128
            audio: comments = 15

FileName: 2 Live Crew - Do Wah Diddy.mp3
            Sha1: CQLBVINQBQ3AKXSPQ2IOEU2X464OFFGX
            audio: title = Do Wah Diddy
            audio: artist = 2 Live Crew
            audio: genre = Other
            audio: track = 32
            audio: seconds = 240
            audio: bitrate = 128

FileName: 2 Live Crew - SHAKE WHAT YOUR MAMA GAVE YA - LUKE.mp3
            Sha1: 5X425FZBPFAJ7FVSSJOL3TERBMXBMN5B
            audio: title = SHAKE WHAT YOUR
            audio: artist = 2 Live Crew
            audio: genre = Other
            audio: track = 0
            audio: seconds = 196
            audio: bitrate = 128

FileName: 2 Pac & Biggie - Running (Eminem's Dying To Live Remix).mp3
            Sha1: X7LIDJCXNYLRZUMBKZNHAF6ICQ6FC5O4
            audio: title = Runnin&amp;amp;apos; (Produced By
            audio: artist = 2Pac Ft. Biggie
            audio: album = Runnin-CDS-(Produced By Eminem
            audio: track = 1
            audio: seconds = 231
            audio: year = 2003
            audio: bitrate = 192
            audio: comments = 2PACMP3                    n

FileName: 2 Pac - All Eyes On Me (Tupac) - Skandalouz (Feat Nate Dogg).mp3
            Sha1: 4EBYBH3R6PWD7H6D77CAH6SRZYGDBIGW
            audio: title = Skandalouz (Feat. Nate Dogg)
            audio: artist = 2 Pac
            audio: album = All Eyes On Me (Tupac)
            audio: genre = Rap
            audio: track = 3
            audio: seconds = 248
            audio: year = 2001
            audio: bitrate = 192
            audio: comments = if it isn't nø¡ze why bother

FileName: 2 pac - Tupac - I Ain't Mad At Cha.mp3
            Sha1: VTMOPN3E6WIQJZQRYC2HPKMN73WU04OH
            audio: title = Tupac -  I Ain't Mad At Cha
            audio: artist = Tupac
```

Page 25

```
                        Doe 1 (69628740)
        audio: album = Greatest Hits Disc 2
        audio: genre = rock
        audio: track = 3
        audio: seconds = 294
        audio: bitrate = 128

FileName: 2 Pac - Tupac - Dear Mama.mp3
        Sha1: HFPEJWLR5X4CPTXVCGAUUMZ6LNIL6H3M
        audio: title = Dear Mama
        audio: artist = 2pac
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 280
        audio: year = 1996
        audio: bitrate = 128

FileName: 2 Pac Tupac - Changes.mp3
        Sha1: B25DGYHNG6NK3LYSY7JVMVQ5UYACBVGE
        audio: title = Changes
        audio: artist = 2PAC
        audio: album = Greatest Hits
        audio: genre = Hip-Hop
        audio: track = 5
        audio: seconds = 269
        audio: year = 1998
        audio: bitrate = 160

FileName: 2005 - (NEW) (Dancehall) - Sean Paul - Back Off (Remix).mp3
        Sha1: AVKCQ7CNENDX5OJ44TPDHPSBEUP2NQUC
        audio: title = Back Off-(Remix)
        audio: artist = Sean Paul
        audio: album = Back Off (Remix)-VLS
        audio: genre = Dance Hall
        audio: track = 1
        audio: seconds = 199
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = vod 2k4

FileName: 24-xl-caught_on_me-Omni.mp3
        Sha1: CG4I27G27UNVS7BKJXX3XTFJSF3OVG4X
        audio: title = Caught On Me
        audio: artist = XL
        audio: album = unknown
        audio: track = 24
        audio: seconds = 239
        audio: year = 2005
        audio: bitrate = 129

