Doe 1 (69628740)

FileName: 50 cent - Just A Little Bit(Pretty Ricky Remix)Hot!!.mp3
        Sha1: 7NYIZZEWGKLYD76MRDAY4I5HPFNJ5ZZ2
        audio: title = Just A Lil' Bit (Remix)
        audio: artist = 50 Cent Feat. Pretty Ricky
        audio: track = 0
        audio: seconds = 187
        audio: bitrate = 160
        audio: comments = Mad

FileName: 50 Cent - Just Be Friends.mp3
        Sha1: ZYAGYZTHKQS7NZXXRQ233PHDBCOKLWVP
        audio: title = Just Be Friends
        audio: artist = 50 Cent
        audio: album = The Best of 50 Cent Part 3
        audio: track = 7
        audio: seconds = 145
        audio: bitrate = 128

FileName: 50 Cent - Material Girl.mp3
        Sha1: SHYLOOVPD5VTANP5TIWTVAD7OOMEIHB2
        audio: artist = 50 Cents
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 245
        audio: bitrate = 96

FileName: 50 Cent - Shake That Ass.mp3
        Sha1: K4XW42RHGSV6MUZI2HMV2XEYOPQLCCK5
        audio: title = SHAKE THAT ASS GIRL
        audio: artist = 50 CENT
        audio: genre = Other
        audio: track = 3
        audio: seconds = 210
        audio: bitrate = 128

FileName: 50 Cent - The Massacre - 05 - Piggy Bank.mp3
        Sha1: BMLUJLWZIM466BSQRBJFHDP2RMI3E4RW
        audio: title = Piggy Bank (Produced By Needlz)
        audio: artist = 50 Cent
        audio: album = The Massacre
        audio: genre = Rap
        audio: track = 5
        audio: seconds = 255
        audio: year = 2005
        audio: bitrate = 209

FileName: 50 Cent - The Massacre - 09 - Get In My Car.mp3
        Sha1: PDORWQFO8VMO7ULEZNFZUSKN4WLE74CE
        audio: title = Get In My Car (Produced By Hi-Tek)
        audio: artist = 50 Cent
        audio: album = The Massacre
        audio: genre = Rap
        audio: track = 9
        audio: seconds = 245
        audio: year = 2005
        audio: bitrate = 207

FileName: 50 Cent - The Massacre - 19 - I Thug You Up ( ft. Jamie Foxx).mp3
        Sha1: UZF6GXA3A2DV6P7GIXXMRPUWKMW6XOXG
        audio: title = Build You Up
        audio: artist = 50-Cent and Jamie Fox
        audio: album = The Massacre
                                    Page 33

Doe 1 (69628740)
```
        audio: genre = Rap
        audio: track = 18
        audio: seconds = 175
        audio: year = 2005
        audio: bitrate = 212
```

FileName: 50 Cent - The Massacre - 20 - Hate It or Love It (feat. The Game, Lloyd
Banks,

Tony Yayo, Young Buck) (G Unit Remix).mp3
```
        Sha1: 32SBCRUTNYVB27FRNON43ISTCV6UEXVM
        audio: title = Hate It Or Love It (Remix) (Feat. G-Unit)
        audio: artist = 50 Cent
        audio: album = The Massacre
        audio: genre = Rap
        audio: track = 20
        audio: seconds = 264
        audio: year = 2005
        audio: bitrate = 128
```

FileName: 50 Cent - The Official Best Of 50 Cents & G-Unit - Guess Who's Back.mp3
```
        Sha1: WG5WMBMSZNHOR4ISU6XIQNAJWWFIJ5XC
        audio: title = Guess Who's Back
        audio: artist = 50 Cent
        audio: album = The Official Best Of 50 Cents &amp; G-Unit
        audio: genre = Rap
        audio: track = 2
        audio: seconds = 97
        audio: bitrate = 192
```

FileName: 50 Cent - Valentine's Day Massacre - As The World Turns.mp3
```
        Sha1: IJJOKETR24A6EW2LQUPIXIARHNFHVG6L
        audio: artist = 50 Cents
        audio: track = 0
        audio: seconds = 259
        audio: bitrate = 192
```

FileName: 50 CENT FEAT SNOOP DOGG - PIMP(RMX)(CLEAN).MP3
```
        Sha1: 2LCSY2XHRUBNZ65FGJIPCTJZO5SSYLYH
        audio: title = PIMP(RMX)(CLEAN)
        audio: artist = 50 CENT FEAT SNOOP DOGG
        audio: album = P.I.M.P. (Remix) CDS
        audio: genre = Hip-Hop
        audio: track = 2
        audio: seconds = 239
        audio: year = 2003
        audio: bitrate = 192
        audio: comments = 5C078F08
```

FileName: 50 Cent Feat. Biggie & Eminem - The Realist Nigga's (Remix).mp3
```
        Sha1: PIJRKIVRFVQZL6RS32MC5C2TMDNIEXNU
        audio: title = The Realest Nigga's (Remix)
        audio: artist = Notorious BIG ft 50 Cent &amp; Emi
        audio: album = The Realest (REMIX CDS)
        audio: genre = Rap
        audio: track = 1
        audio: seconds = 318
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = #xmk
```

FileName: 50 Cent feat. DMX & Styles P - Just A Lil Bit (Clubstyle Remix 2005).mp3
```
        Sha1: 2XVGNLGGNAV2X6VBIUDN5YJBDIWWJMJZ
```
Page 34

```
                          Doe 1 (69628740)
         audio: artist = 50 Cent Feat. DMX, Feat. Styles P.
         audio: genre = Other
         audio: track = 0
         audio: seconds = 245
         audio: bitrate = 128

FileName: 50 cent Feat. Fabolous - Just A Little Bit.mp3
         Sha1: 6F35QC4THMJKW3CIYGLQZ5BQCQ454OYB
         audio: title = Just a little bit
         audio: artist = 50 Cent feat Fabolous
         audio: genre = Other
         audio: track = 0
         audio: seconds = 270
         audio: year = 2005
         audio: bitrate = 192

FileName: 50 Cent feat. Lil' Flip & Llyod Banks - Get That Money Manye.mp3
         Sha1: ILNALHLVTOONDZK6H3YQUKZK6FPTMXH3
         audio: genre = Other
         audio: track = 0
         audio: seconds = 319
         audio: bitrate = 56

FileName: 50 Cent ft G-Unit, The Game - Im So Sorry.mp3
         Sha1: U7VIEGK4LMYX47GR6SGLRF3QNHFQUYA6
         audio: title = I'm So Sorry
         audio: artist = 50 Cent Feat. G-Unit &amp; The Gam
         audio: album = DJ Kay Slay - Addicted To Beef
         audio: genre = Hip-Hop
         audio: track = 8
         audio: seconds = 253
         audio: year = 2004
         audio: bitrate = 192

FileName: 50 Cent Ft Jay Z - If I Can't Remix.mp3
         Sha1: SVEHN6SJZ65ELIU65JQZMDGMJ4P4ZF6C
         audio: title = If I Can't (Remix)
         audio: artist = 50 Cent ft. Jay-Z
         audio: album = If I Can't (Remix)
         audio: genre = Gangsta
         audio: track = 1
         audio: seconds = 345
         audio: year = 2003
         audio: bitrate = 192
         audio: comments = -=Halfway Crook$=-

FileName: 50 cent ft. Eminem - patiently waiting .mp3
         Sha1: EWRVOKF5Y27UHX7K2KWQSIXZXZ22XOHM
         audio: title = Patiently Waiting (feat. Eminem)
         audio: artist = 50 Cent
         audio: album = Get Rich or Die Tryin'
         audio: genre = Rap
         audio: track = 3
         audio: seconds = 288
         audio: year = 2003
         audio: bitrate = 192

FileName: 50 Cent ft. lloyd banks-Smile.mp3
         Sha1: QQC2SL362FWEPXKPZINKO7BQH2T3U7KX
         audio: title = Smile
         audio: artist = G-Unit
         audio: album = Beg For Mercy
         audio: genre = Rap
                                      Page 35
```

