Doe 1 (69628740)
```
         audio: artist = Amerie
         audio: genre = Pop
         audio: track = 0
         audio: seconds = 213
         audio: bitrate = 192

FileName: Amerie ft. Joe Buddens & Foxy Brown - Talkin To Me (remix).mp3
         Sha1: NG7FN3JWMD3L22YTNF545MVBCG45UISH
         audio: artist = Amerie Joe Buddens &amp; Foxy Brown
         audio: genre = Other
         audio: track = 0
         audio: seconds = 196
         audio: bitrate = 192

FileName: Angela Bofill - I'm On Your Side.mp3
         Sha1: NGGULBWLYLFG74VUS6A2E77ZFJ7Z5EDC
         audio: title = Angela Bofill - I'm On Your Side
         audio: artist = Angela Bofill
         audio: album = Slow Dance Songs - Volume 16
         audio: track = 6
         audio: seconds = 303
         audio: bitrate = 192

FileName: Angela Winbush - Angel.mp3
         Sha1: Y5ZGDML4J7X5RO3U2YF2X5LNXGV3K5HD
         audio: title = Angel
         audio: artist = Angela Winbush
         audio: genre = Other
         audio: track = 0
         audio: seconds = 322
         audio: bitrate = 128

FileName: Angela Winbush - I Love You More.mp3
         Sha1: K57WZTK5VEMN7YSKSZJLY2KEYPCSRCVF
         audio: genre = Other
         audio: track = 0
         audio: seconds = 219
         audio: bitrate = 192

FileName: Angela Winbush - Renee and Angela - You Don't Have to Cry.mp3
         Sha1: F7KEFGHJMRWXN7ABR3HLEA5436J2GM6C
         audio: title = Angela Winbush - Renee and  Angela -  You Don't Have to Cry
         audio: genre = Other
         audio: track = 0
         audio: seconds = 323
         audio: bitrate = 160

FileName: Angelina - Forever.mp3
         Sha1: 6AT2JTRE5YO23QAIVFWKY5NM6XOOW4QZ
         audio: title = Angelina - Forever
         audio: artist = Angelina
         audio: genre = Other
         audio: track = 0
         audio: seconds = 174
         audio: bitrate = 128

FileName: angie martinez - Breathe ft Mary J. Blige and La India.mp3
         Sha1: UEP2KCK7R2U3N22HNW3SQPLZTN34TCEL
         audio: title = Breathe
         audio: artist = Angie Martinez
         audio: album = Up Close And Personal
         audio: genre = Rap
         audio: track = 11
```

Page 59

Doe 1 (69628740)

```
        audio: seconds = 213
        audio: year = 2001
        audio: bitrate = 192
        audio: comments = Ripped By TooNasty

FileName: Angie Martinez - Take You Home (feat. Kelis).mp3
        Sha1: KJDH4D6XW2XQIM7W5UKHCAH4CR5JW7UU
        audio: title = Take You Home feat Kelis
        audio: artist = Angie Martinez
        audio: album = Animal House
        audio: track = 0
        audio: seconds = 239
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = RNS2K2

FileName: Angie Martinez feat. Sacario - If I Could Go.mp3
        Sha1: 22IYDTHIIZLTEN7MPGIGTHW7NJCQQ3KT
        audio: title = if i can go
        audio: artist = Angie martinez
        audio: track = 0
        audio: seconds = 252
        audio: bitrate = 128

FileName: Angie Martinez-New York, New York.mp3
        Sha1: BJKGYBNBH5NDBYY4G2YUZLTGPIXH5R7X
        audio: title = New York, New York
        audio: artist = Angie Martinez
        audio: album = Up Close and Personal
        audio: genre = Dance
        audio: track = 0
        audio: seconds = 249
        audio: year = 2001
        audio: bitrate = 128

FileName: Angie Stone - 20 Dollars.mp3
        Sha1: 3ZBWI4X5MQETCPNDPT3NJAMW5VZXZSX6
        audio: title = 20 Dollars
        audio: artist = Angie Stone
        audio: album = Ali [Original Soundtrack]
        audio: track = 7
        audio: seconds = 283
        audio: bitrate = 128

FileName: Angie Stone - Make Love ( Duet With Musiq Soulchild ).mp3
        Sha1: BCRZK7FA5TAPWIAKRJFJVECGAVOOPWT5
        audio: title = Make Love ( Duet With Musiq Soulchild )
        audio: artist = Angie Stone
        audio: album = Mahogany Soul
        audio: track = 16
        audio: seconds = 236
        audio: bitrate = 192

FileName: Angie Stone - No More Rain (In this Cloud).mp3
        Sha1: 7KJD5AFJ2RGGPH5LFKYOBREND4TBKLZ2
        audio: title = No More Rain (In This Cloud)
        audio: artist = Angie Stone
        audio: album = Black Diamond
        audio: track = 0
        audio: seconds = 283
        audio: year = 999
        audio: bitrate = 128
        audio: comments = Rip
```

Page 60

Doe 1 (69628740)

FileName: Angie stone - wish i didn't miss you .mp3
        Sha1: HWS5IDWGZZQEFA6CKLJA5Y3OYBTXR2OE
        audio: title = Wish I Didn't Miss You
        audio: artist = Angie Stone
        audio: album = Mahogany Soul
        audio: genre = Soul
        audio: track = 5
        audio: seconds = 276
        audio: bitrate = 128

FileName: Angie Stone f Alicia Keys and Eve- Brotha Remix.mp3
        Sha1: 6BJAPTCZFS4XKC3B5IYYPO5KJIAOSHIP
        audio: title = Brotha Remix
        audio: artist = Angie Stone/Alicia Keys/Eve
        audio: genre = Soul
        audio: track = 1
        audio: seconds = 227
        audio: bitrate = 128

FileName: Angie Stone---Brotha.mp3
        Sha1: 6HGUII7LLJLPWYDSPMT2ITI62H67FAV7
        audio: title = Brotha
        audio: artist = Angie Stone
        audio: album = Brotha-Promo CDS
        audio: track = 1
        audio: seconds = 241
        audio: year = 2001
        audio: bitrate = 128
        audio: comments = [RNS.TD]

FileName: angie stone-stone love-my man (feat. floetry)-.mp3
        Sha1: IV3A2IQQDL4DH6LKHENVTR4H3OQUCXNX
        audio: title = My Man (Feat. Floetry)
        audio: artist = Angie Stone
        audio: album = Stone Love
        audio: genre = Pop
        audio: track = 0
        audio: seconds = 271
        audio: year = 2004
        audio: bitrate = 128

FileName: Anita Baker - Fairy Tales.mp3
        Sha1: IVH6QN6M355CO3X6H7QSEC5MDLQQ7LIW
        audio: title = Fairy Tales
        audio: artist = Anita Baker
        audio: album = Compositions
        audio: track = 0
        audio: seconds = 473
        audio: bitrate = 96

FileName: Anita Baker - 365 Days.mp3
        Sha1: P67K4OVQIFTQWTK5SSA5MOJDX6FN5LDJ
        audio: title = Anita Baker - 365 Days.mp3
        audio: seconds = 245
        audio: bitrate = 128

FileName: Anita Baker - Been So Long .mp3
        Sha1: TEW2R6QQ4DVOTGPDE3RUVAKDMYQEWZPS
        audio: title = Anita Baker — Been So Long
        audio: genre = Other
        audio: track = 0
        audio: seconds = 312

Page 61

Doe 1 (69628740)

```
                  audio: bitrate = 128

FileName: Anita Baker - Caught Up in the Rapture.MP3
        Sha1: 4X5IWTPEHAANHE5JUC32EC7LGVNASLAK
        audio: title = Caught Up in the Rapture
        audio: artist = Anita Baker
        audio: album = Rapture
        audio: genre = rock
        audio: track = 3
        audio: seconds = 317
        audio: bitrate = 128

FileName: Anita Baker - Giving You The Best That I Got.mp3
        Sha1: DFJU4UG24OE5H5AJAXMDQ2G5RFQBXHKR
        audio: title = Giving You The Best That I Got
        audio: artist = Anita Baker
        audio: genre = Other
        audio: track = 0
        audio: seconds = 256
        audio: bitrate = 128

FileName: Anita Baker - Good Love.mp3
        Sha1: Y52CAJP6M7T5NSW55G45SJRDU45HH3KE
        audio: title = Good love
        audio: artist = Anita Baker
        audio: genre = Jazz
        audio: track = 1
        audio: seconds = 339
        audio: bitrate = 128

FileName: Anita Baker - I Apologize.mp3
        Sha1: 2PMMIPXB7NLHEJAGIIR5U7BW737AV7WA
        audio: title = I Apologize
        audio: artist = Anita Baker
        audio: genre = Jazz
        audio: track = 0
        audio: seconds = 296
        audio: bitrate = 160

FileName: Anita Baker - No One In The world.mp3
        Sha1: CGDRWMHXQKIRRSOKWEG4AKSPS36DQQQN
        audio: title = No One In The World
        audio: artist = Anita Baker
        audio: album = Rapture
        audio: genre = Comedy
        audio: track = 0
        audio: seconds = 247
        audio: bitrate = 128
        audio: comments = 6B08CD08

FileName: Anita Baker - Rapture.mp3
        Sha1: FZ3ATO7N5AIMN54CCQEMKGC6TSOFGH5X
        audio: title = Anita Baker - Rapture
        audio: genre = Other
        audio: track = 0
        audio: seconds = 317
        audio: bitrate = 128

FileName: Anita Baker - Sweet Love.mp3
        Sha1: BTXQVRSWOG4AKARKJGXSEKXGFPMEMZWN
        audio: title = Sweet Love
        audio: artist = Anita Baker
        audio: genre = Other
```

