# UNITED STATES DISTRICT COURT
## DISTRICT OF DISTRICT OF COLUMBIA

CASE NO.1:05-CV-01480-JDB

LOUD RECORDS, LLC, et al
          PLAINTIFFS

v.

DOE # 68.160.190.250,
          DEFENDANTS


**MOTION OF DOE #68.160.190.250 TO QUASH DUE TO LACK OF PERSONAL JURISDICTION AND IN THE ALTERNATIVE TO LIMIT PRODUCTION OF YOUR PERSONAL INFORMATION BY THE TIME SPECIFIED IN SUBPOENA AND SUPPORTING AFFIDAVIT**


    **NOW COMES** Doe #68.160.190.250 in the above referenced matter and moves that the court quash the subpoena issued to its ISP 68.160.190.250 on the grounds that the Doe is not subject to personal jurisdiction in this location. The basis for this claim is that I do not have sufficient contacts with the District of Columbia to justify requiring me to respond to this lawsuit so far from my home. Further information is included in the affidavit.


Signed: Doe        Date: 9/17/05

## AFFIDAVIT OF DOE #68.160.190.250

I, Doe #68.160.190.250, do hereby-on oath depose and say the following:

1. I understand that I have been sued in the District of Columbia ("D.C")

2. I have no regular contacts with the D.C.. I do not live in the D.C. now, nor have I ever lived in D.C. I live in Norwood, Massachusetts. I have no postal address, offices, residences, or telephone listings in D.C.

3. I have never owned, used or possessed any real or tangible property located in D.C.

4. I have never sold any products or services to anyone within D.C.

5. I have never contracted with any person for property within D.C. I have no offices, real estate, bank accounts or personal property within D.C. I have no agents in D.C.

6. I have never acted as a director, manager, trustee or other officer of any corporation incorporated under the laws, or having its principal place of business within D.C. I have never been registered with D.C. to transact business there.

7. I have never been to D.C.

8. Prior to this case, I have never been sued in D.C. or held to be subject to the jurisdiction of D.C.

9. My only contact with D.C. is because the Internet Services Provider I use has its principal place of business in this location.

I DELCARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT AND WAS SIGNED IN MASSACHUSETTS THIS _17_ OF SEPTEMBER 2005.

_Jane Doe_
Jane Doe

## PROOF OF SERVICE

I, *Debbie Songin*, am over 18 years of age and am not a party to the lawsuit discussed above. On this date, I used U.S. Mail to send a copy of the Motion to Quash and Affidavit of Doe in support of Motion to Quash to:

Peter E. Strand
Shook, Hardy & Bacon, LLP
Hamilton Square
600 14th Street, NW, Suite 800
Washington, DC 20005-2004

ISP: 68.160.190.250

Date: 9/17/05

*[signature]*
(Signature of friend who mailed document)