IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUD RECORDS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-1480-JDB |
| ) | |
| DOES 1-34, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of defendant's Motion to Quash and plaintiffs' response thereto, it is hereby **ORDERED** that the motion is **DENIED** and it is further **ORDERED** that Verizon Internet Services shall promptly supply to plaintiffs' counsel the information requested in plaintiffs' subpoena regarding the identity of the Doe defendants.

**SO ORDERED:**

_____
United States District Judge

1772903v1