UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUD RECORDS, *ET AL.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>DOES 1-34,<br><br>                    Defendants. | Civil Action No.:  1:05-CV-01480-JDB |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DOE**

By this notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs hereby voluntarily dismiss Defendant Doe # 33 from this Action with prejudice. The corresponding IP address, dates and times that Plaintiffs used in the Complaint to describe the defendant are:

| Doe No. | IP address, date and time |
|---|---|
| 33 | 68.161.114.62 2005-07-01 18:22:10 |

Respectfully Submitted,

Dated: December 5, 2005

*Strand 80*
Peter E. Strand (D.C. Bar No.  481870)
Shook, Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, NW
Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile:  (202) 783-4211
PStrand@shb.com

Attorney for Plaintiffs