**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LOUD RECORDS, *ET AL.*, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.:  1:05-CV-01480-JDB |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-34, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER OF DISMISSAL**

Upon the Plaintiffs' Voluntary Dismissal of Defendant Doe # 33 With Prejudice from this Action, it is hereby

ORDERED that Plaintiffs' Complaint against Defendant Doe # 33 is hereby Dismissed With Prejudice.

Date:_____      _____
                            UNITED STATES DISTRICT COURT JUDGE