UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOUD RECORDS, *ET AL.*,       )
                              )
                              )
         Plaintiffs,          )   Civil Action No.: 1:05-CV-01480-JDB
                              )
     v.                       )
                              )
DOES 1-34,                    )
                              )
                              )
         Defendants.          )
                              )
                              )

**ORDER OF DISMISSAL**

Upon the Plaintiffs' Voluntary Dismissal of all remaining Defendants Doe Without Prejudice from this Action, it is hereby

ORDERED that Plaintiffs' Complaint against all remaining Defendants Doe is hereby Dismissed Without Prejudice.

Date:_____          _____
                               UNITED STATES DISTRICT COURT JUDGE