FileName: 25th Hour - 05 - Liquid Liquid - Cavern.mp3
        Sha1: RLI4TFUINICHSWYU4WZWMLV2OWM5WQRX
        audio: title = Cavern
        audio: artist = Liquid Liquid
        audio: album = 25th Hour Soundtrack
        audio: genre = Soundtrack
        audio: track = 5
        audio: seconds = 321
        audio: bitrate = 160

FileName: 28 - Heavy D & The Boyz - The Overweight Lover's In The House.mp3
        Sha1: NP5HDGMKKJHUF2D7ZDVGMBYCZPWBJCRO
        audio: artist = Heavy D &amp; The Boyz
        audio: album = Overweight Lover
                        Page 26
```

Doe 1 (69628740)
```
           audio: genre = Other
           audio: track = 0
           audio: seconds = 214
           audio: bitrate = 128

FileName: 29 Super Nature (bka Salt n' Pepa) - The Show Stoppa (Is Stupid Fresh).mp3
           Sha1: MDCXEKJTFAHDNM4C3Q26HSVPVN7BMO3M
           audio: title = The Show Stoppa (Is Stupid Fresh)
           audio: artist = Super Nature (b/k/a Salt-N-Pepa)
           audio: album = N/A
           audio: genre = Hip-Hop
           audio: track = 0
           audio: seconds = 330
           audio: year = 1985
           audio: bitrate = 160

FileName: 2pac & Biggie tribute - Changes vs I'll be missing you (DJZ remix).mp3
           Sha1: AXLXUPMUNNIYTYJ2WCEIQS7CTNMEP4JQ
           audio: title = 2pac &amp; Biggie tribute - Changes vs I'll be missing you
(DJZ

remix)
           audio: genre = Other
           audio: track = 0
           audio: seconds = 250
           audio: bitrate = 192

FileName: 2pac & Cypress Hill & Biggie & Wu-Tang Clan - Freestyle.mp3
           Sha1: B4HAJLTHIHZ2DSDQAV7SGY5QM5BYHGMP
           audio: title = Freestyle At MSG Live
           audio: artist = Notorious B.I.G. &amp;amp; 2pac
           audio: genre = Rap
           audio: seconds = 319
           audio: year = 1998
           audio: bitrate = 128

FileName: 2pac - Fuck East Coast Niggas (Mobb Deep, Fugees, Biggie, Da Brat
Diss).mp3
           Sha1: DUN5DDLTFZZB2GOKUR2I3KG5H5Y55QXB
           audio: title = Fuck Mobb Deep
           audio: artist = Tupac
           audio: album = Makaveli 10
           audio: genre = Gangsta
           audio: track = 0
           audio: seconds = 252
           audio: year = 1999
           audio: bitrate = 160
           audio: comments = Rip

FileName: 2Pac - How Do You Want It.mp3
           Sha1: HBGVN5CQHTQDRG74WNOQJGHJA6ISAIWI
           audio: title = How Do You Want It
           audio: artist = 2pac
           audio: track = 1
           audio: seconds = 287
           audio: bitrate = 128

FileName: 2pac - So many Tears.mp3
           Sha1: AMOFYB5ZIOIZFGGSAC5FXYIF2FL6DBME
           audio: title = Shed So Many Tears
           audio: artist = Tupac
           audio: album = Me Against The World
           audio: track = 10
```
Page 27

Doe 1 (69628740)

```
        audio: seconds = 238
        audio: year = 1995
        audio: bitrate = 159

FileName: 2pac - Thug Passion.mp3
        Sha1: EYVBFYFPRI7RLOWSBF4JGQVNE2ZCXDGD
        audio: genre = Other
        audio: track = 0
        audio: seconds = 308
        audio: bitrate = 128

FileName: 2Pac Greatest Hits - Tupac Shakur - Hail Mary.mp3
        Sha1: RPCAKJFDGVNNGLDCFB6WYQ2RLBI5CIKL
        audio: title = Hail Mary
        audio: artist = Tupac Shakur
        audio: album = 2Pac Greatest Hits
        audio: track = 5
        audio: seconds = 313
        audio: year = 1999
        audio: bitrate = 160
        audio: comments = Made with RealJukebox (tm)