Doe 1 (69628740)
```
        audio: track = 11
        audio: seconds = 218
        audio: year = 2003
        audio: bitrate = 192

FileName: 50 Cent ft. Olivia & Marques Houston - Candy Shop (Remix).mp3
        Sha1: BBQ5DSGLRMDEJA7S3YPQAXUAZO5OEBME
        audio: genre = Other
        audio: track = 0
        audio: seconds = 267
        audio: bitrate = 128

FileName: 50 Cent Im Gonna Die Tonight(128Kbps).mp3
        Sha1: FV6WRT3KSAM47ZFW3CU4BOYNXY74NHVB
        audio: title = Track 4
        audio: album = Unknown Album (2/23/2005 8:46:17 PM)
        audio: genre = Other
        audio: track = 4
        audio: seconds = 230
        audio: bitrate = 128

FileName: 50 Cent Im Gonna Die Tonight.mp3
        Sha1: RK6TY64QVHWWZEVFNYMGEYJWTAT423VY
        audio: seconds = 231
        audio: bitrate = 128

FileName: 50 Cent, Lloyd Banks, Young Buck, Game - Y'all Niggas Aint Fuckin Wit Us

G-Unit Radio Pt 5 - All Eyes On Us.mp3
        Sha1: YLECWDI3YFOMAF5M5EQ6U3TMMXZG5XN4
        audio: title = Y&amp;apos;all niggas aint fuckin wit u
        audio: artist = 50 Cent, Lloyd Banks, Young Bu
        audio: album = G-Unit Radio Pt 5 - All Eyes
        audio: genre = Rap
        audio: track = 4
        audio: seconds = 158
        audio: bitrate = 128

FileName: 50 cent- G Unit - Stunt 101.mp3
        Sha1: TZWR6JOUMYZ3UHWCSZQ5HAJ5RB7LXBAX
        audio: title = Teach U How To Stunt
        audio: artist = 50 Cent Ft. G Unit
        audio: album = Cutmaster C Presents-Blackout
        audio: genre = Rap
        audio: track = 2
        audio: seconds = 223
        audio: year = 2003
        audio: bitrate = 192

FileName: 50 CENT- WANKSTA.mp3
        Sha1: UCNACVEGO4Y6HWTLZYZENOH6SM5RJCKS
        audio: title = Wangsta
        audio: artist = 50 Cent
        audio: album = The Best of 50 Cent Part 3
        audio: track = 1
        audio: seconds = 203
        audio: bitrate = 128

FileName: 50 cents - 10. Money By Any Means (featuring Noreaga).mp3
        Sha1: UPDCACJFNF43ZP2NHX5YQEHBYTWR64RD
        audio: artist = 50 cent ft noreaga
        audio: track = 0
```

Doe 1 (69628740)
```
        audio: seconds = 239
        audio: bitrate = 192

FileName: 50 cents - evil that men do.mp3
        Sha1: RWIHRMRXDRTXRE2Q45GBIJ4GCHUN3HCN
        audio: artist = 50 cent
        audio: track = 0
        audio: seconds = 226
        audio: bitrate = 128

FileName: 50 Cents - Get Slapped.mp3
        Sha1: TVQC6VQKVYPUCVP74UJRLU4LFQ7CO2JT
        audio: artist = 50 Cent
        audio: genre = Other
        audio: track = 0
        audio: seconds = 197
        audio: bitrate = 192

FileName: 50 Cents - In Da Club Vs Stevie Wonder - Happy Birthday (Dj Fab Remix
2003).mp3
        Sha1: Z7THELOIMFRFD4DWAMFMMXSXM63K2EJN
        audio: title = (Dj Fab Remix 2003 - www.djfab.net)
        audio: artist = 50 Cents - In da club vs Stewie Wonder - Happy birthday
        audio: genre = Other
        audio: track = 0
        audio: seconds = 407
        audio: year = 2003
        audio: bitrate = 192

FileName: 50 Cents - Many Men.mp3
        Sha1: LH46OEDOF3DF7NC2OT6RP73W4F6LVFAB
        audio: title = Many Men (Wish Death)
        audio: artist = 50 Cent
        audio: album = Get Rich or Die Tryin&amp;amp;amp;
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 256
        audio: year = 2003
        audio: bitrate = 192

FileName: 50 cents - Nobody Likes Me.mp3
        Sha1: MRGI66XRFMSAOUEKT7V5E4L77GSSENFW
        audio: artist = 50 cent
        audio: track = 0
        audio: seconds = 194
        audio: bitrate = 128

FileName: 50 Cents - Power of the Dollar - 08. Ghetto Qu'ran.mp3
        Sha1: EGBUU6SA73CBMZ4OKCDTYO7T6XV3HB7M
        audio: title = Ghetto Qu'ran
        audio: artist = 50 Cent
        audio: album = Power Of The Dollar
        audio: genre = Hip-Hop
        audio: track = 0
        audio: seconds = 274
        audio: year = 2000
        audio: bitrate = 192

FileName: 50 Cents - Power of the Dollar - 11 - Material Girl(2).mp3
        Sha1: TI4PPPNFGLNZWQAEXXNTXJTIS7VNTQK6
        audio: title = Material Girl
        audio: artist = 50 Cent
```
Page 37

                        Doe 1 (69628740)
        audio: album = Power Of The Dollar
        audio: genre = Hip-Hop
        audio: track = 11
        audio: seconds = 275
        audio: year = 2000
        audio: bitrate = 192
        audio: comments = Ripped by [-KSD/RNS-]

FileName: 50 cents - surrounded by hoes.mp3
        Sha1: IHBETU3WLGLP2NNW56AXGNERDU6HLBA2
        audio: title = Surrounded By Hoes
        audio: artist = 50 Cents
        audio: album = 50 Cent Is The Future
        audio: genre = Hip-Hop
        audio: track = 14
        audio: seconds = 131
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = Ripped by 4HM Crew

FileName: 50 Cents feat. The G Unit - I Smell Pussy (Murder Inc Diss).mp3
        Sha1: VVZ3GBZH6UFF3K5QGKXXUFEVSCQFPYSC
        audio: title = 50 Cents feat. The  G Unit - I Smell Pussy (Murder Inc
Diss).mp3
        audio: track = 0
        audio: seconds = 277
        audio: bitrate = 192

FileName: 50 cents- Jay z diss part 2 ( rare shit).MP3
        Sha1: I45UOYUZCHEUFIEXULM4Q3EHBKV3HQNB
        audio: title = A Gangster And A Gentleman
        audio: artist = Styles
        audio: album = A Gangster And A Gentleman
        audio: genre = Rap
        audio: track = 4
        audio: seconds = 272
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = www.simplemp3s.com

FileName: 50 cents- Lil Kim Suck My Dick.mp3
        Sha1: 2PTY66PCICTKVZL7PKDO4NRNL5I45RF7
        audio: artist = 50 Cent
        audio: genre = Other
        audio: track = 0
        audio: seconds = 236
        audio: bitrate = 192

FileName: 50's & 60's - Sam Cooke - Twisting the Night Away.mp3
        Sha1: SYFDFIIPELZV7YS5BPINRVLFFA2R2QKX
        audio: title = Twisting the Night
        audio: artist = (Sam Cooke)
        audio: genre = Other
        audio: track = 0
        audio: seconds = 163
        audio: bitrate = 128