Page 62

```
                              Doe 1 (69628740)
          audio: track = 0
          audio: seconds = 267
          audio: bitrate = 128

FileName: Anita Baker - You Bring Me Joy.mp3
          Sha1: NYKAGRJHL2KOASZXU7MXQMIVXFJ3XNKI
          audio: title = You Bring Me Joy
          audio: artist = Anita Baker
          audio: album = Rapture
          audio: genre = Jazz
          audio: track = 2
          audio: seconds = 266
          audio: bitrate = 160

FileName: Ann Nesby - This weekend.mp3
          Sha1: EZL3IB7MEKJ6RSI5FM7UGBDRI5GU37MG
          audio: title = This Weekend
          audio: artist = Ann Nesby
          audio: album = I'm Here For You
          audio: genre = Blues
          audio: track = 11
          audio: seconds = 264
          audio: year = 1996
          audio: bitrate = 128

FileName: Annie Lennox & Eurithmics - Sweet Dreams (Hot Tracks Mix).mp3
          Sha1: VE6BQGPGWW2BV62QQ3EANERUSBXO4R3E
          audio: title = Sweet Dreams
          audio: artist = Eurythmics
          audio: album = Hot Tracks 15th Ann. Disc 13
          audio: genre = Dance
          audio: track = 0
          audio: seconds = 393
          audio: year = 1997
          audio: bitrate = 128
          audio: comments = fro

FileName: another bad creation - aisha.mp3
          Sha1: 35OIPYOFVBAGI3EDWV6QH6P3RPGAU4TX
          audio: title = Iesha
          audio: artist = Another Bad Creation
          audio: genre = Sound Clip
          audio: track = 0
          audio: seconds = 261
          audio: year = 2019
          audio: bitrate = 128

FileName: Anthony Cruz - Woman I Love (cry baby riddim).mp3
          Sha1: XQCS3GUGBMTWN6IG4MDM62F5XIFVOUMJ
          audio: title = woman i love
          audio: artist = anthony cruz
          audio: album = Cry Baby Riddim (More)-Promo
          audio: genre = Reggae
          audio: track = 1
          audio: seconds = 210
          audio: year = 2005
          audio: bitrate = 161

FileName: Anthony Hamilton and Sunshine Anderson - Last Night.mp3
          Sha1: 5AQMMMEQR7RYJLF6KQM2X74QFU3A4E5V
          audio: title = Last Night
          audio: artist = Sunshine Anderson
          audio: album = Your Woman
                              Page 63
```

```
                              Doe 1 (69628740)
            audio: genre = Soul
            audio: track = 10
            audio: seconds = 252
            audio: year = 2001
            audio: bitrate = 128

FileName: anthony hamilton ft[1] trey songz - ball and chain.mp3
            Sha1: JOS7AHERBZRNANAQKRQ37VOGXH4YR52M
            audio: title = Anthony Hamilton Ft. Trey Songz"-"Ball And Chain
            audio: artist = VA-Streetsweepers Presents
            audio: album = Smooth Criminal Hosted By Trey Songz
            audio: track = 18
            audio: seconds = 243
            audio: year = 2005
            audio: bitrate = 192
            audio: comments = The New FUA

FileName: Anthony Hamilton-Charlene.mp3
            Sha1: CEBT3WKYJJ7HF52SXNJM6QI2YQIWJDWO
            audio: title = Charlene
            audio: artist = Anthony Hamilton
            audio: album = Comin&amp;apos; From Where I&amp;apos;
            audio: genre = Rock
            audio: track = 4
            audio: seconds = 247
            audio: year = 2003
            audio: bitrate = 192

FileName: Aretha Franklin & Lauryn Hill- The Rose Is Still A Rose.mp3
            Sha1: 7JAN5GJTGXQLZYJQBBAJZE6JBC3GBZYJ
            audio: title = A Rose Is Still A Rose
            audio: artist = Aretha Franklin
            audio: genre = Other
            audio: track = 0
            audio: seconds = 267
            audio: bitrate = 128

FileName: Aretha Franklin - A Natural Woman (You Make Me Feel Like) (The Big Chill
Soundtrack).mp3
            Sha1: G2PJR6A5ASRVPYSIHKVW2EHWGV7YUQDN
            audio: title = A Natural Woman
            audio: artist = Aretha Franklin
            audio: album = The Big Chill Soundtrack
            audio: genre = Pop
            audio: track = 0
            audio: seconds = 164
            audio: year = 2000
            audio: bitrate = 165
            audio: comments = , A

FileName: Aretha Franklin - Ain't No Way.mp3
            Sha1: 7FXLVJ763QVP3BIIFVMWSQOEOLVFMHEC
            audio: title = Ain't No Way
            audio: artist = Aretha Franklin
            audio: album = Ali [Original Soundtrack]
            audio: track = 5
            audio: seconds = 253
            audio: bitrate = 128

FileName: Aretha Franklin - Do Right Woman,Do Right Man.mp3
            Sha1: FKAAA6VQ6YJSIZPZRKOOES4AVPQE2W5L
            audio: title = Do Right Woman, Do Right Man
                              Page 64
```

```
                            Doe 1 (69628740)
         audio: artist = Aretha Franklin
         audio: genre = Other
         audio: track = 0
         audio: seconds = 195
         audio: bitrate = 192

FileName: Aretha Franklin - Giving Him Something He Can Feel.mp3
         Sha1: 2HDV4LGE6OEMM7LAMXPTJ7ZANCP2Z5C7
         audio: genre = Other
         audio: track = 0
         audio: seconds = 380
         audio: bitrate = 128

FileName: Aretha Franklin - It Hurts Like Hell - Waiting To Exhale - Or.mp3
         Sha1: UQMWX6ZUTGVLZ7ESNTDPULWEYKXVV466
         audio: title = It Hurts Like Hell
         audio: artist = Aretha Franklin
         audio: album = Waiting To Exhale - Original Soundtrack Album
         audio: track = 0
         audio: seconds = 259
         audio: bitrate = 128

FileName: Aretha Franklin - Killing me softly.mp3
         Sha1: ZX7RHL5X2RKO3TAQR6AERXCC2VEVFTU3
         audio: title = killling me softly
         audio: artist = Areta Frankling
         audio: album = best&amp;apos;70
         audio: track = 0
         audio: seconds = 288
         audio: year = 1999
         audio: bitrate = 96

FileName: Aretha Franklin - Mr. Big Stuff.mp3
         Sha1: XEKPIK7UJ4J5IC2T2BZSZ34OZFIUKSDC
         audio: title = MrBigstuff
         audio: artist = Aretha Franklin
         audio: track = 0
         audio: seconds = 165
         audio: bitrate = 128

FileName: Aretha Franklin - Respect.mp3
         Sha1: 3NKNAIEV66Y5PWM7UWAMFMRQ4VY7GU64
         audio: title = respect
         audio: artist = aretha franklin
         audio: seconds = 149
         audio: bitrate = 128

FileName: Aretha Franklin - Until You Come Back To Me.mp3
         Sha1: Q3FROL44KDOHPNMKCRHQZYW3FT7IG54L
         audio: title = Until You Come Back To Me
         audio: artist = Aretha Franklin
         audio: album = 30 Greatest Hits (Disc 2 of 2)
         audio: genre = Pop
         audio: track = 0
         audio: seconds = 207
         audio: year = 1999
         audio: bitrate = 160

FileName: Arrested Developement - Everyday People.mp3
         Sha1: AL2KQPVDDXRNYHCTSBYXWUTX6WLNAMXE
         audio: title = People Everyday
         audio: artist = Arrested Development
         audio: album = Greatest Hits
                            Page 65
```

Doe 1 (69628740)

audio: genre = Other
audio: track = 1
audio: seconds = 252
audio: bitrate = 128

FileName: Arrested Development - Tennessee.mp3
    Sha1: UQJ2NEVCDRMBM7UU3OY2IB5E5IJQ5ZPL
    audio: title = Tennessee
    audio: artist = Arrested Development
    audio: album = 3 Years, 5 Months &amp; 2 Days in the Life Of
    audio: track = 14
    audio: seconds = 273
    audio: year = 1992
    audio: bitrate = 128