FileName: 2pac-Broken Wings.mp3
        Sha1: GAYS5D4KA5C77FPJDLDIJNKW2ET3QRLZ
        audio: artist = Tupac
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 266
        audio: bitrate = 192

FileName: 2Pac-Everywhere I go I see the same Hoe.mp3
        Sha1: XTVYJKNE2TYYH2D2TGFWBJBPZGQX36LL
        audio: title = Everywhere I Go I See The Same Hoe
        audio: artist = Tupac
        audio: genre = Other
        audio: track = 0
        audio: seconds = 277
        audio: bitrate = 128

FileName: 3. Fat Joe - Fuck 50.mp3
        Sha1: H3SCUR2TMWUD5THIQKWLVHZJ5IFDIHYD
        audio: title = Fuck 50
        audio: artist = Fat Joe
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 240
        audio: year = 2005
        audio: bitrate = 192

FileName: 31-mase-fuck_me_fuck_you-c4.mp3
        Sha1: IDFUKEDYIWUK5NPIY5FLLXTQEYEVWHI4
        audio: title = Fuck Me, Fuck You
        audio: artist = Mase
        audio: album = Welcome Back (The Real Best Of Mase)
        audio: genre = Rap
        audio: track = 31
        audio: seconds = 205
        audio: year = 2004
        audio: bitrate = 167
        audio: comments = C4

FileName: 3LW - No More.mp3
        Sha1: J7JAEUGUISQKOGZ3IU5PFYOZFS543S47
```

Page 28

Doe 1 (69628740)

```
              audio: title = No More
              audio: artist = 3LW
              audio: genre = Pop
              audio: track = 0
              audio: seconds = 267
              audio: year = 2000
              audio: bitrate = 128

FileName: 43 Mint Condition - If You Love Me.mp3
          Sha1: VOJH5R7E7PS6O2OCKLGKZOGOYX2ZIFYS
          audio: title = 43 Mint Condition - If You Love Me
          audio: genre = Other
          audio: track = 0
          audio: seconds = 263
          audio: year = 1999
          audio: bitrate = 128

FileName: 50 Cent & Madd Rapper- How To Rob.mp3
          Sha1: G3Z373ZNAIWEDW4HD54DM73DUU6I2SFN
          audio: artist = 50 cent
          audio: genre = Other
          audio: track = 0
          audio: seconds = 266
          audio: bitrate = 128

FileName: 50 CENT & NAS & G UNIT - THE GAME WAS OVER BEFORE IT STARTED - FUCK
YOU.mp3
          Sha1: UCPGNDAMCIHN2DSZ3LSHOMKYS55LIWVB
          audio: title = FUCK YOU
          audio: artist = 50 CENT &amp; NAS &amp; G UNIT
          audio: album = THE GAME WAS OVER BEFORE IT STARTED
          audio: track = 6
          audio: seconds = 236
          audio: year = 2002
          audio: bitrate = 128
          audio: comments = allstar2 for rvppc

FileName: 50 Cent (ft Tony Yayo) - I Run New York (Jadakiss Diss).mp3
          Sha1: FZF5H3YCCWDJR53SUZAQ3VLUNBY5VYVO
          audio: title = i run new york
          audio: artist = 50 Cent Feat Tony Yayo
          audio: album = I Run New York
          audio: genre = Rap
          audio: track = 1
          audio: seconds = 292
          audio: year = 2005
          audio: bitrate = 192
          audio: comments = VAMPIRE XTC

FileName: 50 Cent - 20 - So Amazing ft Olivia.mp3
          Sha1: WNFZ5ZASLOQYU44OBGNQYC7OOA5CGEMC
          audio: title = So Amazing (Feat. Olivia) (Produced By Jonathan
&quot;J.R.&quot;