FileName: 50cent - whats up gangster.mp3
        Sha1: TBRDQCXCGUVDLO4M77F4753V4MSWUYX7
        audio: title = What Up Gangsta?
        audio: artist = 50 Cent
        audio: album = Get Rich or Die Tryin'
        audio: genre = Rap
                        Page 38

```
                                Doe 1 (69628740)
          audio: track = 2
          audio: seconds = 179
          audio: year = 2003
          audio: bitrate = 192

FileName: 50Cent - Ya Heard Me.mp3
          Sha1: CK2VGJ3CFIQ4UEPB6LTB5F4P4J6J6K57
          audio: title = Ya Heard Me
          audio: artist = 50 Cent
          audio: album = Get Rich Or Die Trying
          audio: genre = Rap
          audio: track = 2
          audio: seconds = 233
          audio: year = 2002
          audio: bitrate = 128
          audio: comments = Ripped by Mr. DJ&lt;------

FileName: 50cents feat busta, flipmode - wanksta remix.mp3
          Sha1: CBXIVDSQQ2W6WMJY2DGNRQD5AMBPYVYD
          audio: title = 50cents feat busta, flipmode -
          audio: genre = Other
          audio: track = 0
          audio: seconds = 227
          audio: bitrate = 64

FileName: 50cents- PIMP.mp3
          Sha1: J4WCPTLOYEGOLGXFWZUYLEZ3YB63QK6F
          audio: title = P.I.M.P.
          audio: artist = 50 Cent
          audio: album = Get Rich or Die Tryin'
          audio: genre = Rap
          audio: track = 11
          audio: seconds = 249
          audio: year = 2003
          audio: bitrate = 192

FileName: 50Cents_In da club.mp3
          Sha1: AQAJY45JMXDPQ5R2KXLTZKO54ST5DEM2
          audio: title = In Da Club (Dirty)
          audio: artist = 50 Cent
          audio: album = In Da Club-BW-Back Down VLS
          audio: track = 0
          audio: seconds = 220
          audio: year = 2002
          audio: bitrate = 192
          audio: comments = GuN SmOkE MuSiK

FileName: 54 - SWV feat. Trina & Tamara - My Love Is The Shhh.mp3
          Sha1: URJGVIRFOXVWC6L22FKOB5UJ4DAAJGMA
          audio: title = My Love is the Shhh
          audio: artist = something for the people
          audio: genre = Other
          audio: track = 0
          audio: seconds = 275
          audio: bitrate = 128

FileName: 66_142 - Wilson Pickett - 634-5789.mp3
          Sha1: VO4ZWQG37UNQ4TXFW4PAIX2AWHVM7HRL
          audio: title = 634-5789
          audio: artist = Wilson Pickett
          audio: album = Greatest Hits
          audio: genre = Pop
          audio: track = 0
                                Page 39
```

Doe 1 (69628740)
```
        audio: seconds = 174
        audio: bitrate = 128
        audio: comments = 5E10D618
FileName: 70's & 80's Slow Jams - Debarge - All This Love.mp3
        Sha1: 24PNN55EIBDCAHRMZN6NP37J5Z4VI2A7
        audio: title = 70's &amp; 80's Slow Jams - Debarge - All This Love
        audio: genre = Other
        audio: track = 0
        audio: seconds = 354
        audio: bitrate = 128

FileName: 70's - Motown - Spinners - Everybody Plays the Fool.mp3
        Sha1: 3J5E23TMSNV46LJ3TZBX534PJIKBYXPT
        audio: title = Main Ingredient-Everybody Play
        audio: artist = Oldies
        audio: genre = Soul
        audio: track = 1
        audio: seconds = 203
        audio: bitrate = 128

FileName: 70's Funk - Rick James-She's A Brick House.mp3
        Sha1: WLMIX4K6EDLWEBBFCPCRIKHTMMOQT2OV
        audio: title = 70's Funk - Rick James-She's A Brick House
        audio: genre = Other
        audio: track = 0
        audio: seconds = 266
        audio: bitrate = 128

FileName: 70's Pure Disco - 20. Last dance - Donna Summer.mp3
        Sha1: NYN4RBYUVEKZSFTBP4VZYPTDTP7NIATM
        audio: title = 70's Pure Disco - 20. Last dance - Donna Summer.mp3
        audio: genre = Other
        audio: track = 0
        audio: seconds = 199
        audio: bitrate = 128

FileName: 702 - All I Want.mp3
        Sha1: 6Y33PAJPLG77KMZ4FSQOBT264UE4ZSUG
        audio: title = all i want
        audio: artist = 702
        audio: track = 0
        audio: seconds = 239
        audio: year = 98
        audio: bitrate = 128
        audio: comments = ··0

FileName: 702 - Get It Together.mp3
        Sha1: DLMKNX6BPTXQSJ43UO5NAVPR627TPAZX
        audio: title = Can We Get It Together
        audio: artist = 702
        audio: genre = Other
        audio: track = 0
        audio: seconds = 289
        audio: bitrate = 128

FileName: 702 - Steelo.mp3
        Sha1: C7IKPQDBQF6QTESBLZZ4KMHQXBTQGJUP
        audio: title = Steelo
        audio: artist = 702
        audio: album = single
        audio: track = 0
        audio: seconds = 257
```

Doe 1 (69628740)
```
            audio: year = 1996
            audio: bitrate = 128
            audio: comments = Rip

FileName: 702 - Where My Girls At.mp3
            Sha1: 7DDNWHBCH6GAFB3VXYZ6CG5WEJSK7XHP
            audio: title = 702 - Where My Girls At
            audio: artist = 702
            audio: track = 0
            audio: seconds = 167
            audio: bitrate = 160
            audio: comments = The Maniac Inc

FileName: 702 - You Don't Know.mp3
            Sha1: 6CZCCQ4JJPLS7PG7KL3WZELARMMNQUQU
            audio: title = You Don&amp;amp;amp;amp;apos;t Kno
            audio: artist = 702
            audio: album = 702
            audio: genre = Other
            audio: track = 0
            audio: seconds = 205
            audio: year = 1999
            audio: bitrate = 160

FileName: 702 feat. Pharell - I Still Love You.mp3
            Sha1: V4GXK57KR7SUZJIMCP34HUNGU3IOLMRU
            audio: title = IStillLoveYou
            audio: artist = 702
            audio: album = star
            audio: genre = Other
            audio: track = 1
            audio: seconds = 243
            audio: bitrate = 128
            audio: comments = 1

FileName: 702- Dont You Go Breaking My Heart.mp3
            Sha1: BBQKRXD2CZSOEQC62XUXUFMLMGZN4FUL
            audio: title = Don't Go Breakin My Heart
            audio: artist = 702
            audio: track = 0
            audio: seconds = 239
            audio: bitrate = 128

FileName: 702-Lately.mp3
            Sha1: JB55FGMFR7N3IDHTUXUNJU5CHU74MPJK
            audio: title = Lately
            audio: artist = 702
            audio: genre = Other
            audio: track = 1
            audio: seconds = 259
            audio: bitrate = 112

FileName: 70s disco Oldies - Rose Royce - Wishing On A Star.mp3
            Sha1: SDEIVHNFDXGK7IVJDFPZENWX7PHD627V
            audio: title = Rose Royce   Wishing On A Star
            audio: artist = Various Artists
            audio: album = Oh! What A Night (Disc 1 of 2)
            audio: genre = Rock
            audio: track = 0
            audio: seconds = 282
            audio: year = 2000
            audio: bitrate = 192
```

Page 41

```
                              Doe 1 (69628740)
FileName: 8 Ball and MJG - Straight Cadillac Pimpin.mp3
         Sha1: XJ4PVRFL7FFXQ5E3NEBZHBKTVDD2FHES
         audio: title = Straight Cadillac Pimpin' (Feat. Shannon Jones)
         audio: artist = 8Ball &amp; MJG
         audio: album = Living Legends (Retail)
         audio: genre = Rap
         audio: track = 3
         audio: seconds = 299
         audio: year = 2004
         audio: bitrate = 175

FileName: 8 MILE FREESTYLES - Eminem Battles Rah Digga and Canibus Live on Stage,
Rap

Olympics(1).mp3
         Sha1: KVTM2MKQQ6H2MLLQNQITKXIOSM5OMVA7
         audio: title = 8 MILE FREESTYLES - Eminem Battles Rah Digga and Canibus Live
on

Stage, Rap Olympics(1).mp3
         audio: track = 0
         audio: seconds = 249
         audio: bitrate = 128

FileName: 80's - George Michaels - Gotta Have Faith.mp3
         Sha1: 7TJG3WT7G3WHHSOPTMSRLRLBOZLYRKFW
         audio: title = Faith
         audio: artist = George Michael
         audio: track = 0
         audio: seconds = 196
         audio: bitrate = 128

FileName: 80's - Micheal Jackson -Thriller.mp3
         Sha1: VFZKTWUB4MBZQPNT4RSEDQXVFJCAARSJ
         audio: title = Thriller
         audio: artist = Michael Jackson
         audio: album = HIStory
         audio: genre = Pop
         audio: track = 0
         audio: seconds = 357
         audio: year = 1996
         audio: bitrate = 128
         audio: comments = Rip

FileName: 80's - Paula Abdul - Forever Your Girl.mp3
         Sha1: AEKFUVZQGI7DTD2DYY7TKNWLKDRL46KA
         audio: title = Forever Your Girl
         audio: artist = Paula Abdul
         audio: genre = Classical
         audio: track = 0
         audio: seconds = 300
         audio: bitrate = 128

FileName: 80's - Rap - Rob Bass - Joy & Pain.mp3
         Sha1: 2VAJAKWWD2PUVCKNJROEBQEVSDR34ODV
         audio: title = Joy and Pain
         audio: artist = Rob Base &amp; DJ EZ Rock
         audio: album = It Takes Two
         audio: genre = Rap
         audio: track = 2
         audio: seconds = 226
         audio: year = 1988
         audio: bitrate = 128
                              Page 42
```