FileName: Art Laboe - O' Jays - Forever Mine (9).mp3
    Sha1: BMQTB7LHY37DZGGXCMSIYBU3SHHE3I4J
    audio: title = Forever Mine
    audio: artist = O' Jays
    audio: album = Smooth Grooves Volume 1
    audio: genre = Slow Jam
    audio: track = 3
    audio: seconds = 371
    audio: bitrate = 128

FileName: Ashanti - Rain On Me.mp3
    Sha1: N6E6EKOAJLIID75ILY52QJFVDHZGPOLD
    audio: title = Rain On Me -21st
    audio: artist = Ashanti
    audio: album = Chapter II @ 21st Century Mp3
    audio: track = 6
    audio: seconds = 298
    audio: year = 2003
    audio: bitrate = 192
    audio: comments = YEZZ! www.21century-mp3.comp

FileName: Ashanti & Biggie - UnFoolish Remix.mp3
    Sha1: 5VANZ22QZQEEX3Y5ANWSMAWU2TYKJMQZ
    audio: title = Unfoolish Remix
    audio: artist = Ashanti &amp; Biggie
    audio: genre = Other
    audio: track = 0
    audio: seconds = 194
    audio: bitrate = 256

FileName: ashanti - chapter 2 - break up to make up.mp3
    Sha1: UR7YVBT5UXKALTUYRE4OJ2OKFEY5JPKE
    audio: title = Break Up To Make Up
    audio: artist = Ashanti
    audio: genre = Other
    audio: track = 1
    audio: seconds = 222
    audio: bitrate = 256

FileName: Ashanti - Concrete Rose 09 - U.mp3
    Sha1: ZILKX5PFKTYZTM44U27EL5HAKWFDSHQJ
    audio: title = U
    audio: artist = Ashanti
    audio: album = Concrete Rose
    audio: track = 9
    audio: seconds = 215
    audio: year = 2004
    audio: bitrate = 210

Page 66

Doe 1 (69628740)

FileName: Ashanti - Concrete Rose 13 - So Hot.mp3
        Sha1: DEPEEHEZ2X6O2Z24YUHRKHTUK7DJYY36
        audio: title = So Hot
        audio: artist = Ashanti
        audio: album = Concrete Rose
        audio: track = 13
        audio: seconds = 297
        audio: year = 2004
        audio: bitrate = 219

FileName: Ashanti - Don't Let Them.mp3
        Sha1: XS6RD3QRJNNMWIOCDG7S4S5GWNUKXLFP
        audio: title = Don't Let Them
        audio: artist = Ashanti
        audio: album = Concrete Rose
        audio: track = 6
        audio: seconds = 263
        audio: year = 2004
        audio: bitrate = 177

FileName: Ashanti - Foolish.mp3
        Sha1: MNZSCST3L4HZ53S5VECAXEQ3INWZ3PRF
        audio: title = Ashanti - Foolish
        audio: artist = Ashanti
        audio: genre = Other
        audio: track = 0
        audio: seconds = 227
        audio: year = 2001
        audio: bitrate = 192
        audio: comments = Ne028

FileName: ashanti - Fuck Song.mp3
        Sha1: QDFFI7QXNJFVDBOVJVNHIM3CT6QUUSSS
        audio: title = ashanti - Fuck Song.mp3
        audio: genre = Other
        audio: track = 0
        audio: seconds = 215
        audio: bitrate = 56

FileName: Ashanti - Happy.mp3
        Sha1: B7JYNOKKOSFXP6UDYTSXC5HIXBFIKU64
        audio: title = Happy
        audio: artist = Ashanti
        audio: album = Ashanti
        audio: genre = Rap
        audio: track = 3
        audio: seconds = 262
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = TEAM RNS

FileName: Ashanti - Leaving.mp3
        Sha1: K5ZZZFA6AF4L7RUCW62JB3B5SUGFFXEL
        audio: artist = Ashanti
        audio: track = 0
        audio: seconds = 235
        audio: bitrate = 160

FileName: Ashanti - Movies.mp3
        Sha1: AG23A6QVTK3L5MXASIXZYOAQWUJC53L4
        audio: title = Movies
        audio: artist = Ashanti
                                          Page 67

```
                        Doe 1 (69628740)
        audio: album = Ashanti
        audio: track = 11
        audio: seconds = 249
        audio: year = 2002
        audio: bitrate = 128
        audio: comments = Ashanti- Movies

FileName: Ashanti - Only You.mp3
        Sha1: 6R3DSGDAYIPM2W4MWNZ75KHFE2XGZ4SZ
        audio: title = Only You
        audio: artist = Ashanti
        audio: album = Only You (CDS)(RealestNiggas.Com)
        audio: track = 1
        audio: seconds = 213
        audio: year = 2004
        audio: bitrate = 208
        audio: comments = [SUT]&lt;--TIL DEATH

FileName: Ashanti - Over.mp3
        Sha1: XGUWTTDT4CO5TBOFB5XPLYRXETUIUMQM
        audio: title = Over
        audio: artist = Ashanti
        audio: album = Ashanti
        audio: genre = Other
        audio: track = 13
        audio: seconds = 334
        audio: bitrate = 128

FileName: Ashanti - Thank You.mp3
        Sha1: 3XMNCUG7H7ZFE4NSSU5X2W7HTZ6FD47A
        audio: title = Thank You
        audio: artist = Ashanti
        audio: album = Ashanti
        audio: genre = Rap
        audio: track = 17
        audio: seconds = 107
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = TEAM RNS

FileName: Ashanti - Touch My Body.mp3
        Sha1: EJF5ZSNLIQLUEDBQ53CHNUJXAQJMBG4I
        audio: title = Ashanti - Touch My Body (Subur
        audio: artist = Ashanti Ft Ja Rule
        audio: album = Turn It Up BW Touch My Body Vi(RealestNiggas.Com)
        audio: track = 0
        audio: seconds = 211
        audio: year = 2004
        audio: bitrate = 192
        audio: comments = .:CRUiSN:.

FileName: Ashanti- Baby.mp3
        Sha1: 2RTTQZGGJZ7XPT3PC56YTGZZOVXAUDTP
        audio: title = Baby
        audio: artist = Ashanti
        audio: album = Ashanti
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 265
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = TEAM RNS
```

```
                        Doe 1 (69628740)
FileName: ashford and simpson - Is It Still Good To You.mp3
        Sha1: AN62JVWDTFMFOVL34EUXR4BPQ5BCOBB7
        audio: title = is it still good to you
        audio: artist = Ashford and Simpson
        audio: genre = Soul
        audio: track = 0
        audio: seconds = 234
        audio: bitrate = 160
        audio: comments = 00

FileName: Ashford and simpson - Solid as a rock.mp3
        Sha1: 3C47R2IWCMS5T5B6QJHYFGHJJLWXJ5DI
        audio: title = Ashford and simpson - Solid as a rock.mp3
        audio: seconds = 366
        audio: bitrate = 128

FileName: Atlantic Starr - If Your Heart Isn't in It .mp3
        Sha1: S2QN2BLDKTYTLTNQIGQSKC2CTUXP7DZX
        audio: title = If Your Heart Isnt In It
        audio: artist = Atlantic Starr
        audio: album = Secret Lovers-The Best Of
        audio: genre = Other
        audio: track = 11
        audio: seconds = 243
        audio: year = 1986
        audio: bitrate = 192
        audio: comments = (RNS) Rabid Neurosis (RNS)

FileName: Atlantic Starr - Am I Dreaming.mp3
        Sha1: ZWO6IPC7US5QP4F4XHZK3WBUBOQH5J5Y
        audio: title = Am I Dreaming
        audio: artist = Atlantic Starr
        audio: album = Smooth Grooves Volume 2
        audio: track = 5
        audio: seconds = 338
        audio: bitrate = 160

FileName: Atlantic Starr - Circles.mp3
        Sha1: D35XATOFODJRXATIPRNXFZUK4VBUODAF
        audio: title = Circles
        audio: artist = Atlantic Starr
        audio: album = Secret Lovers...The Best Of
        audio: track = 1
        audio: seconds = 294
        audio: year = 1985
        audio: bitrate = 160

FileName: Atlantic Starr - Closer Than Close.mp3
        Sha1: EKNY2QQ4WFVLSYFSJULXGGNUFWN6ER2R
        audio: title = Atlantic Starr - Closer Than C
        audio: artist = Atlantic Starr
        audio: genre = Other
        audio: track = 0
        audio: seconds = 312
        audio: bitrate = 128

FileName: Atlantic Starr - Send For Me.mp3
        Sha1: 7TASQZYFXLKPBI4U62K54NNUFKBQ4CY5
        audio: title = Send For Me
        audio: artist = Atlantic Starr
        audio: genre = Pop
        audio: track = 0
        audio: seconds = 330
                                        Page 69
```