Rotem)
          audio: artist = 50 Cent
          audio: album = The Massacre
          audio: genre = Rap
          audio: track = 20
          audio: seconds = 196
          audio: year = 2005
          audio: bitrate = 208
```

Doe 1 (69628740)
FileName: 50 Cent - 2050 Before The Massacre - 15 - We Gonna Hit Yo Ass Up ft. Lloyd

Banks & Tony Yayo.mp3
        Sha1: QGQCDDZO6SLLZ73MDFXTWQV77IPHGPVR
        audio: title = We Gonna Hit Yo Ass Up
        audio: artist = 50 Cent Ft. Lloyd Banks &amp; Tony Yayo
        audio: album = G-Unit Radio 10 (Before The Massacre 2050)
        audio: genre = Hip-Hop
        audio: track = 15
        audio: seconds = 259
        audio: year = 2005
        audio: bitrate = 199
        audio: comments = Team C4

FileName: 50 Cent - 21 questions .MP3
        Sha1: Z6JZG4RO2PMHUTUCAVBVNH72X63TSTN7
        audio: title = 50 Cent - 21 Questions
        audio: artist = 50 Cent
        audio: album = Get Rich or Die Tryin'
        audio: genre = Rap
        audio: track = 14
        audio: seconds = 224
        audio: year = 2003
        audio: bitrate = 192
        audio: comments = WWW.21century-MP3.com

FileName: 50 Cent - Candy Shop Remix (ft Notorious BIG).mp3
        Sha1: KF2CLDIN3R26274HV5SSIY43NMIT4AGV
        audio: title = Candy SHop Remix
        audio: artist = 50Cent
        audio: genre = Blues
        audio: track = 0
        audio: seconds = 252
        audio: bitrate = 192
        audio: comments = MAGZZ MIXXXX

FileName: 50 Cent - Candy Shop.mp3
        Sha1: WECANHFH5SED55OVXXRQD7UY4MWLNUM2
        audio: title = Candy Shop
        audio: artist = 50 Cent Feat Olivea
        audio: album = Valentine's Day Massacre
        audio: genre = Hip-Hop
        audio: track = 1
        audio: seconds = 210
        audio: year = 2005
        audio: bitrate = 192
        audio: comments = meanstreak

FileName: 50 Cent - Disco Inferno (Dirty).mp3
        Sha1: LSP5CNCMFL3KKWFY4ZMBHKVWREV3EOH5
        audio: title = Disco Inferno
        audio: artist = 50 Cent
        audio: genre = Other
        audio: track = 0
        audio: seconds = 211
        audio: bitrate = 192
        audio: comments = Shadyrecords.net Exclusive!!!

FileName: 50 Cent - Get Rich or Die Trying - 02 What Up Gangsta.mp3
        Sha1: QSDEGTCJAV7DVNDN4WRXVT42BZYPSO5X
        audio: title = What Up Gangsta?
        audio: artist = 50 Cent
                                Page 30

Doe 1 (69628740)
```
            audio: album = Get Rich or Die Tryin'
            audio: genre = Rap
            audio: track = 2
            audio: seconds = 179
            audio: year = 2003
            audio: bitrate = 192

FileName: 50 cent - get rich or die trying - 02. niggas - bg5.mp3
            Sha1: PHMPAPFWZIM6XBCXIFPYYOEPBM6GICG6
            audio: title = Niggas
            audio: artist = 50 Cent
            audio: album = Get Rich or Die Trying (BOOTLE
            audio: genre = Rap
            audio: track = 2
            audio: seconds = 207
            audio: year = 2002
            audio: bitrate = 192
            audio: comments = #xmk

FileName: 50 cent - get rich or die trying - 03 - g-unit anthem.mp3
            Sha1: AQG2FQ6QOR6UH3SAO3UZFRTNYC5RMJ4E
            audio: title = G-Unit Anthem (Featuring G-Uni
            audio: artist = 50 Cent
            audio: album = DJ Clue - Hate Me Now Pt.3
            audio: track = 0
            audio: seconds = 212
            audio: year = 2002
            audio: bitrate = 192
            audio: comments = ERS