Doe 1 (69628740)

FileName: 80's Hits-Denise Williams - Let's hear it for the boy.mp3
        Sha1: JX4YIWM4NZ4OSMELHX7WG3F4ZH3SZRUO
        audio: title = let's hear it for the boy
        audio: artist = Best of the 80's
        audio: album = Best of the 80's
        audio: track = 0
        audio: seconds = 260
        audio: bitrate = 128

FileName: 80's music- Tears For Fears - Everybody wants to rule the world.mp3
        Sha1: ZM2JCFFBB5PTLYUFUNIL4KHQGN2CFPU5
        audio: title = Everybody Wants to Rules the
        audio: artist = Tears For Fears
        audio: album = The No.1 Eighties Album Disc
        audio: genre = Other
        audio: track = 0
        audio: seconds = 253
        audio: bitrate = 192

FileName: 80's Old School rap- Newcleus - Jam On It.mp3
        Sha1: TK3IUP355JTFNSW4H7AT3C7BFLPMSAFW
        audio: title = Jam On It
        audio: artist = Newcleus
        audio: genre = Other
        audio: track = 0
        audio: seconds = 483
        audio: bitrate = 128

FileName: 80's R&B - Keith Sweat - How Deep Is Your Love.mp3
        Sha1: NHUCW4HLORSKSUQVALV4DRJRADGXGXZP
        audio: title = How Deep Is Your Love
        audio: artist = Keith Sweat
        audio: album = Make It Last Forever
        audio: genre = Pop
        audio: track = 7
        audio: seconds = 291
        audio: year = 1987
        audio: bitrate = 128
        audio: comments = , A

FileName: 80's rap - Two Live Crew- We Want Some Pussy.mp3
        Sha1: FVZQLRJKBNCXAOD4RQKES5QCBFEXGNHJ
        audio: title = We Want Some Pussy
        audio: artist = 2 Live Crew
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 168
        audio: bitrate = 128

FileName: 80's Slow Jams - Brenda K Starr - I Still Believe.mp3
        Sha1: RRRAKTNVDLHHEJYKTNYFVE6K3SCYBKAY
        audio: title = I Still Believe
        audio: artist = Brenda K. Starr
        audio: album = Roses &amp;amp; Romance Volume 1
        audio: genre = Slow Jam
        audio: track = 4
        audio: seconds = 221
        audio: year = 1998
        audio: bitrate = 160
        audio: comments = « «

FileName: 80's Slow Jams - Chaka Kahn - Through The Fire.mp3

```
                              Doe 1 (69628740)
            Sha1: P4DLSPPQW4MOMBGHCTHVZYLMDBMZC7A2
            audio: title = Through The Fire
            audio: artist = Chaka Khan
            audio: album = I Feel For You
            audio: genre = Soul
            audio: track = 0
            audio: seconds = 285
            audio: year = 1984
            audio: bitrate = 128
            audio: comments = Rad

FileName: 80's Slow Jams - Keith Sweat - In The Rain.mp3
            Sha1: RNTHPPTATUVTM3GM4NWLHAAUNKD2OB7F
            audio: title = In The Rain
            audio: artist = Keith Sweat
            audio: genre = Rap
            audio: track = 0
            audio: seconds = 346
            audio: year = 1999
            audio: bitrate = 128
            audio: comments = , AG# 66E190F3

FileName: 80's Slow Jams - Troop - Still In Love.mp3
            Sha1: 5KU6IGYR4DWJLLFNCDMGA53ROQC7EALT
            audio: title = Still In Love
            audio: artist = Troop
            audio: album = Troop
            audio: track = 3
            audio: seconds = 308
            audio: bitrate = 160

FileName: 80s - Wham - Wake Me Up Before You Go-Go.mp3
            Sha1: 25XK47RIL7YKZW4WXAKOINONSRO7OD6C
            audio: title = Wake Me Up Before You Go-Go
            audio: artist = Wham!
            audio: album = Make It Big
            audio: track = 1
            audio: seconds = 232
            audio: year = 1984
            audio: bitrate = 128

FileName: A Tribe Called Quest - Can I Kick It.mp3
            Sha1: 237UFNLZZ5AJGITSJWTCCCOEGUAGVILP
            audio: title = Can I Kick It?
            audio: artist = A Tribe Called Quest
            audio: album = ?
            audio: genre = Rap
            audio: track = 0
            audio: seconds = 244
            audio: year = 2019
            audio: bitrate = 128

FileName: A Tribe Called Quest - Check The Rhyme.mp3
            Sha1: LVCAG6MZBFHOTCW2BXGCT7RJ27ESWHIK
            audio: title = Check the Rhime
            audio: artist = A Tribe Called Qwest
            audio: genre = Rap
            audio: track = 0
            audio: seconds = 216
            audio: bitrate = 128
            audio: comments = Bit

FileName: A Tribe Called Quest - What's The Scenerio.mp3
                              Page 44
```

```
                          Doe 1 (69628740)
        Sha1: NYMQ63JQW5ZQV4UT6JNAE7QWL6D2LRVU
        audio: title = Track 14
        audio: genre = Other
        audio: track = 0
        audio: seconds = 253
        audio: bitrate = 160

FileName: a08- R Kelly - Fiesta.mp3
        Sha1: XDV43IFPZ3CJS5M5EG4NHS45Y6MG67IO
        audio: title = Fiesta
        audio: artist = R. Kelly
        audio: album = Tp-2.Com
        audio: track = 0
        audio: seconds = 196
        audio: year = 2000
        audio: bitrate = 128

FileName: Aaliyah - 03 - Rock Da Boat.mp3
        Sha1: 464EUHF2SOBZ7P5PAOXWKYVDTAD4KBAW
        audio: title = Rock The Boat
        audio: artist = Aaliyah
        audio: album = Aaliyah
        audio: track = 0
        audio: seconds = 274
        audio: year = 2001
        audio: bitrate = 128
        audio: comments = http://www.allmp3sound.h3.to

FileName: Aaliyah - 4 Page Letter.mp3
        Sha1: DZFGK7COAEZWTYZH6GJ3VOXZODT5OZUH
        audio: artist = Aaliyah
        audio: track = 0
        audio: seconds = 292
        audio: bitrate = 128

FileName: Aaliyah - Are You That Somebody.mp3
        Sha1: 3XWB2277YIJIEOP5ZQFVRREIXEQBKO3R
        audio: title = Are You That Somebody?
        audio: artist = Aaliyah
        audio: album = Doctor Dolittle Soundtrack
        audio: genre = Soundtrack
        audio: track = 0
        audio: seconds = 267
        audio: year = 1998
        audio: bitrate = 128

FileName: Aaliyah - At Your Best (You Are Love).mp3
        Sha1: L7YWKDTRXO5S7TCFRFBPSS7VRSLPQNMX
        audio: title = At Your Best (You Are Love)
        audio: artist = Aaliyah
        audio: album = Age Ain&amp;amp;apos;t Nothing But
        audio: track = 0
        audio: seconds = 291
        audio: year = 1994
        audio: bitrate = 128
        audio: comments = htt

FileName: Aaliyah - I Care 4 U.mp3
        Sha1: EBBTLQ7UWXOGCMMCPNB2DCXATJ2KNBSO
        audio: title = I Care 4 U
        audio: artist = Aaliyah
        audio: album = Aaliyah
        audio: track = 6
                                    Page 45
```