Doe 1 (69628740)

```
        audio: year = 2000
        audio: bitrate = 128

FileName: Atlantic Starr - Shower Me with Your Love.mp3
        Sha1: AITUMPLQSXUYQ6FGO264CZAOG5NJ3PYS
        audio: title = Shower Me With Your Love
        audio: artist = Atlantic Starr
        audio: genre = Pop
        audio: track = 14
        audio: seconds = 297
        audio: bitrate = 128

FileName: Atlantic Starr - Touch A Four Leaf Clover.mp3
        Sha1: QRK4JAL567IGNAMXKPJDZMPRGMP64ENG
        audio: title = Touch a four leaf clover
        audio: artist = Atlantic Starr
        audio: album = Secret lovers
        audio: genre = Slow Jam
        audio: track = 0
        audio: seconds = 281
        audio: year = 1999
        audio: bitrate = 128
        audio: comments = 199

FileName: Audio Two - Top Billin'.MP3
        Sha1: MDRWZYG6BTCCV7S6Z62QDWBRU2ZYOR5M
        audio: title = Top Billin'
        audio: artist = Audio Two
        audio: album = What More Can I Say
        audio: genre = Rap
        audio: track = 1
        audio: seconds = 172
        audio: year = 1988
        audio: bitrate = 128

FileName: AV8 & Fatman Scoop - 15 Minute Party Break.mp3
        Sha1: DRIKKOZDVFAL63TVUMCJBZCMOC5BIKEW
        audio: title = AV8 &amp; Fatman Scoop - 15 Minute Party Break
        audio: genre = Other
        audio: track = 0
        audio: seconds = 528
        audio: bitrate = 128

FileName: Avant - Sorry.MP3
        Sha1: NDVXW2Z7LULKHC6ZV2AVO3OFSRP2ASDC
        audio: title = Sorry
        audio: artist = Avant
        audio: album = Ecstasy (Real Retail)
        audio: track = 5
        audio: seconds = 275
        audio: year = 2002
        audio: bitrate = 192
        audio: comments = aPoCaLyPsE pRODuCtIoN CReW

FileName: Avant - My First Love.mp3
        Sha1: YRZUM6VGKXSNZNTSQKDPY2JTMX7B2600
        audio: title = Avant - My First Love
        audio: genre = Other
        audio: track = 0
        audio: seconds = 268
        audio: bitrate = 128

FileName: Avant - Read Your Mind.mp3
                        Page 70
```

```
                    Doe 1 (69628740)
         Sha1: ZD7F5KTQS25KDJ5BDFXTKGRMLIWONEQF
         audio: title = Read Your Mind
         audio: artist = avant
         audio: album = slow jams 2
         audio: genre = Other
         audio: track = 7
         audio: seconds = 237
         audio: year = 2003
         audio: bitrate = 128

FileName: Avant feat. Kelly Rowland - Seperated (Remix).mp3
         Sha1: EUFYCC4ZTNQDE2JNSZB7QLMRMKDSF5FR
         audio: title = Separate remix (main)
         audio: artist = Avant
         audio: album = Separate_remix (promo)single
         audio: track = 3
         audio: seconds = 231
         audio: year = 2000
         audio: bitrate = 192
         audio: comments = nice jam

FileName: Avant_and_keke_wyatt-your_precious_love-rns.mp3
         Sha1: ATQ2GH2FOVQ3AR5PYEBXZ3YCQRBIWUFB
         audio: title = Your Precious Love
         audio: artist = Avant &amp; Keke Wyatt
         audio: album = Barbershop 2 -OST
         audio: genre = Soundtrack
         audio: track = 15
         audio: seconds = 191
         audio: year = 2004
         audio: bitrate = 192

FileName: Az Yet - Last Night.mp3
         Sha1: VIGOPP4NPJDV6VZ2OY5PAFBQWJXMWFGA
         audio: title = Az Yet - Last Night.mp3
         audio: seconds = 268
         audio: bitrate = 128

FileName: B2K - Back it up.mp3
         Sha1: MENDLCXE5YMAFMILAIUXTTQ56CBQ452G
         audio: title = Back It Up
         audio: artist = B2K
         audio: album = Pandemonium
         audio: track = 10
         audio: seconds = 181
         audio: year = 2002
         audio: bitrate = 192
         audio: comments = aPoCaLYPSe PRODuCTiON CReW

FileName: B2K - Girlfriend (1).mp3
         Sha1: NKFGMTJCIIIVKO7HGQ5LSF62LPKNEJ3V
         audio: title = B2K - Girlfriend (1)
         audio: genre = Other
         audio: track = 0
         audio: seconds = 205
         audio: bitrate = 256

FileName: B2K - Gots To Be.mp3
         Sha1: 6UR7T6ZD5T6RYKGGJSZQHZN4R5AG6M4I
         audio: title = Gots To Be
         audio: artist = b2k
         audio: album = RPM T 629 FEB 2002
         audio: genre = Other
                              Page 71
```

Doe 1 (69628740)

```
            audio: track = 7
            audio: seconds = 257
            audio: bitrate = 128

FileName: B2k - uh huh.mp3
            Sha1: TUDY7BSE26L5HM4ABFM2JDCZWC3MVBZL
            audio: title = Uh Huh
            audio: artist = B2K
            audio: album = Streetsweepers Presents Ruff
            audio: genre = Other
            audio: track = 17
            audio: seconds = 221
            audio: year = 2001
            audio: bitrate = 192

FileName: B2k - Why I Love You.mp3
            Sha1: 36FV4D547Z4DYEVTEWQHXDBS3E2U6J6S
            audio: title = Why I Love You
            audio: artist = B2K
            audio: album = B2K
            audio: track = 0
            audio: seconds = 240
            audio: year = 2002
            audio: bitrate = 192
            audio: comments = aPoCaLYPSe PRoDuCTiON CReW

FileName: B2K f R Kelly - I Need A Girlfriend Remix.mp3
            Sha1: 4WBBCVP5V5WLUBAIUZYFFRAA7R4A5J6M
            audio: title = Girlfriend (Remix)
            audio: artist = B2K Feat. R Kelly
            audio: album = Streetsweepers-The Drama King
            audio: genre = Other
            audio: track = 0
            audio: seconds = 174
            audio: year = 2003
            audio: bitrate = 192
            audio: comments = Yo Mama [Infamous@WCR]      n

FileName: B2K FEAT. P. DIDDY - BUMP, BUMP, BUMP.MP3
            Sha1: 5GR6ULFIQKGB2H3M5V3IB7B4KGYWUJ7D
            audio: title = Bump Bump Bump (Main)
            audio: artist = B2K feat P.Diddy
            audio: album = Bump Bump Bump
            audio: track = 0
            audio: seconds = 287
            audio: year = 2002
            audio: bitrate = 192

FileName: B2K ft. Fabolous - Badaboom.mp3
            Sha1: Y3NJZ7PXGFWGTTEPEE2IY5UVVJPKSIPS
            audio: title = B2K ft. Fabolous - Badaboom
            audio: genre = Other
            audio: track = 0
            audio: seconds = 221
            audio: bitrate = 192

FileName: B2K Presents You Got Served Soundtrack - 13 - Timbaland & Magoo - Drop
(Feat.

Fat Man Scoop).mp3
            Sha1: O3KI5LSDBRXLTLUC7ZYEPUSN5VNW7ONZ
            audio: title = Drop
            audio: artist = Timbaland and Magoo (feat Fat
                                          Page 72
```

```
                              Doe 1 (69628740)
          audio: album = DJ Envy - MVP (All-American)
          audio: genre = Rap
          audio: track = 19
          audio: seconds = 228
          audio: year = 2001
          audio: bitrate = 192
          audio: comments = EGO is my MVP

     FileName: B2K&Fabolous-girlfriend(remix).mp3
          Sha1: SGZY3ISQAOOTC5SDVAYWVMRZPN3AVWPN
          audio: title = Girlfriend (Remix)
          audio: artist = B2K Feat. Fabolous
          audio: album = Girlfriend Remix-(Promo CDS)
          audio: track = 0
          audio: seconds = 220
          audio: year = 2003
          audio: bitrate = 192
          audio: comments = Cms2k2

     FileName: Baby - Birdman - 10 - What Happened To That Boy feat The Clipse.mp3
          Sha1: JLA4ZDDKU5INPKPCYZKNWXO64SUVRLTH
          audio: title = What happened to that boy (ft.
          audio: artist = Baby
          audio: album = Birdman
          audio: genre = Rap
          audio: track = 10
          audio: seconds = 258
          audio: year = 2002
          audio: bitrate = 192
          audio: comments = -=Team Georgia=-

     FileName: Baby Bash feat. Akon - Baby I'm Back.mp3
          Sha1: 7MIYTOW4XKTQSN4LUFE57TXIJTVZDWRG
          audio: title = I'm Back
          audio: artist = Baby Bash ft Akon
          audio: track = 0
          audio: seconds = 227
          audio: year = 2005
          audio: bitrate = 320

     FileName: Baby Cham - Vitamin S (Fiesta 2003 Riddim).mp3
          Sha1: XPPSR7POFFR3VFNLVYOSVHZDK7SK4MVM
          audio: title = Vitamin S
          audio: artist = Baby Cham
          audio: album = Fiesta Riddim-(Promo CD)
          audio: genre = Dance Hall
          audio: track = 4
          audio: seconds = 256
          audio: year = 2003
          audio: bitrate = 192
          audio: comments = Brought By The Veterans....

     FileName: Baby Face - For the Cool in you.MP3
          Sha1: SVGN7RPT5T4USOQO7YPDVRU6SR5V5A2U
          audio: title = For The Cool In You
          audio: artist = Babyface
          audio: album = For The Cool In You
          audio: genre = Rock
          audio: track = 0
          audio: seconds = 294
          audio: bitrate = 146

     FileName: Baby Face - Soon As I Get Home.mp3
                              Page 73
```

```
                          Doe 1 (69628740)
        Sha1: Z74UQAF23YF4IZWMLS7QM2NV4ONQQQFK
        audio: title = Baby Face - Soon As I Get Home
        audio: genre = Other
        audio: track = 0
        audio: seconds = 307
        audio: bitrate = 128

FileName: Baby Face - Two Occassions.mp3
        Sha1: YLSDWTIDXKODALJN6IBD3KDDJZXHHSU2
        audio: title = Baby Face - Two Occassions.mp3
        audio: artist = Babyface
        audio: genre = Other
        audio: track = 0
        audio: seconds = 357
        audio: bitrate = 128

FileName: Baby face - WHEN WILL I SEE YOU AGAIN.mp3
        Sha1: ESXKDBAQ4NQBM4ITXFX4XNQ7PP4XSGHI
        audio: title = When Can I See You Again?
        audio: artist = Babyface
        audio: album = All For Love
        audio: genre = Other
        audio: track = 0
        audio: seconds = 227
        audio: bitrate = 160
        audio: comments = Ripped By ZiGGi Of RnS

FileName: Baby Face featuring Pebbles - You'll Never Know.mp3
        Sha1: UK7GR34HJ3T7TDAUKWS372UDNRZFPLH4
        audio: title = Baby Face featuring Pebbles - You'll Never Know
        audio: track = 0
        audio: seconds = 331
        audio: bitrate = 160

FileName: baby face-shunshine.mp3
        Sha1: U3DHZ7BR3GXBNVEUPAT5B37NINZVKZMG
        audio: title = sunshine
        audio: artist = Babyface
        audio: album = Tender Lover
        audio: genre = blues
        audio: track = 10
        audio: seconds = 311
        audio: bitrate = 128

FileName: Baby ft. Lil Wayne - Get Your Shine On.mp3
        Sha1: UKA5KGHR3PZRUXBGADUMVL72WORAYFWW
        audio: title = Shine On Ft. Lil Wayne (Main)
        audio: artist = Baby
        audio: album = Shine On Ft. Lil Wayne (CDS)
        audio: genre = Gangsta
        audio: track = 2
        audio: seconds = 284
        audio: year = 2004
        audio: bitrate = 206
        audio: comments = [SUT]&lt;--TIL DEATH

FileName: Babyface & Toni Braxton - How Can An Angel Break My Heart.mp3
        Sha1: ON76VUTCN4SRR767EDZVBTHXFE5XDQMK
        audio: title = How could an angel break my heart
        audio: artist = Toni Braxton/Baby Face
        audio: genre = Other
        audio: track = 0
        audio: seconds = 260
                          Page 74
```