FileName: 50 Cent - Get Rich Or Die Trying - 07 - Order Of Protection (Ja Diss).mp3
            Sha1: 5OSXVD4CWNPTN7JH5XT3Q5JWLJLWNL7D
            audio: title = Order Of Protection (Ja Diss)
            audio: artist = 50 Cent
            audio: genre = Other
            audio: track = 0
            audio: seconds = 152
            audio: bitrate = 192

FileName: 50 Cent - Get Rich Or Die Trying - 10 - Back Down.mp3
            Sha1: 6YROYN5UF6OYKKOKXOVHZXUT4EEBRKJU
            audio: title = Back Down (Dirty)
            audio: artist = 50 Cent
            audio: album = In Da Club-BW-Back Down VLS
            audio: track = 6
            audio: seconds = 221
            audio: year = 2002
            audio: bitrate = 192
            audio: comments = GuN SmOkE MuSiK

FileName: 50 Cent - Get Rich Or Die Trying - 13 - You're Not Ready (Feat.
G-Unit).mp3
            Sha1: RWPOHE4SNINKXAA6FL7C26TCHEDUSJHC
            audio: title = You're Not Ready (Feat. G-Unit)
            audio: artist = 50 Cent
            audio: album = Get Rich or Die Trying
            audio: genre = Hip-Hop
            audio: track = 13
            audio: seconds = 198
            audio: year = 2002
            audio: bitrate = 192

FileName: 50 Cent - Get Rich Or Die Trying - 15 -
```
Page 31

Doe 1 (69628740)

```
dont_push_me_(feat_eminem_and_lloyd_banks)-rns.mp3
        Sha1: 2ZUTANKKZVFZ2NHVVTUH3DXVIXEC5TJ4
        audio: title = Don't Push Me (feat. Eminem &amp; Lloyd Banks)
        audio: artist = 50 Cent
        audio: album = Get Rich or Die Tryin'
        audio: genre = Rap
        audio: track = 15
        audio: seconds = 249
        audio: year = 2003
        audio: bitrate = 192

FileName: 50 Cent - Get Rich Or Die Trying - 18 - U Not Like Me.mp3
        Sha1: KRG2DJQ2D7W7BKHEIMEDER6SOQZ7CVCC
        audio: title = U Not Like Me
        audio: artist = 50 Cent
        audio: album = Guess Whos Back
        audio: genre = Rap
        audio: track = 1
        audio: seconds = 250
        audio: year = 2002
        audio: bitrate = 160
        audio: comments = www.simplemp3s.com

FileName: 50 Cent - Hail Mary Remix.mp3
        Sha1: OKHWIOUSSPZ7VE2ONLFN3XC7TP3OHZ5R
        audio: title = Hail Mary 2003 (Ja Rule Diss)
        audio: artist = 50 Cent &amp; Eminem &amp; Busta Rhymes
        audio: genre = Other
        audio: track = 0
        audio: seconds = 316
        audio: bitrate = 128

FileName: 50 Cent - I Smell Pussy (Ja Rule, Irv, Chuck B, Ashanti Diss.mp3
        Sha1: 3VWLRVDMLJTUO6RD7ZWN5QHJHIZ5SFVK
        audio: title = I Smell Pussy (Ja Rule Diss)
        audio: artist = 50 Cent
        audio: album = unreleased.
        audio: track = 7
        audio: seconds = 277
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = www.streethop.com

FileName: 50 Cent - If I Can't.mp3
        Sha1: 23PLQ226FBFD6EIHE7EYJEPYVUQSO22H
        audio: title = If I Can't
        audio: artist = 50 Cent
        audio: album = Get Rich or Die Tryin'
        audio: genre = Rap
        audio: track = 8
        audio: seconds = 196
        audio: year = 2003
        audio: bitrate = 192

FileName: 50 cent - Its Your Birthday.mp3
        Sha1: C7SKBJJCRUZS3CSXWRJPHQEQAZ6FPWQV
        audio: title = Its Your Birthday
        audio: artist = 50 cent
        audio: genre = Blues
        audio: track = 0
        audio: seconds = 241
        audio: bitrate = 192
```