Doe 1 (69628740)

```
        audio: seconds = 273
        audio: year = 2001
        audio: bitrate = 128

FileName: Aaliyah - I Don't Wanna.mp3
        Sha1: 5X7UT4HKIYFJUNLYHOA5WZO6TSRMWGW3
        audio: title = I Don't Wanna
        audio: artist = Aaliyah
        audio: track = 0
        audio: seconds = 255
        audio: year = 2000
        audio: bitrate = 128
        audio: comments = htt

FileName: Aaliyah - I Refuse.mp3
        Sha1: NOY6MWTEKGLSA35JY3P7FFXPAFJXVCGS
        audio: artist = aaliyah
        audio: genre = Other
        audio: track = 0
        audio: seconds = 356
        audio: bitrate = 128

FileName: Aaliyah - If Your Girl Only Knew.mp3
        Sha1: QJGUUFBL6SWDNUUCYIHL2DM4IIVAKSIP
        audio: title = If Your Girl Only Knew
        audio: artist = Aaliyah
        audio: genre = Other
        audio: track = 0
        audio: seconds = 291
        audio: bitrate = 128

FileName: Aaliyah - Let Me Know.mp3
        Sha1: HDPUEWOTUGPASDOBSB5D5X62DSW7ZIYC
        audio: title = Let Me Know
        audio: artist = Aaliyah
        audio: track = 0
        audio: seconds = 291
        audio: bitrate = 128

FileName: Aaliyah - More than a woman.mp3
        Sha1: 2YFGN3RXQKYWCTL77H3R7JRFX6QVH5YA
        audio: title = more than a woman
        audio: artist = aaliyah
        audio: album = aaliyah (advanced full tracks)
        audio: track = 4
        audio: seconds = 229
        audio: year = 2001
        audio: bitrate = 128
        audio: comments = http://canna.cjb.net

FileName: Aaliyah - Rock The Boat (Remix).mp3
        Sha1: PTOFROI3Y77LBZG325424XG555KAY4W7
        audio: title = Rock The Boat *Remix*
        audio: artist = Aaliyah
        audio: track = 0
        audio: seconds = 340
        audio: bitrate = 128

FileName: aaliyah - try again.mp3
        Sha1: TY3Z6LG47EEP6NH6JXS3OPFL2L5T3IN5
        audio: title = Try Again
        audio: artist = Aaliyah
        audio: album = Romeo Must Die Sdtk
```

Doe 1 (69628740)
```
        audio: track = 0
        audio: seconds = 279
        audio: year = 2000
        audio: bitrate = 192

FileName: aaliyah - when doves cry.mp3
        Sha1: VUYKMIBZSW4ELHSC7NFM7NP2WYOV3BTH
        audio: artist = Aaliyah
        audio: genre = Soundtrack
        audio: track = 0
        audio: seconds = 245
        audio: bitrate = 128

FileName: Aaliyah feat Timberland - Hot Like Fire (Remix).mp3
        Sha1: XBNDFO4V2QY6W6HDY5KTP2CSEYSHC6KN
        audio: title = Aaliyah feat Timberland - Hot Like Fire (Remix)
        audio: artist = Aaliyah
        audio: genre = Other
        audio: track = 0
        audio: seconds = 276
        audio: bitrate = 128

FileName: Aaliyah feat. Missy Elliot - Where could He be.mp3
        Sha1: LKPFOHIKGIKSASTFR4G56AA6B6VAMKN4
        audio: title = Where could He be
        audio: artist = Aaliyah feat. Missy Elliot
        audio: seconds = 227
        audio: bitrate = 128

FileName: Aaliyah ft DMX - Come Back In One Piece.mp3
        Sha1: 7KYY6SPDMM7HOB4243LUIWAZNGEQFWKF
        audio: artist = Aaliyah ft DMX - Come Back In
        audio: genre = Other
        audio: track = 0
        audio: seconds = 258
        audio: year = 2000
        audio: bitrate = 192
        audio: comments = htt

FileName: aaliyah-are u feelin me.mp3
        Sha1: XVNQNUASS3DP5JGCTP3O4ODS7PB47EUR
        audio: title = Are You Feelin' Me?
        audio: artist = Aaliyah
        audio: album = Romeo Must Die Soundtrack
        audio: genre = Hip-Hop
        audio: track = 0
        audio: seconds = 190
        audio: year = 2000
        audio: bitrate = 64

FileName: Aaliyah-back and fourth.mp3
        Sha1: ENKWMKANBMT3N4SR4Z2UL4ZPV2W263UW
        audio: title = back and fourth
        audio: artist = Aliyah
        audio: genre = Hip-Hop
        audio: track = 3
        audio: seconds = 231
        audio: year = 2000
        audio: bitrate = 128

FileName: Aaliyah-I Miss You.mp3
        Sha1: HZSG3PKXD6CPHDB5IQFOPUKF4LM2URBZ
        audio: title = Miss You (Radio Edit)
                                        Page 47
```

```
                              Doe 1 (69628740)
        audio: artist = Aaliyah
        audio: album = aaliyah
        audio: track = 0
        audio: seconds = 243
        audio: year = 2002
        audio: bitrate = 192

FileName: Aaron Hall & Guy - Piece Of My Love(1).mp3
        Sha1: HNQHHOUUEIOJ6QCSCNW5JE7WWWX2LKJK
        audio: title = Piece Of My Love
        audio: artist = Guy
        audio: album = Guy
        audio: genre = Other
        audio: track = 1
        audio: seconds = 315
        audio: bitrate = 128

FileName: Aaron Hall - Don't Be Afraid (Juice Soundtrack).mp3
        Sha1: 6Q37PTUWGXGT7BSBV2HUOPSXMTVPVOGC
        audio: title = Don't Be Afraid (Juice Soundtrack)
        audio: artist = Aaron Hall
        audio: genre = Other
        audio: track = 0
        audio: seconds = 315
        audio: bitrate = 128

FileName: Aaron Hall - I Miss You.mp3
        Sha1: MW72MUNXT2IEEBEH76YQOZMITBO32JZH
        audio: title = I Miss You
        audio: artist = Aaron Hall
        audio: track = 0
        audio: seconds = 381
        audio: bitrate = 128

FileName: Aaron Hall - When U Need Me.mp3
        Sha1: TUA3WAU7GN5RA3D4TFD5G4XQAPJB3J3E
        audio: title = When You Need Me
        audio: artist = Aaron Hall
        audio: album = The Truth
        audio: track = 0
        audio: seconds = 351
        audio: year = 2000
        audio: bitrate = 128
        audio: comments = , A

FileName: Aaron Hall- Lets chill.mp3
        Sha1: LWH7XK6AC6GVODS24OVHI47AHZC7ESES
        audio: title = Let's chill
        audio: artist = Aaron Hall
        audio: genre = Other
        audio: track = 0
        audio: seconds = 302
        audio: bitrate = 128
        audio: comments = slow jam

FileName: Adina Howard - Freak Like Me.mp3
        Sha1: 4WWNDY3M76XFB7R5OBGTUVQL25S5TDOU
        audio: title = Freak Like Me
        audio: artist = Adina Howard
        audio: genre = Other
        audio: track = 0
        audio: seconds = 267
        audio: bitrate = 128
                                        Page 48
```

Doe 1 (69628740)

FileName: Adina Howard - Tshirt and Panties.mp3
        Sha1: RHZQ7EPWCKPGEELKZSWM6NNLAJVZFB3T
        audio: title = T-shirt And Panties
        audio: artist = Adina Howard
        audio: genre = Other
        audio: track = 0
        audio: seconds = 272
        audio: bitrate = 128
        audio: comments = angelfire.com/biz3/criminalz