Doe 1 (69628740)
```
        audio: bitrate = 128
FileName: Babyface - Someone To Love.mp3
        Sha1: RMD6AWJFY5B4KJ5JB64MZGN6YGS4JT7O
        audio: title = Someone To Hold
        audio: artist = Jon B and Baby Face
        audio: track = 0
        audio: seconds = 273
        audio: year = 1999
        audio: bitrate = 128

FileName: Babyface - Whip Appeal.mp3
        Sha1: YQOKSWUOAEOON67755SRFUMOZTXFI3W5
        audio: title = Whip Appeal
        audio: artist = Baby Face
        audio: genre = Other
        audio: track = 1
        audio: seconds = 349
        audio: bitrate = 128

FileName: Baltimore Club Music - Deep Down Inside (1).mp3
        Sha1: CRA7J6PENR6DK2M3QYQP7B45E3YAYKLD
        audio: title = deep down inside
        audio: genre = Other
        audio: track = 1
        audio: seconds = 222
        audio: bitrate = 128

FileName: Baltimore Club Music - There's Some Hoes in This House.mp3
        Sha1: K7HYHGHZ3RALRNVIMTFSDHL3XZ477NGT
        audio: title = Baltimore Club Music - There's
        audio: genre = Other
        audio: track = 0
        audio: seconds = 211
        audio: bitrate = 128

FileName: Barney - happy birthday to you.mp3
        Sha1: MEVETDNHRVNOOW3WDJN7TUH5JFFAX2G7
        audio: title = Happy Birthday To You
        audio: artist = Barney
        audio: album = Barney&amp;amp;apos;s Big Suprise
        audio: genre = Pop
        audio: track = 0
        audio: seconds = 94
        audio: year = 1996
        audio: bitrate = 128

FileName: Barrington Levy - Murderer .mp3
        Sha1: U3GVBUB3GHZ2HNS75OUYLYKC5VOCM7WV
        audio: title = Murderer (Original Reggae Mix)
        audio: artist = Barrington Levy
        audio: album = Rude Bwoy Reggae
        audio: genre = Reggae
        audio: track = 1
        audio: seconds = 220
        audio: bitrate = 128
        audio: comments = Ripped by ¤Lucky¤

FileName: Barrington Levy -Too Experinced.mp3
        Sha1: TZQF764UGLH62DGUEHF7ET45WV2I63LE
        audio: title = Too Experienced
        audio: artist = Barrington Levy
        audio: album = Too Experinced ... The Best of
```

```
                          Doe 1 (69628740)
          audio: genre = Other
          audio: track = 0
          audio: seconds = 198
          audio: bitrate = 128

FileName: Barrington Levy- Broader than broadway.mp3
          Sha1: D4S7M3GVB6AJTXRXRU4O5JINI67MYQE3
          audio: title = Barrington Levy- Broader than broadway
          audio: genre = Other
          audio: track = 0
          audio: seconds = 224
          audio: bitrate = 128

FileName: Barry White - Can't Get Enough Of Your Love Baby.mp3
          Sha1: ZCQNUSPJ4LCJ5G5LGDTKNOMHXDBVITFI
          audio: title = Can't Get Enough Of Your Love
          audio: artist = Barry White
          audio: album = Disco Oldies
          audio: genre = Other
          audio: track = 0
          audio: seconds = 274
          audio: bitrate = 128
          audio: comments = URSO

FileName: Barry White - Come On.mp3
          Sha1: 4MUBMTMH4JAISDVYOYIXA5BX2JC5JDBW
          audio: title = Come On
          audio: artist = Barry White
          audio: album = The Ultimate Collection
          audio: genre = Pop
          audio: track = 0
          audio: seconds = 351
          audio: year = 2000
          audio: bitrate = 128
          audio: comments = , A

FileName: Barry White - Deeper and Deeper.mp3
          Sha1: AWD5RS3J6LAHYC7QWWHNSUGW5IJ4YPW2
          audio: title = Barry White - Deeper and Deeper
          audio: genre = Other
          audio: track = 0
          audio: seconds = 285
          audio: bitrate = 128

FileName: Barry White - I've Found Someone.mp3
          Sha1: WF2EWDBDPIQQ52XQ5XGT7KAJM3RFPJ7W
          audio: title = I've Found Someone
          audio: artist = Barry White
          audio: album = Barry White's Greatest Hits
          audio: track = 8
          audio: seconds = 222
          audio: bitrate = 128

FileName: Barry White - I've Got So Much to Give.mp3
          Sha1: 5ZHJJ3KAMUEQYX2VXFPKTFRN6NANT5WV
          audio: artist = Barry White
          audio: genre = Other
          audio: track = 0
          audio: seconds = 493
          audio: bitrate = 256

FileName: barry white - it's ecstasy when you lay down next to me.mp3
          Sha1: ZXMBYDHULV65BMJAOUQ6BZV6HIMFM6HI
                          Page 76
```

Doe 1 (69628740)
```
        audio: title = It's Ecstasy When You Lay Down
        audio: artist = Barry White
        audio: genre = Other
        audio: track = 0
        audio: seconds = 208
        audio: bitrate = 160
```

FileName: Barry White - Just Another Way To Say I Love You - 6 - Let Me Live My Life