FileName: admiral bailey - Bam Bam Riddim.mp3
        Sha1: TKPRZBXLY5IKGS5IW4NQIH4S54RGCPIU
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 218
        audio: bitrate = 320

FileName: Admiral Bailey - Big Belly man.mp3
        Sha1: 5SGOO67EJ6EIGKTGK6QCSLUVTXG6WQG3
        audio: title = Big Belly man
        audio: artist = Admiral Bailey
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 188
        audio: bitrate = 128

FileName: Admiral Bailey - Butterfly.mp3
        Sha1: ZUKOFUUKHD4PI3EZ6ZHF4H6IJLU4R4IT
        audio: title = Butterfly
        audio: artist = Admiral Bailey
        audio: genre = Other
        audio: track = 0
        audio: seconds = 213
        audio: bitrate = 128

FileName: Admiral Bailey - Kill Them With It.mp3
        Sha1: 47AH7RAFEYNFTERVJQX3DHTBJFD7BVVZ
        audio: title = KILL THEM WITH IT
        audio: artist = ADMIRAL BAILEY
        audio: track = 0
        audio: seconds = 203
        audio: bitrate = 160
        audio: comments = HEAD TO TOE RIDDIM

FileName: Admiral bailey - Thinks say Mi Done.mp3
        Sha1: CCE4OGEUUQ2H5S5CFKQ5NPXVB6OUZ25G
        audio: title = Thinks say Mi Done
        audio: artist = Admiral bailey
        audio: genre = Dance Hall
        audio: track = 0
        audio: seconds = 183
        audio: bitrate = 128

FileName: Admiral Bailey, Cutty Ranks & Lovindeer - - Butterfly (bogle Riddim).mp3
        Sha1: ZE4FR6D65PWYG7ECZZ3KFUQXMFVTXGRU
        audio: title = Butterfly (bogle Riddim)
        audio: artist = Admiral Bailey, Cutty Ranks &amp; Lovindeer -
        audio: track = 0
        audio: seconds = 213
        audio: bitrate = 128

FileName: Admiral Bailey, Cutty Ranks & Lovindeer - Gimme Punnany.mp3
                    Page 49

Doe 1 (69628740)

Sha1: 4CL5G4ZI5K7L4EXVIJ5XBITJLWIT74NG
audio: genre = Other
audio: track = 0
audio: seconds = 325
audio: bitrate = 128

FileName: Aerosmith & Run DMC - Walk This Way.mp3
Sha1: HHRXOGQDDVSGSQKXO4BD4PZZY65JNO34
audio: title = Walk This Way
audio: artist = Run DMC (feat. Aerosmith)
audio: album = Raising Hell
audio: genre = Other
audio: track = 0
audio: seconds = 312
audio: year = 1986
audio: bitrate = 112

FileName: African - Manu Dibango - Soul Makossa.mp3
Sha1: JDI5IBX6B2LZPJYIIDAJDEU5T4ZZLISB
audio: title = Soul Makossa
audio: artist = Manu Dibango
audio: album = Disco Years Vol.3
audio: track = 1
audio: seconds = 271
audio: year = 80
audio: bitrate = 192
audio: comments = 95XFM Music Files

FileName: After 7 - Can't Stop.mp3
Sha1: A5HJTCGUAW467TOW5JIKX2HH7QVOS7N5
audio: artist = After 7
audio: genre = Other
audio: track = 0
audio: seconds = 296
audio: bitrate = 128

FileName: After 7 - Heat Of The Moment.mp3
Sha1: L72SSWTSSXIE3AJ653ERKMOCKC5GZZXY
audio: title = Heat Of The Moment
audio: artist = After 7
audio: genre = Blues
audio: track = 0
audio: seconds = 267
audio: bitrate = 128

FileName: After 7 - Ready Or Not.mp3
Sha1: CBFZH57GXB7II7G67L3L3ZANG4GWAD5B
audio: title = Ready Or Not
audio: artist = AFTER 7
audio: genre = Slow Jam
audio: track = 0
audio: seconds = 274
audio: bitrate = 128

FileName: Age Aint Nothing.mp3
Sha1: KCSRMMHFYUT67P63JXHRIF7OFGTO2MXX
audio: title = Age Aint Nothing
audio: artist = Aaliyah
audio: album = Age Ain t Nothing But A Number
audio: genre = Pop
audio: track = 0
audio: seconds = 253
audio: year = 1996

Page 50

```
                              Doe 1 (69628740)
         audio: bitrate = 128
         audio: comments = Erscheinungsdatum: 1. Oktobe

FileName: Akinyele - Put It In Your Mouth.mp3
         Sha1: QGW3LVLTCC74WJUAILZZNQOJONOQJ7CP
         audio: title = Put It In Your Mouth
         audio: artist = Akinyele
         audio: album = Put It In Your Mouth
         audio: genre = Rap
         audio: track = 0
         audio: seconds = 202
         audio: year = 96
         audio: bitrate = 128

FileName: Akon - Easy Road.mp3
         Sha1: ODFIXEMPXHIIUJCVN3CVRTUICDBMFC6C
         audio: title = easy road -21st
         audio: artist = Akon
         audio: album = trouble @ 21st Century Mp3
         audio: track = 12
         audio: seconds = 202
         audio: year = 2004
         audio: bitrate = 190
         audio: comments = =- www.21century-mp3.NU =-

FileName: Akon - Ghetto .mp3
         Sha1: SLMUNKOKAZFVLVGGSHHDW6JLH5NWI2KT
         audio: title = ghetto -21st
         audio: artist = Akon
         audio: album = trouble @ 21st Century Mp3
         audio: track = 5
         audio: seconds = 237
         audio: year = 2004
         audio: bitrate = 190
         audio: comments = =- www.21century-mp3.NU =-

FileName: Akon - Mr Lonely (Redz Remix).mp3
         Sha1: GUB3BR5LDAA67A4PR7AIH2JP4IZRO5CY
         audio: title = Mr Lonely (Redz Remix)
         audio: artist = Akon
         audio: genre = Other
         audio: track = 0
         audio: seconds = 286
         audio: bitrate = 192

FileName: Akon - Mr. Lonely.mp3
         Sha1: ASFUPKGBJFSPTFKAT4F6HRKQCTPA74SC
         audio: title = lonely -21st
         audio: artist = Akon
         audio: album = trouble @ 21st Century Mp3
         audio: track = 8
         audio: seconds = 237
         audio: year = 2004
         audio: bitrate = 190
         audio: comments = =- www.21century-mp3.NU =-

FileName: Akon - Notorious B.I.G. & 2Pac - Ghetto (Remix).mp3
         Sha1: 3LLVVRSGZSSIEUNDVFV3QHPQDHFIA2GO
         audio: title = Ghetto__(DJ Noodles Remix)
         audio: artist = Akon Feat. B.I.G. and 2PAC
         audio: album = Ghetto Remix
         audio: genre = Rap
         audio: track = 0
                                          Page 51
```