Lovin' You Baby.mp3
```
        Sha1: SWCFCAV3VIZTSQNUE5ASKQJEHXXESGC6
        audio: title = Let Me Live My Life Lovin' You Baby
        audio: artist = Barry White
        audio: album = Just Another Way To Say I Love
        audio: track = 6
        audio: seconds = 621
        audio: bitrate = 128
        audio: comments = C-Notes  -  BrooklynDJJoe@aol.com
```

FileName: Barry White - Just The Way You Are.mp3
```
        Sha1: DQWK3Q2HEJB5ZKE5PSU23M6KDWDTRICF
        audio: title = Just The Way You Are
        audio: artist = Barry White
        audio: album = All-time Greatest Hits
        audio: track = 19
        audio: seconds = 253
        audio: year = 0
        audio: bitrate = 128
```

FileName: barry white - love serenade.mp3
```
        Sha1: 4ESUASBRJBJU3QVVGZSKCEJ7MCIJW5HA
        audio: title = Love Serenade
        audio: artist = Barry White
        audio: track = 0
        audio: seconds = 426
        audio: bitrate = 128
```

FileName: Barry White - Love Unlimited Orchestra - Satin Soul.MP3
```
        Sha1: ZJD3QQEAS75OFMZNDSCKSSGTS7YVHK7M
        audio: title = Satin Soul
        audio: artist = Barry White
        audio: album = Satin &amp;amp; Soul
        audio: track = 6
        audio: seconds = 243
        audio: year = 1999
        audio: bitrate = 139
        audio: comments = http://fis.inter-shop.net
```

FileName: Barry White - Love's Theme.mp3
```
        Sha1: RAZVQOE5YBAQ6GWMNXQGV6WP6WXGNH7S
        audio: title = Love's theme
        audio: artist = Barry White
        audio: album = Greatest Hits
        audio: track = 1
        audio: seconds = 251
        audio: bitrate = 128
```

FileName: barry white - never, never gonna give you up.mp3
```
        Sha1: LB25LY27GUTUA2TMFJ3HPVINELFMUPXG
        audio: title = Never, Never Gonna Give You Up
        audio: artist = Barry White
        audio: genre = Other
```

Page 77

```
                            Doe 1 (69628740)
         audio: track = 0
         audio: seconds = 246
         audio: bitrate = 128

FileName: barry white - practice what you preach.mp3
         Sha1: FNOAUASJHLJR4H5GDC6NSJBQOYNX5ECZ
         audio: title = Practice What You Preach
         audio: artist = Barry White
         audio: album = Bump N&amp;apos; Grind - Compilati
         audio: genre = Slow Jam
         audio: track = 0
         audio: seconds = 257
         audio: year = 1998
         audio: bitrate = 160
         audio: comments = [RN

FileName: Barry white - Shaft Theme.mp3
         Sha1: Q6DTG4NBO6KIJATOG4S7HWGSHFDKQFXR
         audio: track = 0
         audio: seconds = 276
         audio: bitrate = 128

FileName: barry white - you're the first, the last, my everything.mp3
         Sha1: LD4CYCDAD24MC5WNMESIUVLFWAMRARAX
         audio: title = You're The First, The Last, My
         audio: artist = Barry White
         audio: album = Greatest Hits
         audio: genre = Soundtrack
         audio: track = 0
         audio: seconds = 275
         audio: year = 1987
         audio: bitrate = 128
         audio: comments = NoToRiOuS InC, AG# 98968843

FileName: Beanie Man, Mr. Vegas, TOK - Reload.mp3
         Sha1: MHGSAE5LZLVVVIVBHIID7THDQXMH5XDU
         audio: title = Reload
         audio: artist = beenie man,mr vegas,TOK
         audio: genre = Other
         audio: track = 1
         audio: seconds = 192
         audio: bitrate = 128

FileName: Beanie Segel & Kobe Bryant.mp3
         Sha1: V5YNBFWTBY3DC7V5R5VAUYTRKUOTEIKU
         audio: title = Phillies Finest
         audio: artist = Beanie Siegal and Kobe Bryant
         audio: album = Raw and uncut
         audio: genre = Rap
         audio: track = 9
         audio: seconds = 277
         audio: bitrate = 96

FileName: BEANIE SIEGAL - THE TRUTH.MP3
         Sha1: GG7S54B3BO4XYOU4W62WDCMZI2Y6N4KQ
         audio: title = The Truth
         audio: artist = Beanie Siegel
         audio: genre = Rap
         audio: track = 0
         audio: seconds = 249
         audio: bitrate = 128

FileName: Beanie Sigel - The B-Coming - Feel It In The Air.mp3
                            Page 78
```

```
                        Doe 1 (69628740)
        Sha1: 62GDVQLMYHGAWXGERGLGAEFQ2H34OIZC
        audio: title = Feel It In The Air
        audio: artist = Beanie Sigel
        audio: album = The B-Coming
        audio: track = 0
        audio: seconds = 243
        audio: year = 2005
        audio: bitrate = 192

FileName: Beanie Sigel - The B. Coming - 01 - Don't Stop Ft. Snoop Dogg.mp3
        Sha1: ROCLFWEQZ4YCI2YIEC7FUZRHEWJOYWAB
        audio: seconds = 210
        audio: bitrate = 155

FileName: Beanie Sigel - The B. Coming - Feel It In The Air Feat. Melissa.mp3
        Sha1: UI6M2CCTXZRETCJ3OJXWEPLAIR2QGHBK
        audio: title = Feel it in the Air (Main)
        audio: artist = Beanie Sigel Feat. Melissa
        audio: album = Feel it in the Air-Promo VLS
        audio: genre = Rap
        audio: track = 0
        audio: seconds = 244
        audio: year = 2005
        audio: bitrate = 264
        audio: comments = JUICE

FileName: beanie sigel ft black rob - i can make you famous - feel it in the air

(remix).mp3
        Sha1: YPXK4O3YOGJ4TTXTMLOOVBEEN7RUNPQX
        audio: title = Feel It In The Air (Remix)
        audio: artist = Beanie Sigel ft.Black Rob
        audio: album = I Can Make You Famous
        audio: track = 17
        audio: seconds = 243
        audio: year = 2004
        audio: bitrate = 155

FileName: Beatles - Happy Birthday.mp3
        Sha1: T4B7RMOM2QNZR4AI3RTAFXDIUU44ZVNV
        audio: title = Happy Birthday
        audio: artist = The Beatles
        audio: genre = Ethnic
        audio: track = 0
        audio: seconds = 163
        audio: bitrate = 128

FileName: Beatnuts & Fatman Scoop - Lets Get Doe.mp3
        Sha1: Q7MCOZQBGLPK6O54NXWS3HPPFHBYHFPP
        audio: title = Let's Get Doe feat. Fatman Sco
        audio: artist = Beatnuts
        audio: album = Take It or Squeeze It
        audio: genre = Rap
        audio: track = 32
        audio: seconds = 238
        audio: bitrate = 192
        audio: comments = Team aPC - #aPC on EFnet

FileName: Bebe & Cece Winans - I.O.U. Me - Wedding Songs .mp3
        Sha1: 2YYXTHLAVNHMNOOA4SLYR4KO55YT6TJ3
        audio: title = I.O.U. Me
        audio: artist = BeBe &amp;amp; CeCe Winans
        audio: album = Giving You the Rest of My LIfe
                        Page 79
```

Doe 1 (69628740)

```
        audio: genre = Gospel
        audio: track = 0
        audio: seconds = 282
        audio: bitrate = 128

FileName: Bee Gees & Andy Gibb - Sad Eyes.mp3
        Sha1: LJVRZPZXOYKXELDBONQO7W2RMBZLJ7GC
        audio: title = Bee Gees &amp; Andy Gibb - Sad Eyes
        audio: artist = Bee Gees
        audio: genre = Other
        audio: track = 0
        audio: seconds = 210
        audio: bitrate = 128

FileName: Bee Gees - More Than A Woman.mp3
        Sha1: PGGB6XSFFD2VBBTYZY3HBYQUOVD6PDKI
        audio: artist = Bee Gees
        audio: album = Saturday Night Fever
        audio: genre = Disco
        audio: track = 0
        audio: seconds = 199
        audio: bitrate = 128

FileName: Bee Gees - Oh What A Night.mp3
        Sha1: AKFCME6NFBT77AIIZZVFZUMREIV4Z2VD
        audio: title = Oh What a Night
        audio: artist = BeeGees
        audio: album = BeeGees
        audio: genre = Oldies
        audio: track = 1
        audio: seconds = 215
        audio: bitrate = 112

FileName: Bee Gees - Too Much Heaven.mp3
        Sha1: J2MK4R3MIHWWUE6OEO7QO3B6QKE46UXM
        audio: title = Too much heaven
        audio: artist = Bee Gees
        audio: genre = Oldies
        audio: track = 0
        audio: seconds = 292
        audio: year = 79
        audio: bitrate = 128

FileName: Beenie Man & Luciano - Crazy Baldheads.mp3
        Sha1: 5FOAEO542MCVD3TTZ4PQUV6IA37VYYRL
        audio: title = Crazy Baldheads
        audio: artist = Luciano
        audio: genre = Reggae
        audio: seconds = 241
        audio: bitrate = 128

FileName: Beenie Man - 03 - Romie.mp3
        Sha1: D573AYJG4JA4TTDNBV2BB4ZIW2YJ3BKO
        audio: title = Romie
        audio: artist = Beenie Man
        audio: album = Kingston To King Of The Danceh
        audio: genre = Reggae
        audio: track = 3
        audio: seconds = 229
        audio: year = 2005
        audio: bitrate = 149
        audio: comments = MUSiQ
```