Doe 1 (69628740)

```
        audio: seconds = 268
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = Hysteria

FileName: Akon ft. Styles P - Locked Up.mp3
        Sha1: SSOFQYBXVHRW22W2WFQMZ3XDJ4IQMRHH
        audio: title = Locked Up (Main)
        audio: artist = Akon Ft Styles P
        audio: album = Locked Up CDS
        audio: genre = Rap
        audio: track = 1
        audio: seconds = 233
        audio: year = 2003
        audio: bitrate = 204
        audio: comments = Hot Shit Form - O M N I -

FileName: Al B Sure - Naturally Mine.mp3
        Sha1: 5R6SZDY7CSLHOPCZVXJTZ5JXWSHGZOHA
        audio: title = Naturally Mine
        audio: artist = Al B Sure
        audio: genre = Other
        audio: track = 1
        audio: seconds = 254
        audio: bitrate = 128

FileName: Al B Sure - Off On Your Own (Girl).mp3
        Sha1: 7H6PNUSPBMQWTDMBLK6E56VFPZA6CNNB
        audio: title = Off On Your Own Girl
        audio: artist = Al B Sure
        audio: genre = Other
        audio: track = 1
        audio: seconds = 249
        audio: bitrate = 128

FileName: al b sure - oooh this love is so.mp3
        Sha1: O6LVY6EEEZHLLMCIJJMUX4JAVE4ED2UI
        audio: title = Oooh  This Love Is So
        audio: artist = Al B Sure
        audio: album = In Effect Mode
        audio: genre = rock
        audio: track = 2
        audio: seconds = 279
        audio: bitrate = 160

FileName: Al B Sure - Rescue Me.mp3
        Sha1: E342XW2EEIYHAKDIGRMMBU7QF5NRIZ2A
        audio: title = Rescue Me9.mp3
        audio: artist = Al B. Sure
        audio: seconds = 238
        audio: bitrate = 128

FileName: Al B. Sure - In Effect Mode - If I'm Not Your Lover-.mp3
        Sha1: UFFRSOYNFQRBS7CIAF2QGVNLLWFD33J5
        audio: title = - If I'm Not Your Lover-
        audio: artist = Al B. Sure
        audio: album = - In Effect Mode
        audio: genre = Other
        audio: track = 0
        audio: seconds = 245
        audio: bitrate = 128

FileName: Al B. Sure - Killing Me Softly.mp3
                                Page 52
```

```
                    Doe 1 (69628740)
        Sha1: ZOSGLVIHYAQIYKDFJUDBTZLO3LL2BCNO
        audio: title = Killing Me Softly.mp3
        audio: artist = Al B. Sure
        audio: seconds = 291
        audio: bitrate = 160


FileName: Al B. Sure - Nite And Day.mp3
        Sha1: KJD2FJYZ3M2QMYPVWJ4F7KZPSGRIV7JL
        audio: title = Nite and Day
        audio: artist = Al B. Sure
        audio: genre = Pop
        audio: track = 1
        audio: seconds = 226
        audio: bitrate = 160

FileName: Al Green - Booker T. & the MG's - A Change Is Gonna Come.mp3
        Sha1: KIGIDEK3OL2BDXBF6LSDCZIZ25RVWARU
        audio: title = A Change Is Gonna Come
        audio: artist = Al Green
        audio: album = Ali [Original Soundtrack]
        audio: track = 4
        audio: seconds = 328
        audio: bitrate = 128

FileName: Al Green - For The Good Times.mp3
        Sha1: VVKPDQ7JA2WR5YPWIYBZPQVBXPO6SFWE
        audio: title = For the Good Times
        audio: artist = Al Green
        audio: album = Compact Command Performances:
        audio: genre = Other
        audio: track = 0
        audio: seconds = 391
        audio: bitrate = 160

FileName: Al Green - Here I Am Baby.mp3
        Sha1: 5FJJXQW22VD2SZFS5ZRJEHEJFUM2O6AY
        audio: title = Al Green - Here I Am Baby.mp3
        audio: seconds = 254
        audio: bitrate = 128

FileName: Al Green - How Can You Mend A Broken Heart.mp3
        Sha1: R56UQPFEXNBF7Z45PNNJNCUMYEFCWYDA
        audio: title = How Can You Mend A Broken H.
        audio: artist = Al Green
        audio: album = Notting Hill - Soundtrack
        audio: genre = Soundtrack
        audio: track = 0
        audio: seconds = 384
        audio: year = 1999
        audio: bitrate = 128
        audio: comments = http://surf.to/dream-center

FileName: Al Green - Im so Tired.mp3
        Sha1: KQJHPNEVN2H3VXSZNXABQW7S3JZVZBWI
        audio: title = Al Green - Im so Tired.mp3
        audio: seconds = 172
        audio: bitrate = 128

FileName: Al Green - Love and Happiness.mp3
        Sha1: MSN7AJCMKU6G66ZLWCSCN2YXE5EYAYJ3
        audio: title = Al Green - Love and Happiness
        audio: artist = Al Green
        audio: genre = Other
                                        Page 53
```

Doe 1 (69628740)
```
       audio: track = 0
       audio: seconds = 193
       audio: bitrate = 128

FileName: al Green - Mahalia Jackson - Precious Lord.mp3
       Sha1: I4M7RIOEWHWTNYV7NQ6DRXPQ25CACMZD
       audio: title = Precious Lord
       audio: artist = Al Green
       audio: album = Gospel Mix
       audio: genre = Gospel
       audio: track = 32
       audio: seconds = 191
       audio: bitrate = 128
       audio: comments = , AG# 38178FAF

FileName: Al Green - Sittin' on the Dock of the Bay.mp3
       Sha1: 52EDMHTGD5ZJ27GRR3JBRPHSODC2FI55
       audio: title = Sittin&amp;amp;apos; on the Dock o
       audio: artist = Al Green
       audio: genre = Soul
       audio: track = 0
       audio: seconds = 165
       audio: bitrate = 128

FileName: Al Greene - A Change Is Gonna Come.mp3
       Sha1: QY2PBSY6WEDHDKCF3WGIKWW6ZSZTSGLU
       audio: title = A Change is Gonna Come
       audio: artist = Al Greene
       audio: album = ALI
       audio: genre = Soul
       audio: track = 4
       audio: seconds = 327
       audio: bitrate = 128

FileName: Al Greene - Ain't No Sunshine When She's Gone.mp3
       Sha1: UEUYB7ODBYVTI6X4W2LINTGZSBSXJFBV
       audio: title = Aint No Sunshine
       audio: artist = Al Green
       audio: track = 0
       audio: seconds = 124
       audio: bitrate = 192

FileName: Al Greene - I'm So In Love With You.mp3
       Sha1: B7YK6CGFWO6ANPEL3HZO5YFXP3WBUOJ4
       audio: title = I'm So In Love With You
       audio: artist = Al Green
       audio: genre = Other
       audio: track = 0
       audio: seconds = 192
       audio: bitrate = 128

FileName: Al Greene - If Loving You is Wrong.mp3
       Sha1: SKRVAIEEONCOPWFKAJBX2PLB4S3PDZMS
       audio: title = If Loving You Is Wrong (I Don't Want to Be Right)
       audio: artist = Various
       audio: album = Soul Patrol
       audio: genre = rock
       audio: track = 1
       audio: seconds = 218
       audio: bitrate = 128

FileName: al greene - Lets Stay Together.mp3
       Sha1: SL3MB7MKRHHW6GVU2DHUMEQU4XHK4GFO
```

Doe 1 (69628740)

```
audio: title = Let&amp;apos;s stay together
audio: artist = Al Green
audio: album = Various Artists
audio: genre = Other
audio: track = 0
audio: seconds = 195
audio: bitrate = 128
```

FileName: Al Greene - Sexual Healing.mp3
```
    Sha1: ZNKNKMM5CVG3YCSSBVCLLFMWCTBDQD5R
    audio: title = Sexual Healing
    audio: artist = al green
    audio: genre = Other
    audio: track = 0
    audio: seconds = 251
    audio: bitrate = 192
```

FileName: Alchemist, Prodigy & Nina Sky - Hold You Down.mp3
```
    Sha1: D5A2BA3OKJRVQKHWXISN4SLXOPK2BWSA
    audio: title = Hold You Down
    audio: artist = Alchemist Feat Prodigy &amp; Nina
    audio: genre = Other
    audio: track = 1
    audio: seconds = 261
    audio: bitrate = 128
```

FileName: Alexander Oneal & Cherelle - Saturday love .mp3
```
    Sha1: 7LAJETOWXRLQIWUEKT3DOKNBJN6QQFZJ
    audio: title = Saturday Love
    audio: artist = Alexander Oneal &amp; Cherelle
    audio: genre = Other
    audio: track = 0
    audio: seconds = 393
    audio: bitrate = 160
```

FileName: Alicia Keys - 06 - If I Ain't Got You.mp3
```
    Sha1: EOJK5ONAAA4ZB6L4GBYGTSKCGFBF3EER
    audio: title = If I Aint Got You
    audio: artist = Alicia Keys
    audio: album = The Diary of Alicia Keys
    audio: track = 6
    audio: seconds = 228
    audio: year = 2003
    audio: bitrate = 192
    audio: comments = ..::WHOA::..
```