Page 80

```
                                    Doe 1 (69628740)
        FileName: Beenie Man - 05 - Slam.mp3
                Sha1: 5BKJOQIMEDB6TUNPDCSRU6UDEM6JMTVJ
                audio: title = Slam
                audio: artist = Beenie Man
                audio: album = Kingston To King Of The Danceh
                audio: genre = Reggae
                audio: track = 5
                audio: seconds = 167
                audio: year = 2005
                audio: bitrate = 170
                audio: comments = MUSiQ

        FileName: Beenie Man - 06 - Foundation.mp3
                Sha1: G46RYWOQVTH3J77MA2X5KAHR55RGWXIY
                audio: title = Foundation
                audio: artist = Beenie Man
                audio: album = Kingston To King Of The Danceh
                audio: genre = Reggae
                audio: track = 6
                audio: seconds = 233
                audio: year = 2005
                audio: bitrate = 199
                audio: comments = MUSiQ

        FileName: Beenie Man - 07 - Nuff Gal.mp3
                Sha1: BQJUR32JILPYBPGK2PU62HSILYKMHSZU
                audio: title = Nuff Gal
                audio: artist = Beenie Man
                audio: album = Kingston To King Of The Danceh
                audio: genre = Reggae
                audio: track = 7
                audio: seconds = 268
                audio: year = 2005
                audio: bitrate = 167
                audio: comments = MUSiQ

        FileName: Beenie Man - 08 - Bookshelf.mp3
                Sha1: HQS5ECCQVBBMQ3DBWOZZ4WLOWMSSL5FI
                audio: title = Bookshelf
                audio: artist = Beenie Man
                audio: album = Kingston To King Of The Danceh
                audio: genre = Reggae
                audio: track = 8
                audio: seconds = 187
                audio: year = 2005
                audio: bitrate = 165
                audio: comments = MUSiQ

        FileName: Beenie Man - 09 - Girls Dem Sugar Ft. Mya.mp3
                Sha1: LBVRODKZUFCUCWSOITDHTR4V3CKHWWNK
                audio: title = Girls Dem Sugar (Ft. Mya)
                audio: artist = Beenie Man
                audio: album = Kingston To King Of The Danceh
                audio: genre = Reggae
                audio: track = 9
                audio: seconds = 260
                audio: year = 2005
                audio: bitrate = 172
                audio: comments = MUSiQ

        FileName: Beenie Man - Batty Man Fi Dead (Scoobay riddim).mp3
                Sha1: K5IZO2QRFNNNSHP6F6CB3F7RAH53FXJZ
                audio: title = Batty Man FI Dead
                                    Page 81
```

```
                              Doe 1 (69628740)
        audio: artist = Beenie Man
        audio: album = Scubaay Riddim CD
        audio: genre = Dance Hall
        audio: track = 0
        audio: seconds = 194
        audio: year = 2004
        audio: bitrate = 172
        audio: comments = RaS-TaFari

FileName: Beenie Man - Big up and Trust.mp3
        Sha1: PIYBGPCTC36PF6N2VRKHNSMA6UEW6757
        audio: title = Big up and trust
        audio: artist = Beenie Man
        audio: genre = Other
        audio: track = 0
        audio: seconds = 224
        audio: bitrate = 112

FileName: Beenie Man - Crazy Notion.mp3
        Sha1: DI7O35GBC7YYST4UCJND3CTWYIVUOCP6
        audio: title = Beenie Man - Crazy Notion
        audio: artist = Beenie Man
        audio: album = Art And Life
        audio: genre = reggae
        audio: track = 5
        audio: seconds = 239
        audio: bitrate = 128

FileName: Beenie Man - King of the Dance Hall.mp3
        Sha1: HVG3RW3HQWH27PAPG72TA6OPAP3KMJJJ
        audio: title = King Of The Dancehall
        audio: artist = Beenie Man
        audio: genre = Other
        audio: track = 6
        audio: seconds = 187
        audio: bitrate = 192

FileName: Beenie Man - Memories.mp3
        Sha1: TZHQSURURIDI7NAW2DZFOBRC6IVLWG2N
        audio: title = Memories
        audio: artist = BeenieMan
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 228
        audio: bitrate = 128

FileName: Beenie Man - My Dickie.mp3
        Sha1: 3MD6FEUPCBMV5FKIKKPFLZ4DODG6COJX
        audio: title = My Dickie
        audio: artist = Beenie Man
        audio: album = Ragga Ragga Ragga ! 2003
        audio: genre = Dance Hall
        audio: track = 10
        audio: seconds = 174
        audio: year = 2003
        audio: bitrate = 192

FileName: Beenie Man - Row Like a Boat.mp3
        Sha1: GP57WKIVY3OBREPN6LLZRKG45YODM5NY
        audio: title = Row Like a Boat
        audio: artist = Beenie Man
        audio: album = Reggae Gold 2003
        audio: genre = Reggae
                                        Page 82
```

```
                           Doe 1 (69628740)
        audio: track = 5
        audio: seconds = 204
        audio: bitrate = 128

FileName: Beenie Man Featuring Janet Jackson - Feel It Boy.mp3
        Sha1: 54YE7I7YAZSGHVPG7CQXVC6UTVPA5S7X
        audio: title = Beenie Man Featuring Janet Jackson - Feel It Boy
        audio: artist = Beenie Man
        audio: track = 0
        audio: seconds = 203
        audio: bitrate = 192

FileName: Beenie Man ft Ms Thing - Mek Dem Know (Mad Guitar Riddim).mp3
        Sha1: 6PPMXY22DBKU36QRSYNPIE4L7TE2M3QI
        audio: title = Have You Man
        audio: artist = Beenie Man &amp;amp; Ms Thing
        audio: album = Mad Guitar Riddim-Full Promo
        audio: genre = Dance Hall
        audio: track = 0
        audio: seconds = 200
        audio: year = 2004
        audio: bitrate = 211

FileName: Beenie Man Ft. Lil Kim- Fresh From Yard.mp3
        Sha1: XLHOFQJS2OOWYVCJVS5MOBXTUTXBL6KK
        audio: title = Fresh From Yard
        audio: artist = Beenie Man
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 269
        audio: bitrate = 128
        audio: comments = From wax

FileName: BeenieMan & LadySaw - Long LongiLala.mp3
        Sha1: KWPI3O7LGWNI5YGWEMPSQLFLSXGHGRXF
        audio: title = Long Long Lala
        audio: artist = Beenie Man and Lady Saw
        audio: genre = Other
        audio: track = 0
        audio: seconds = 217
        audio: bitrate = 128

FileName: Beenieman - Old Dog.mp3
        Sha1: FIEN25UX2NW3AELIGVSY5XSQ6VV2NIOO
        audio: title = Old Dog
        audio: artist = Beenieman
        audio: genre = Other
        audio: track = 0
        audio: seconds = 163
        audio: bitrate = 128

FileName: Beenieman - Street Life.MP3
        Sha1: FN7WUTACKXM7KHFYK5VNMO4A3ZVTGNSC
        audio: title = streetlife
        audio: artist = beenie man
        audio: album = tropical storm
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 207
        audio: year = 2002
        audio: bitrate = 128

FileName: BEENIEMAN -- Everyone Falls In Love Sometime.mp3.mp3
                           Page 83
```

```
                         Doe 1 (69628740)
        Sha1: 3JWKLK2VQRLBMGCDVVQHYONLVYYD7C5R
        audio: title = Everyone Falls In Love Sometime.mp3
        audio: artist = Beanie Man
        audio: genre = Other
        audio: track = 0
        audio: seconds = 232
        audio: bitrate = 112

FileName: Belly Soundtrack - 11 - Sometimes - Noreaga.mp3
        Sha1: I5EFCCSBPDZXNWDDIF3LNTYV5AOEGA67
        audio: title = Sometimes
        audio: artist = Noreaga
        audio: album = Belly Soundtrack
        audio: genre = Other
        audio: track = 0
        audio: seconds = 304
        audio: bitrate = 128

FileName: Beres Hammond - Come back home.mp3
        Sha1: M7UDBNAV5OOSW5EE5J34DH6D4HTVIK4O
        audio: title = come back home
        audio: artist = beres hammond
        audio: album = getting stronger
        audio: genre = Reggae
        audio: track = 0
        audio: seconds = 231
        audio: year = 2000
        audio: bitrate = 128
        audio: comments = , AG# 2C82E8EA

FileName: Beres Hammond - Falling in love all over again.mp3
        Sha1: ZW4BEXAMZP5MWNUJFRJHIE2EKGREJEZI
        audio: title = Reggae - Beres Hammond - falli
        audio: genre = Reggae
        audio: track = 1
        audio: seconds = 185
        audio: bitrate = 192

FileName: Beres Hammond - No disturb sign.mp3
        Sha1: 3RDJ7ASEZVYHANBUBY57I5LXUETWR7SX
        audio: seconds = 266
        audio: bitrate = 192

FileName: beres hammond - putting up a resistance.mp3
        Sha1: D32KCLNGKZ24ZBJSHVUHZXN3CX6BFLOY
        audio: title = Putting Up a Risistance
        audio: artist = Beres Hammond
        audio: album = Sweetness
        audio: genre = Reggae
        audio: track = 9
        audio: seconds = 227
        audio: year = 1993
        audio: bitrate = 128

FileName: Beres Hammond - She Loves Me Now (1).mp3
        Sha1: OQF26GTJXMWHA7KAV6HKGHEBR6OJHTLN
        audio: title = Beres Hammond - She Loves Me Now (1).mp3
        audio: seconds = 194
        audio: bitrate = 128

FileName: beres hammond - Standing In My Way.mp3
        Sha1: ALSPQYZVNZHUX4SSQWLAYBHJWSIEOAPN
        audio: title = standind in my way
                                       Page 84
```

```
                         Doe 1 (69628740)
          audio: artist = Beres Hammond
          audio: album = C:\WINDOWS\cdplayer.ini
          audio: genre = Reggae
          audio: track = 0
          audio: seconds = 228
          audio: bitrate = 160
          audio: comments = Cre

FileName: Beres Hammond - These Arms of Mine.mp3
          Sha1: MANJEERUQ6RWV5JWAD6HLDEBNXMVD7TS
          audio: title = Beres Hammond - These Arms of Mine.mp3
          audio: genre = Other
          audio: track = 0
          audio: seconds = 194
          audio: bitrate = 160

FileName: beres hammond - what one dance can do.mp3
          Sha1: K32L4NYS7M6CXKEVXO57V5BWHVMTJYYY
          audio: title = What One Dance Can Do
          audio: artist = Beres Hammond
          audio: genre = Reggae
          audio: track = 16
          audio: seconds = 415
          audio: bitrate = 128

FileName: Beres Hammond Cutty Ranks - Tempted to Touch.mp3
          Sha1: I2ONIUXROSBGPJRAOO4D2V72LAHYTF64
          audio: title = Beres Hammond Cutty Ranks - Tempted to Touch
          audio: genre = Other
          audio: track = 0
          audio: seconds = 226
          audio: bitrate = 128

FileName: Bernard Wright - Who Do You Love (80's R&B classic, 12 inch mix).mp3
          Sha1: HJ3HTR7G6CRHF4WC5UYJPUYKZJ76VB5W
          audio: title = Bernard Wright-Who Do you Love
          audio: genre = Other
          audio: track = 1
          audio: seconds = 318
          audio: bitrate = 192

FileName: Betty Wright - Clean Up Woman.mp3
          Sha1: 2CNNKT42TJGKZ4GUP4X75EWCWY7TQA4H
          audio: title = Clean Up Woman
          audio: artist = Betty Wright
          audio: album = Betty Wright
          audio: genre = Other
          audio: track = 1
          audio: seconds = 168
          audio: bitrate = 128

FileName: Betty Wright - From His Woman to You.mp3
          Sha1: 46JODOAXPEHJE7DS46GHX5GDDLMLSSQW
          audio: title = From His Woman To You
          audio: artist = Betty Wright
          audio: genre = Other
          audio: track = 0
          audio: seconds = 196
          audio: bitrate = 64
          audio: comments = 00000218 00000242 00000B9C 000010EC 000111CC 000111CC
00005B6A

000048EC 0001D54A 0001D54A
                                 Page 85
```