FileName: Alicia Keys - Diary.mp3
```
    Sha1: V772AIVAID46LXNBOYIPP7WUKD7EHWYG
    audio: title = Diary ft Tony Toni Tone
    audio: artist = Alicia Keys
    audio: album = The Diary of Alicia Keys
    audio: track = 7
    audio: seconds = 284
    audio: year = 2003
    audio: bitrate = 192
```

FileName: Alicia Keys - Fallin.mp3
```
    Sha1: PUZFURWXIDUDXXHVMGZN7UDQ6OQT5PNP
    audio: title = Fallin'
    audio: artist = Alicia Keys
    audio: album = The Life (Sampler)
    audio: track = 1
    audio: seconds = 196
```

Page 55

```
                        Doe 1 (69628740)
        audio: year = 2001
        audio: bitrate = 192
        audio: comments = +---i.Td---+
FileName: Alicia Keys - Fight.mp3
        Sha1: QY4ICFB7ZCHP6QNYBNWZTY7GWEH4GNBD
        audio: title = Fight
        audio: artist = Alicia Keys
        audio: album = Ali [Original Soundtrack]
        audio: track = 2
        audio: seconds = 254
        audio: bitrate = 128

FileName: alicia keys - if i aint got you kanye remix.mp3
        Sha1: KJBXC7OOWMGDJYSRU77KX6DTLI3DJKON
        audio: title = alicia keys - if i aint got you kanye remix
        audio: genre = Other
        audio: track = 0
        audio: seconds = 215
        audio: bitrate = 128

FileName: Alicia Keys - Karma.mp3
        Sha1: 3J3G2VYDPT3CORSHSHBFQRYW53WDLF5O
        audio: title = Karma
        audio: artist = Alicia Keys
        audio: album = The Diary of Alicia Keys
        audio: track = 2
        audio: seconds = 256
        audio: year = 2003
        audio: bitrate = 192
        audio: comments = ..::WHOA::..

FileName: Alicia Keys Feat. Usher- If I ain't got you duet.mp3
        Sha1: EFUUFXU7W2SR5VJKXCSVGEJJ5XR36VUD
        audio: title = Alicia Keys Feat. Usher- If I ain't got you duet.mp3
        audio: genre = Other
        audio: track = 0
        audio: seconds = 193
        audio: bitrate = 204

FileName: alicia keys ft big pun-karma (remix).mp3
        Sha1: URZKMZALANNCWGPXTIAGWYHRKJQZ7JQS
        audio: title = karma (remix)
        audio: artist = alicia keys ft big pun
        audio: album = TKK-1934 Vinyl(RealestNiggas.Com)
        audio: genre = Hip-Hop
        audio: track = 0
        audio: seconds = 238
        audio: year = 2004
        audio: bitrate = 212
        audio: comments = [M]-[A]-[D]-[M]-[P]-[3]

FileName: Alicia Meyers - I Wanna Thank You Heavenly Father.mp3
        Sha1: OQAOT3R7Z5L42BZGG3WKGQWIC3GTZ5XF
        audio: title = Alicia Meyers -I Want To Thank You (Groove Injection CnP Mix
)
        audio: track = 0
        audio: seconds = 383
        audio: bitrate = 128

FileName: Alicia Myers - You Get The Best From Me (Say, Say, Say).mp3
        Sha1: H32YTDJSM2GK2RRZ2PEFV3HAOGZ3FTVV
        audio: title = You Get the Best from Me (Say,
                        Page 56
```

```
                         Doe 1 (69628740)
         audio: artist = Alicia Myers
         audio: album = The Women of Soul  [1997]
         audio: genre = Other
         audio: track = 8
         audio: seconds = 480
         audio: year = 1997
         audio: bitrate = 128
         audio: comments = Downloaded 21 Dec 2001

FileName: Aliyah - Dirty South.mp3
         Sha1: O2D45FTUFV35MZ4VJDGHCHIBV4HPVS7N
         audio: title = Dirty South
         audio: artist = Timbaland and Aaliyah
         audio: genre = Rap
         audio: track = 0
         audio: seconds = 271
         audio: bitrate = 128

FileName: All Cried Out Lisa Lisa & Cult Jam 03 Super Hits.mp3
         Sha1: VTKSRV6ZDQTDGYRLR6PQDXESAXAFRAOH
         audio: title = All Cried Out
         audio: artist = Lisa Lisa &amp; Cult Jam
         audio: album = Super Hits
         audio: genre = Rock
         audio: track = 3
         audio: seconds = 286
         audio: year = 1997
         audio: bitrate = 128

FileName: All for One - I Swear.mp3
         Sha1: MOY53XAZGYNLD26XVQ7ECIMRYAE6JYBH
         audio: title = I Swear
         audio: artist = All 4 One
         audio: genre = Blues
         audio: track = 0
         audio: seconds = 258
         audio: bitrate = 112

FileName: All For One-I Can Love You Like That.mp3
         Sha1: L77WFWYWB6ZQY6RPHZONDMOTSF7HUF4T
         audio: title = I Can Love You Like That
         audio: artist = All 4 One
         audio: genre = Other
         audio: track = 0
         audio: seconds = 264
         audio: bitrate = 128

FileName: Allure & 112 - All Cried Out.mp3
         Sha1: 27NTAB77BIYOGWRKBITQ26ZIGINJI2SY
         audio: title = All Cried Out
         audio: artist = Allure &amp; 112
         audio: album = Allure
         audio: track = 6
         audio: seconds = 275
         audio: year = 1997
         audio: bitrate = 128
         audio: comments = ripped by kboy

FileName: Alyiah - If your Girl Only Knew.MP3
         Sha1: GGZX54QZNS3XYU6245GVFBNMEWPBTIIC
         audio: title = If your girl only knew
         audio: artist = Aliyah
         audio: genre = Rap
                                      Page 57
```

Doe 1 (69628740)

```
        audio: track = 0
        audio: seconds = 289
        audio: year = 1998
        audio: bitrate = 56

FileName: Amanda Perez - Angel.mp3
        Sha1: ONZZWKTOV4ZF76VOO2YGQTKI7OPCGIDO
        audio: title = Angel
        audio: artist = Amanda Perez
        audio: genre = Other
        audio: track = 0
        audio: seconds = 220
        audio: bitrate = 128

FileName: American Idol 3 - Fantasia Barrino - Something to talk about.mp3
        Sha1: LF6X6YJLNWHNWIJC4JRE7XQVB4WGWXTL
        audio: title = Something to talk about
        audio: artist = Fantasia Barrino
        audio: album = American Idol 3
        audio: track = 2
        audio: seconds = 76
        audio: year = 2004
        audio: bitrate = 192

FileName: Amerie - One Thing.mp3
        Sha1: B6ZWR3CIMG5SMMVYRWWHCQDSKFLNF4WA
        audio: title = 1 Thing
        audio: artist = Amerie
        audio: album = Hitch Soundtrack
        audio: track = 32
        audio: seconds = 221
        audio: bitrate = 192

FileName: amerie - why don't we fall in love.mp3
        Sha1: TYX7RPN56XNYLU4KFKT4UOGMJYHM57AT
        audio: title = Why Don't We Fall in Love
        audio: artist = Amerie
        audio: album = All I Have
        audio: genre = Rock
        audio: track = 1
        audio: seconds = 167
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = 5

FileName: Amerie feat. Eve - One Thing (Remix).mp3
        Sha1: B6XW477HGPFHWKKHP5PJNKNHTRKF55M7
        audio: seconds = 211
        audio: bitrate = 192

FileName: Amerie ft Nas - Man Up.mp3
        Sha1: WAAD5KC6YMS25LDOQWQFU63GLQBCOUYX
        audio: title = Man Up
        audio: artist = Amerie ft. Nas
        audio: album = Unknown Album (7/21/2004 5:09:04 PM)
        audio: genre = Other
        audio: track = 3
        audio: seconds = 218
        audio: bitrate = 227

FileName: Amerie ft. Jay-Z - One thing (remix)(1).mp3
        Sha1: KAGYDA63AVU4RPBXBRVRKTDYWONI4IC4
        audio: title = One Thing
```