Doe 1 (69628740)

FileName: Betty Wright - I'll be The Other Woman (1).mp3
        Sha1: PN2722MN43AFULLRW7NSQLWIF6ITKH56
        audio: title = I'll be The Other Woman
        audio: artist = SOUL CHILDREN
        audio: genre = Other
        audio: track = 0
        audio: seconds = 211
        audio: bitrate = 128

FileName: Betty Wright - Misty Blue.mp3
        Sha1: BPUPYK3MBDQNLMX5RUR2KXTPWYGJNZR2
        audio: title = Betty Wright - Misty Blue.mp3
        audio: genre = Other
        audio: track = 0
        audio: seconds = 219
        audio: bitrate = 128

FileName: betty wright - Mr Bigstuff.mp3
        Sha1: JLGHZUIJ7YOS5CTZMS674UYMEVGMGU3S
        audio: title = MrBigstuff
        audio: artist = Aretha Franklin
        audio: genre = Other
        audio: track = 0
        audio: seconds = 166
        audio: bitrate = 128

FileName: Betty Wright - Tonight Is The Night.mp3
        Sha1: SMEDMPTJQENWRNOOKFG2CWBYNRV6LWPQ
        audio: title = Tonight Is The Night
        audio: artist = Betty Wright
        audio: genre = Soul
        audio: track = 1
        audio: seconds = 507
        audio: bitrate = 160

FileName: betty wright - want Ads.mp3
        Sha1: 2DAIID4FJMOASMJFJLPZDZKY3UNMFMSM
        audio: title = Want Ads
        audio: artist = Betty Wright
        audio: album = New Title (318)
        audio: genre = Other
        audio: track = 1
        audio: seconds = 166
        audio: bitrate = 128

FileName: Betty Wright - Woman To Woman.mp3
        Sha1: H3TJANJAXRCI5GQ6GBQEY5GEAVGLDNJL
        audio: title = Woman To Woman
        audio: artist = Betty Wright
        audio: album = Betty Wright
        audio: genre = Other
        audio: track = 0
        audio: seconds = 129
        audio: bitrate = 128

FileName: Betty Wright -After the Pain .mp3
        Sha1: 6M5S3TMAHPIFBIOYQMXXTM4WQAP6MO6T
        audio: title = After the Pain - Betty Wright
        audio: artist = Varied Artists
        audio: album = The Slow Jams Collection Volum
        audio: genre = Other
        audio: track = 0

Page 86

```
                              Doe 1 (69628740)
            audio: seconds = 418
            audio: bitrate = 96

FileName: BETTY WRIGHT- NO PAIN NO GAIN.mp3
            Sha1: ZNVDO2BGI22XUKVZXNBS7WDHDQJR5QU3

FileName: Betty Wright-It Is In His Kiss.mp3
            Sha1: VP4EOQENMDTEAXFK37K57ZJXBM4KPLGQ
            audio: title = Betty Wright-It Is In His Kiss
            audio: genre = Oldies
            audio: track = 0
            audio: seconds = 132
            audio: bitrate = 128

FileName: Beyonce - Me Myself And I .mp3
            Sha1: GHAKS4SKWAKAHRUQNGFBL6VVKY6NQDHL
            audio: title = Me, Myself and I -21st
            audio: artist = Beyonce
            audio: album = Dangerously In Love @ 21st
            audio: track = 6
            audio: seconds = 301
            audio: year = 2003
            audio: bitrate = 192
            audio: comments = YeAHH! www.21century-mp3.com

FileName: Beyonce - Be With You .mp3
            Sha1: VG4TP7FQXDYL32HW7GCCTYPN4LGNBF5A
            audio: title = Be With You -21st
            audio: artist = Beyonce
            audio: album = Dangerously In Love @ 21st
            audio: track = 5
            audio: seconds = 260
            audio: year = 2003
            audio: bitrate = 192
            audio: comments = YeAHH! www.21century-mp3.com

FileName: Beyonce - Fever.mp3
            Sha1: MNE4D6TG4DZMLC3GYNRQFS2X2W6TD3SD
            audio: title = Fever
            audio: artist = Beyonce
            audio: album = The Fighting Temptations
            audio: genre = Soundtrack
            audio: track = 8
            audio: seconds = 271
            audio: bitrate = 128

FileName: Beyonce - My Man.mp3
            Sha1: XOFJPZ3LE5D4HX3W3IDPRJVUHKPA4FVZ
            audio: title = My Man
            audio: artist = Beyoncé Knowles
            audio: album = Unreleased
            audio: genre = Other
            audio: track = 1
            audio: seconds = 215
            audio: bitrate = 192

FileName: Beyonce - Naughty Girl.mp3
            Sha1: 4HEHJAALAPGMEHHVUIDB3XFHER5CKYK3
            audio: title = Naughty Girl -21st
            audio: artist = Beyonce
            audio: album = Dangerously In Love @ 21st
            audio: track = 2
            audio: seconds = 208
                                              Page 87
```